## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

INGENICO INC.,
    *Plaintiff*,

      v.

IOENGINE, LLC,
    *Defendant.*

IOENGINE, LLC,
    *Counterclaim Plaintiff*,

      v.

INGENICO INC.,
INGENICO CORP.., and
INGENICO GROUP S.A.,
    *Counterclaim Defendant*s.

C.A. No. 1:18-cv-826-GMS

JURY TRIAL DEMANDED

## IOENGINE, LLC'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

        Defendant and Counterclaim Plaintiff IOENGINE, LLC ("IOENGINE"), answers and sets forth its affirmative defenses on Plaintiff Ingenico Inc.'s Complaint, and sets forth its counterclaims against Counterclaim Defendants Ingenico Inc., Ingenico Corp. and Ingenico Group S.A. (collectively "Ingenico") as follows:

### INTRODUCTION

    1.    IOENGINE admits that IOENGINE filed an action in this Court against PayPal Holdings, Inc. (No. 1:18-cv-452-GMS).  IOENGINE lacks information sufficient to form a belief as to the remaining allegations of this paragraph and thus denies them.

## PARTIES

2.      IOENGINE admits the allegations in this paragraph, except that IOENGINE lacks information sufficient to form a belief as to whether Ingenico is a "leading provider."

3.      IOENGINE admits that it is a limited liability company organized and existing under the laws of the State of Delaware with a principal place of business at 22 Ensign Road, Norwalk, Connecticut 06853.

## SUBJECT MATTER JURISDICTION

4.      IOENGINE admits that this Court has subject matter jurisdiction over this action.

5.      IOENGINE admits that, on March 23, 2018, IOENGINE filed a Complaint in this District (No. 1:18-cv-452-GMS) (the "PayPal Complaint") against PayPal Holdings, Inc. ("PayPal").  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

6.      IOENGINE admits that, in the PayPal Complaint, IOENGINE alleged that it is the assignee of United States Patent Nos. 8,539,047 (the "'047 Patent"), 9,059,969 (the "'969 Patent"), and 9,774,703 (the "'073 Patent") (collectively the "Patents-in-Suit").  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

7.      IOENGINE admits that, in the PayPal Complaint, IOENGINE alleged that PayPal infringes claims of each of the Patents-in-Suit both directly and indirectly in connection with various products, including the PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader (each as defined in the PayPal Complaint).  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

8.      IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

9.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

10.     The allegations in this paragraph consist of argument and legal conclusions to which no response is necessary.  To the extent a response is necessary, IOENGINE denies the characterizations and allegations of this paragraph.

11.     The allegations in this paragraph consist of argument and legal conclusions to which no response is necessary.  To the extent a response is necessary, IOENGINE denies the characterizations and allegations of this paragraph.

## PERSONAL JURISDICTION

12.     For purposes of this action only, IOENGINE admits that it is subject to personal jurisdiction in this District.  IOENGINE admits that it filed the PayPal Complaint in this District. Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

13.     For purposes of this action only, IOENGINE admits that it is subject to personal jurisdiction in this District.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

## VENUE

14.     IOENGINE admits that venue is proper in this District.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

## IOENGINE'S ACCESS TO THE ACCUSED PRODUCTS

15.     IOENGINE admits that, in the PayPal Complaint, IOENGINE refers to certain products as having "on-board storage and processing capabilities."  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

16.     IOENGINE admits that the PayPal Complaint states or includes the following: that the PayPal Mobile Card Reader contains an EFM32 TG110F32 ARM Cortex-M3 processor or its equivalent, that there is a photograph of that processor, that the PayPal Mobile Card Reader contains flash memory and RAM memory integrated into an EFM TG110F32 ARM Cortex-M3 processor or its equivalent, that the PayPal Mobile Card Reader includes an audio jack communications interface, that the PayPal Mobile Card Reader's memory stores program code configured to cause an interactive user interface to be presented on a terminal's display, that the PayPal Mobile Card Reader's memory stores program code configured to enable the PayPal Mobile Card Reader to receive communications resulting from user interaction, including, for example, audio communications over audio pins of an audio jack communications interface, and to cause a communication to be sent to a network server through a terminal's network interface, and that the PayPal Mobile Card Reader's memory stores program code to be executed by the PayPal Mobile Card Reader's processor in response to a communication resulting from user interaction with a user interface on a terminal that is configured to cause a communication to be sent to a network server through a terminal's network interface.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

17.     IOENGINE admits that the PayPal Complaint states or includes the following: that the PayPal Chip and Swipe Reader contains an ARM STM 32F103 Series microprocessor or its equivalent, that there is a photograph of that processor, that the PayPal Chip and Swipe Reader contains flash memory and SRAM memory integrated into an ARM STM 32F103 Series microprocessor or its equivalent, that the PayPal Chip and Swipe Reader contains a Bluetooth communications interface, that the PayPal Chip and Swipe Reader's memory stores program code that is configured to cause an interactive user interface to be presented on a terminal's

display, that the PayPal Chip and Swipe Reader's memory stores program code configured to enable the PayPal Chip and Swipe Reader to receive communications resulting from user interaction and to cause a communication to be sent to a network server, and that the PayPal Chip and Swipe Reader's memory stores program code to be executed by the PayPal Chip and Swipe Reader's processor in response to a communication resulting from user interaction with a user interface on a terminal that is configured to cause a communication to be transmitted to a communications network.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

18.     IOENGINE admits that the PayPal Complaint states or includes the following: that the PayPal Chip and Tap Reader contains a Kinetis MK21FX512VMC12 microprocessor or its equivalent, that there is a photograph of that processor, that the PayPal Chip and Tap Reader contains flash memory and SRAM memory integrated into a Kinetis MK21FX512VMC12 microprocessor or its equivalent, that the PayPal Chip and Tap Reader contains a Bluetooth communications interface, that the PayPal Chip and Tap Reader's memory stores program code configured to cause an interactive user interface to be presented on a terminal's display, that the PayPal Chip and Tap Reader's memory stores program code configured to enable the PayPal Chip and Tap Reader to receive communications resulting from user interaction and to cause a communication to be sent to a network server through the terminal's network interface, and that the PayPal Chip and Tap Reader's memory stores program code to be executed by the PayPal Chip and Tap Reader's processor in response to a communication resulting from user interaction with a user interface on a terminal that is configured to cause a communication to be sent to a network server through a terminal's network interface.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

19.     IOENGINE admits that it had possession of at least one PayPal Mobile Card Reader prior to the filing of the PayPal Complaint.  Except as expressly admitted, IOENGINE lacks information sufficient to form a belief as to the remaining allegations of this paragraph and thus denies them.

20.     IOENGINE admits that it had possession of at least one PayPal Chip and Swipe Reader prior to the filing of the PayPal Complaint.  Except as expressly admitted, IOENGINE lacks information sufficient to form a belief as to the remaining allegations of this paragraph and thus denies them.

21.     IOENGINE admits that it had possession of at least one PayPal Chip and Tap Reader prior to the filing of the PayPal Complaint.  Except as expressly admitted, IOENGINE lacks information sufficient to form a belief as to the remaining allegations of this paragraph and thus denies them.

## COUNT I
## (NONINFRINGEMENT OF THE '047 PATENT)

22.     IOENGINE incorporates by reference this Answer's responses to Paragraphs 1-21 of the Complaint.  Except as expressly admitted above, IOENGINE denies any remaining characterizations and allegations of Paragraphs 1-21 of the Complaint.

23.     IOENGINE admits that it owns all right, title, and interest in the '047 Patent, including the right to assert all causes of action arising under that patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

24.     IOENGINE denies the characterizations and allegations of this paragraph.

25.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

26.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

27.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

28.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

29.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

30.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

31.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

32.     IOENGINE denies the characterizations and allegations of this paragraph.

33.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

34.     IOENGINE denies the characterizations and allegations of this paragraph.

35.     IOENGINE denies the characterizations and allegations of this paragraph.

36.     IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 5 of the '047 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

37.     IOENGINE denies the characterizations and allegations of this paragraph.

38.     IOENGINE denies the characterizations and allegations of this paragraph.

39.     IOENGINE denies the characterizations and allegations of this paragraph.

40.     IOENGINE denies the characterizations and allegations of this paragraph.

41.     IOENGINE denies the characterizations and allegations of this paragraph.

42.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

43.     IOENGINE denies the characterizations and allegations of this paragraph.

44.     IOENGINE denies the characterizations and allegations of this paragraph.

45.     IOENGINE denies the characterizations and allegations of this paragraph.

46.     IOENGINE denies the characterizations and allegations of this paragraph.

47.     IOENGINE denies the characterizations and allegations of this paragraph.

48.     IOENGINE denies the characterizations and allegations of this paragraph.

49.     IOENGINE denies the characterizations and allegations of this paragraph.

50.     IOENGINE denies the characterizations and allegations of this paragraph.

51.     IOENGINE denies the characterizations and allegations of this paragraph.

52.     IOENGINE denies the characterizations and allegations of this paragraph.

53.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

54.     IOENGINE denies the characterizations and allegations of this paragraph.

55.     IOENGINE denies the characterizations and allegations of this paragraph.

56.     IOENGINE denies the characterizations and allegations of this paragraph.

57.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

58.     IOENGINE denies the characterizations and allegations of this paragraph.

59.     IOENGINE denies the characterizations and allegations of this paragraph.

60.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

61.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

62.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

63.     IOENGINE admits that an actual controversy exists between it and Ingenico as to infringement of the '047 Patent.  Except as expressly admitted above, IOENGINE denies any remaining characterizations and allegations of this paragraph.

## COUNT II
## (NONINFRINGEMENT OF THE '969 PATENT)

64.     IOENGINE incorporates by reference this Answer's responses to Paragraphs 1-63 of the Complaint.  Except as expressly admitted above, IOENGINE denies any remaining characterizations and allegations of Paragraphs 1-63 of the Complaint.

65.     IOENGINE admits that it owns all right, title, and interest in the '969 Patent, including the right to assert all causes of action arising under that patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

66.     IOENGINE denies the characterizations and allegations of this paragraph.

67.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

68.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

69.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

70.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

71.     IOENGINE denies the characterizations and allegations of this paragraph.

72.     IOENGINE denies the characterizations and allegations of this paragraph.

73.     IOENGINE denies the characterizations and allegations of this paragraph.

74.     IOENGINE denies the characterizations and allegations of this paragraph.

75.     IOENGINE denies the characterizations and allegations of this paragraph.

76.     IOENGINE denies the characterizations and allegations of this paragraph.

77.     IOENGINE denies the characterizations and allegations of this paragraph.

78.     IOENGINE denies the characterizations and allegations of this paragraph.

79.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

80.     IOENGINE denies the characterizations and allegations of this paragraph.

81.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

82.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

83.     IOENGINE denies the characterizations and allegations of this paragraph.

84.     IOENGINE denies the characterizations and allegations of this paragraph.

85.     IOENGINE denies the characterizations and allegations of this paragraph.

86.     IOENGINE denies the characterizations and allegations of this paragraph.

87.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

88.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

89.     IOENGINE denies the characterizations and allegations of this paragraph.

90.     IOENGINE denies the characterizations and allegations of this paragraph.

91.     IOENGINE denies the characterizations and allegations of this paragraph.

92.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

93.     IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 23 of the '969 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

94.     IOENGINE denies the characterizations and allegations of this paragraph.

95.     IOENGINE denies the characterizations and allegations of this paragraph.

96.     IOENGINE denies the characterizations and allegations of this paragraph.

97.     IOENGINE denies the characterizations and allegations of this paragraph.

98.     IOENGINE denies the characterizations and allegations of this paragraph.

99.     IOENGINE denies the characterizations and allegations of this paragraph.

100.    IOENGINE admits that an actual controversy exists between it and Ingenico as to infringement of the '969 patent.  Except as expressly admitted above, IOENGINE denies any remaining characterizations and allegations of this paragraph.

## COUNT III
## (NONINFRINGEMENT OF THE '703 PATENT)

101.     IOENGINE incorporates by reference this Answer's responses to Paragraphs 1-100 of the Complaint.  Except as expressly admitted above, IOENGINE denies any remaining characterizations and allegations of Paragraphs 1-100 of the Complaint.

102.     IOENGINE admits that it owns all right, title, and interest in the '703 Patent, including the right to assert all causes of action arising under that patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

103.     IOENGINE denies the characterizations and allegations of this paragraph.

104.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

105.     IOENGINE denies the characterizations and allegations of this paragraph.

106.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

107.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

108.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

109.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

110.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

111.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

112.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

113.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

114.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

115.    IOENGINE denies the characterizations and allegations of this paragraph.

116.    IOENGINE denies the characterizations and allegations of this paragraph.

117.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

118.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

119.    IOENGINE denies the characterizations and allegations of this paragraph.

120.    IOENGINE denies the characterizations and allegations of this paragraph.

121.    IOENGINE denies the characterizations and allegations of this paragraph.

122.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

123.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

124.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

125.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

126.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

127.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

128.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

129.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

130.    IOENGINE denies the characterizations and allegations of this paragraph.

131.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

132.    IOENGINE denies the characterizations and allegations of this paragraph.

133.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

134.    IOENGINE denies the characterizations and allegations of this paragraph.

135.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

136.    IOENGINE admits that use of the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not involve executing program code, on a processor on the PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, or PayPal Chip and Tap Reader to provide a terminal with biometric data stored in a PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, or PayPal Chip and Tap Reader's

memory.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

137.    IOENGINE denies the characterizations and allegations of this paragraph.

138.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

139.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

140.    IOENGINE admits that no current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, or PayPal Chip and Tap Reader is configured to execute program code to provide a terminal with biometric data.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

141.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

142.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

143.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

144.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

145.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

146.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

147.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

148.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

149.     IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 9 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

150.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

151.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

152.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations this paragraph and thus denies them.

153.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

154.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them

155.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

156.     IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations this paragraph and thus denies them.

157.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

158.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them

159.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations this paragraph and thus denies them.

160.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

161.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

162.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

163.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

164.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

165.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

166.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

167.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

168.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

169.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

170.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

171.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

172.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

173.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

174.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

175.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

176.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

177.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

178.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

179.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

180.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

181.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

182.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

183.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

184.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

185.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

186.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

187.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

188.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

189.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

190.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

191.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

192.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

193.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

194.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

195.    IOENGINE denies the characterizations and allegations of this paragraph.

196.    IOENGINE denies the characterizations and allegations of this paragraph.

197.    IOENGINE denies the characterizations and allegations of this paragraph.

198.    IOENGINE denies the characterizations and allegations of this paragraph.

199.    IOENGINE denies the characterizations and allegations of this paragraph.

200.    IOENGINE denies the characterizations and allegations of this paragraph.

201.    IOENGINE denies the characterizations and allegations of this paragraph.

202.    IOENGINE denies the characterizations and allegations of this paragraph.

203.    IOENGINE denies the characterizations and allegations of this paragraph.

204.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

205.    IOENGINE denies the characterizations and allegations of this paragraph.

206.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

207.    IOENGINE denies the characterizations and allegations of this paragraph.

208.    IOENGINE denies the characterizations and allegations of this paragraph.

209.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

210.    IOENGINE denies the characterizations and allegations of this paragraph.

211.    IOENGINE denies the characterizations and allegations of this paragraph.

212.    IOENGINE denies the characterizations and allegations of this paragraph.

213.    IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 73 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

214.    IOENGINE denies the characterizations and allegations of this paragraph.

215.    IOENGINE denies the characterizations and allegations of this paragraph.

216.    IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 76 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

217.    IOENGINE denies the characterizations and allegations of this paragraph.

218.    IOENGINE denies the characterizations and allegations of this paragraph.

219.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

220.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

221.    IOENGINE denies the characterizations and allegations of this paragraph.

222.    IOENGINE denies the characterizations and allegations of this paragraph.

223.    IOENGINE denies the characterizations and allegations of this paragraph.

224.    IOENGINE denies the characterizations and allegations of this paragraph.

225.    IOENGINE denies the characterizations and allegations of this paragraph.

226.    IOENGINE denies the characterizations and allegations of this paragraph.

227.    IOENGINE denies the characterizations and allegations of this paragraph.

228.    IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 88 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

229.    IOENGINE denies the characterizations and allegations of this paragraph.

230.    IOENGINE denies the characterizations and allegations of this paragraph.

231.    IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 91 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

232.    IOENGINE denies the characterizations and allegations of this paragraph.

233.    IOENGINE denies the characterizations and allegations of this paragraph.

234.    IOENGINE denies the characterizations and allegations of this paragraph.

235.    IOENGINE denies the characterizations and allegations of this paragraph.

236.    IOENGINE denies the characterizations and allegations of this paragraph.

237.    IOENGINE denies the characterizations and allegations of this paragraph.

238.    IOENGINE denies the characterizations and allegations of this paragraph.

239.    IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 99 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

240.    IOENGINE denies the characterizations and allegations of this paragraph.

241.    IOENGINE denies the characterizations and allegations of this paragraph.

242.    IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 102 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

243.    IOENGINE denies the characterizations and allegations of this paragraph.

244.    IOENGINE denies the characterizations and allegations of this paragraph.

245.    IOENGINE denies the characterizations and allegations of this paragraph.

246.    IOENGINE denies the characterizations and allegations of this paragraph.

247.    IOENGINE denies the characterizations and allegations of this paragraph.

248.    IOENGINE denies the characterizations and allegations of this paragraph.

249.    IOENGINE denies the characterizations and allegations of this paragraph.

250.    IOENGINE denies the characterizations and allegations of this paragraph.

251.    IOENGINE denies the characterizations and allegations of this paragraph.

252.    IOENGINE denies the characterizations and allegations of this paragraph.

253.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

254.    IOENGINE denies the characterizations and allegations of this paragraph.

255.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

256.    IOENGINE denies the characterizations and allegations of this paragraph.

257.    IOENGINE denies the characterizations and allegations of this paragraph.

258.    IOENGINE lacks knowledge or information sufficient to form a belief about the truth of the characterizations and allegations in this paragraph and thus denies them.

259.    IOENGINE denies the characterizations and allegations of this paragraph.

260.    IOENGINE denies the characterizations and allegations of this paragraph.

261.    IOENGINE denies the characterizations and allegations of this paragraph.

262.    IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 122 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

263.    IOENGINE denies the characterizations and allegations of this paragraph.

264.    IOENGINE denies the characterizations and allegations of this paragraph.

265.    IOENGINE admits that the current PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader products do not infringe claim 125 of the '703 Patent.  Except as expressly admitted, IOENGINE denies the remaining characterizations and allegations of this paragraph.

266.    IOENGINE denies the characterizations and allegations of this paragraph.

267.   IOENGINE denies the characterizations and allegations of this paragraph.

268.   IOENGINE denies the characterizations and allegations of this paragraph.

269.   IOENGINE denies the characterizations and allegations of this paragraph.

270.   IOENGINE admits that an actual controversy exists between it and Ingenico as to infringement of the '703 patent.  Except as expressly admitted above, IOENGINE denies any remaining characterizations and allegations of this paragraph.

## PRAYER FOR RELIEF

No answer is required for Ingenico Inc.'s Prayer for Relief in the Complaint.  To the extent any statements made in Ingenico Inc.'s Prayer for Relief in the Complaint require a response, IOENGINE denies that any judgment, declaration, determination, relief, or remedy is warranted in Ingenico Inc.'s favor.

## AFFIRMATIVE DEFENSES

Without admitting or implying that IOENGINE bears the burden of proof or burden of persuasion as to any of them, IOENGINE, on information and belief, asserts the following defenses.  IOENGINE reserves the right to amend its Answer to add additional Defenses consistent with the facts discovered in this case.

**First Affirmative Defense (Infringement of the '047 Patent)**

271.   The '047 Patent has been and is being infringed, directly and indirectly, at least as set out in the PayPal Complaint and in IOENGINE's Counterclaims.

**Second Affirmative Defense (Infringement of the '969 Patent)**

272.   The '969 Patent has been and is being infringed, directly and indirectly, at least as set out in the PayPal Complaint and in IOENGINE's Counterclaims.

**Third Affirmative Defense (Infringement of the '703 Patent)**

273.    The '703 Patent has been and is being infringed, directly and indirectly, at least as set out in the PayPal Complaint and in IOENGINE's Counterclaims.

## COUNTERCLAIMS

274.    Counterclaim Plaintiff IOENGINE, LLC ("IOENGINE"), by and through its undersigned counsel, alleges as follows:

## THE PARTIES

275.    Counterclaim Plaintiff IOENGINE is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business at 22 Ensign Road, Norwalk, Connecticut 06853.

276.    Counterclaim Defendant Ingenico Group S.A. is a French corporation with its principal place of business at 28/32 boulevard de Grenelle, 75015 Paris, France.

277.    Counterclaim Defendant Ingenico Corp. is a Delaware corporation and a subsidiary of Ingenico Group S.A., with its principal place of business at 3025 Windward Plaza, Suite 600, Alpharetta, Georgia.

278.    Counterclaim Defendant Ingenico Inc. is a Georgia corporation and a subsidiary of Ingenico Corp., with its principal place of business at 3025 Windward Plaza, Suite 600, Alpharetta, Georgia.

279.    As used in these Counterclaims, "Ingenico" refers to Ingenico Group S.A., Ingenico Corp., and Ingenico Inc. individually and collectively.

## JURISDICTION AND VENUE

280.    This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 100 et seq., including, but not limited to, 35 U.S.C. § 271.

281.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

282.    This Court has personal jurisdiction over Ingenico.  Ingenico has submitted to the jurisdiction of this Court at least with respect to IOENGINE's claims for relief by filing the Complaint in this action against IOENGINE for a declaratory judgment.  Ingenico's Complaint involves the same IOENGINE patents and certain of the same or substantially similar Ingenico products as are at issue in this Counterclaim.

283.    Moreover, on information and belief, Counterclaim Defendants are subject to this Court's specific and general personal jurisdiction pursuant to due process and the Delaware Long-Arm Statute, due to their (i) substantial business in this forum, including at least a portion of the infringing acts alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from infringing goods and services provided to individuals in Delaware.

284.    On information and belief, within this State, Ingenico has offered for sale and sold, and continues to offer for sale and sell, products and services embodying the patented inventions, thereby committing, contributing to, and inducing, and continuing to commit, contribute to, and induce, acts of patent infringement alleged herein.

285.    Ingenico has committed such purposeful acts and/or transactions in Delaware that it reasonably should know and expect that it could be haled into this Court in this District as a consequence of such activity.

286.    Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant IOENGINE and Counterclaim Defendant Ingenico Corp. are incorporated in the State of Delaware, because one of the Patents-in-Suit has twice been litigated and tried to a jury verdict

in this District,[1] and because IOENGINE's Complaint against PayPal Holdings, Inc. ("PayPal") is pending in this District (No. 1:18-cv-452-GMS) (the "PayPal Complaint").[2]

287.     Venue is also proper in this District with respect to IOENGINE's Counterclaims to the extent that IOENGINE's patent infringement Counterclaims are compulsory counterclaims to Ingenico Inc.'s Declaratory Judgment claims for non-infringement.

288.     Ingenico, having chosen to file its Complaint in this District, cannot object to the venue of IOENGINE's Counterclaims.  Indeed, Ingenico has waived any venue defense by choosing to file its Complaint in this District.

## **BACKGROUND**

289.     This dispute involves fundamental technology that allows portable electronic devices, used in conjunction with terminals, to support enhanced functionality.  For example, the technology at issue allows users to interact with portable devices through a terminal's interactive user interface, using the terminal's input and output components, while maintaining a processing environment on the portable device to enable secure communications between the portable device, the terminal, and a communications network.  Further, the technology at issue describes terminals and portable devices that execute program code in a coordinated fashion, allowing for a convenient, secure way to conduct electronic transactions, such as processing mobile credit card payments and refunds.

290.     The technology at issue was invented by Mr. Scott McNulty, who also founded IOENGINE.

---

[1]     *See IOENGINE, LLC v. Imation Corp.*, No. 14-cv-1572 (D. Del.) (GMS); *IOENGINE, LLC v. Interactive Media Corp. d/b/a Kanguru Solutions*, No. 14-cv-1571 (D. Del.) (GMS).

[2]     C.A. No. 1:18-cv-452-GMS Complaint ("Compl.") (D.I. 1) ¶ 9 ("The Customer Suit has triggered an indemnity request by PayPal to Ingenico.").

## THE IOENGINE PATENTS-IN-SUIT

291.    On September 17, 2013, the United States Patent and Trademark Office duly and legally issued United States Patent No. 8,539,047 (the "'047 Patent"), entitled "Apparatus, Method and System for a Tunneling Client Access Point," after full and fair examination.  The application that led to the '047 Patent, U.S. Patent Application Ser. No. 12/950,321, was a continuation of U.S. Patent Application Ser. No. 10/807,731, filed on March 23, 2004.

292.    On June 16, 2015, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,059,969 (the "'969 Patent"), entitled "Apparatus, Method and System for a Tunneling Client Access Point" after full and fair examination.  The application that led to the '969 Patent, U.S. Patent Application Ser. No. 13/960,514, was a continuation of U.S. Patent Application Ser. No. 12/950,321, which was a continuation of U.S. Patent Application Ser. No. 10/807,731, filed on March 23, 2004.

293.    On September 26, 2017, the United States Patent and Trademark Office duly and legally issued United States Patent No. 9,774,703 (the "'703 Patent"), entitled "Apparatus, Method and System for a Tunneling Client Access Point" after full and fair examination.  The application that led to the '703 Patent, U.S. Patent Application Ser. No. 14/721,540, was a continuation of U.S. Patent Application Ser. No. 13/960,514, which was a continuation of U.S. Patent Application Ser. No. 12/950,321, which was a continuation of U.S. Patent Application Ser. No. 10/807,731, filed on March 23, 2004.

294.    IOENGINE is the assignee of all right, title, and interest in and to the '047 Patent, the '969 Patent, and the '703 Patent (collectively, the "Patents-in Suit") and possesses all rights of recovery under the Patents-in-Suit, including the right to recover damages for past infringement.

295.    The Patents-in-Suit are valid, enforceable, and unexpired.

## INGENICO'S INFRINGEMENT

296.    As described below, Ingenico infringes claims of each of the Patents-in-Suit directly (alone or jointly), by making, using, selling, offering for sale, and importing into the United States certain products or services, and indirectly by contributing to and inducing direct infringement by others, by encouraging and instructing others to make and use such products or services in an infringing manner.

297.    Ingenico's "mPOS Card Readers" include without limitation the Moby/8500, Moby/3000, RP750x Chip & Pin Mobile Card Reader, RP750c Chip & Pin Mobile Card Reader, RP457c Series, RRP350x Chip & Sign Mobile Card Reader, ROAMpay Swiper, G2card Mobile Card Reader, G3X Mobile Card Reader, G4X Mobile Card Reader, G5X Mobile Card Reader,[3] and reasonably similar Ingenico products with on-board storage and processing capabilities that embody the apparatuses or practice the methods claimed by any of the Patents-in-Suit.

298.    Ingenico's "Tablet POS Solutions" include without limitation the Moby/C150, Moby/M120, Moby/M100, Moby/M70,[4] and reasonably similar Ingenico products with on-board storage and processing capabilities that embody the apparatuses or practice the methods claimed by any of the Patents-in-Suit.

299.    Ingenico's "Mobile Smart Terminals" include without limitation the iSMP Companion, iSMP3, iSMP4, iSMP4 Companion, Link/2500, iCMP,[5] and reasonably similar

---

[3]    *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

[4]    *See, e.g.*, *Tablet POS Solutions*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/tablet-pos (last visited August 16, 2018).

[5]    *See, e.g.*, *Mobile Smart Terminals*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mobile-smart-terminals (last visited August 16, 2018).

Ingenico products with on-board storage and processing capabilities that embody the apparatuses or practice the methods claimed by any of the Patents-in-Suit.

300.    The "Ingenico Infringing Mobile Products" include, but are not limited to, Ingenico's mPOS Card Readers, Tablet POS Solutions, and Mobile Smart Terminals.

301.    The Ingenico Infringing Mobile Products are portable devices that are designed to allow users to accept multiple forms of payment in many locations, including "store aisle, at a pop-up store or onboard an airplane," in order to "satisfy today's mobile consumers" and to "allow[] worldwide commerce to benefit from a combination of mobility, payment and business processing across all sales channels."[6]

302.    The Ingenico Infringing Mobile Products are specifically designed to infringe the Patents-in-Suit by engaging in card reader device setup, processing chip card ("EMV") payments, processing magnetic stripe card payments, processing contactless payments, processing refunds, and processing firmware updates, and have no substantial non-infringing uses.

303.    PayPal Holdings, Inc. ("PayPal") is a customer of Ingenico and PayPal makes, uses, imports, sells, or offers for sale "certain products supplied to PayPal by Ingenico."[7]

304.    The Ingenico Infringing Mobile Products include the PayPal Mobile Card Reader, PayPal Chip and Swipe Reader, and PayPal Chip and Tap Reader, which "are [c]ard [r]eader [p]roducts supplied to PayPal by Ingenico."[8]

---

[6]      *Mobile Point of Sale Solutions*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions (last visited August 16, 2018).

[7]      Compl. (D.I. 1) ¶ 1.

[8]      *Id.* ¶¶ 7-8.

305.   The "Ingenico Mobile Apps" include without limitation the Ingenico ROAMpay X5 App, the Ingenico ROAMpay X4 App, and similar mobile applications[9] developed by or for Ingenico, or with documentation, executable or source code, guidance, or assistance from Ingenico, and/or developed using Ingenico's mPOS EVM SDK, for use with the Ingenico Infringing Mobile Products.

306.   Ingenico describes the ROAMpay X5 App as an "mPOS Application" that offers broad "[c]ompatibility with magnetic stripe, NFC, chip & PIN, and chip & signature card readers."[10]

307.   On information and belief, Ingenico's ROAMpay X5 App is compatible with the full range of Ingenico's mPOS products, including the Ingenico Infringing Mobile Products.

308.   The "Compatible Third-Party Mobile Apps" include third-party mobile applications designed to work the Ingenico Infringing Mobile Products, including without limitation the PayPal Here App, PayPal POS Partner Apps, Converge Mobile App,[11] and ShopKeep App,[12] each of which was developed with documentation, executable or source code,

---

[9]     *See, e.g.*, *mPOS Application: ROAMpay X5*, INGENICO MOBILE SOLUTIONS https://ingenico.us/mobile-solutions/mpos-white-label-platform/mpos-application (last visited August 16, 2018).

[10]    ROAMpay X5 Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/roam_roampayx5_final_111716.pdf (last visited August 16, 2018).

[11]    *See* Converge Mobile User Guide – iOS, *available at* https://elavonconverge.blob.core.windows.net/concon/ConvergeMobileUserGuideIOS.pdf (last visited August 16, 2018).

[12]    *See, e.g.*, *iCMP Credit Card Reader Troubleshooting*, SHOPKEEP.COM, https://www.shopkeep.com/support/troubleshooting/icmp-credit-card-reader-troubleshooting (last visited August 16, 2018).

guidance, or assistance from Ingenico (for example, mobile applications containing or developed using Ingenico's mPOS EVM SDK[13]).

309.     Ingenico provides its mPOS EMV SDK to third-party developers, including, on information and belief, to PayPal.

310.     Ingenico markets its mPOS EMV SDK to third-party developers as "a developer friendly toolkit, giving you everything you need to integrate EMV payment acceptance into your innovative mobile apps.  This is your fast path to EMV, removing the complexities, costs, and time associated with EMV certification."  Ingenico further describes its mPOS EMV SDK as "provid[ing] a fast path to EMV with an all-in-one tool kit that removes the payments complexity and certification bottlenecks for developers," and that "provides ISVs and developers with everything they need to quickly enable their mobile application with EMV payment acceptance."[14]

311.     Ingenico provides both iOS and Android SDKs to third-party developers, which SDKs "provide integration with the full range of Ingenico Mobile Solutions card readers and [the Ingenico] EMV Gateway."  Ingenico's SDK allows third-party developers to "[u]se the entire range of [Ingenico's] mobile card readers with just a single integration, enabling all forms of payment acceptance including EMV and NFC."[15]

---

[13]     *See, e.g.*, *mPOS EMV SDK*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-emv-sdk (last visited August 16, 2018); *mPOS White Label Platform*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-white-label-platform (last visited August 16, 2018).

[14]     *mPOS EMV SDK*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-emv-sdk (last visited August 16, 2018).

[15]     *Id.*

312.    Ingenico directs third-party developers to use its mPOS EMV SDK to "implement the Client API," "a special secure channel between your native app and [Ingenico's] server, used to obtain security credentials to keep your customer's data secure in transit."[16]  For example, Ingenico instructs third-party developers that the mPOS EMV SDK will do "all [of] the heavy lifting, such as requesting a public key from the Client API, performing the encryption and BASE-64 encoding the result into one string," and that the third-party developer "only need[s] to provide the SDK with the values the customer provided in [the third-party's] screens."[17]

313.    In addition to the mPOS EMV SDK, Ingenico provides third-party developers with a "comprehensive set of developer materials [that] include detailed SDK documentation, sample code, and sample applications."  Ingenico also provides a "dedicated application support team [that] ensures that developers are serviced by knowledgeable experts at Ingenico Group."[18]

314.    On information and belief, the Compatible Third-Party Mobile Apps were developed with documentation, executable or source code, guidance, or assistance from Ingenico, and/or developed using Ingenico's mPOS EVM SDK.

315.    The "Ingenico Infringing Products" include the Ingenico Infringing Mobile Products, alone or in combination with a credit card, debit card, smart card, or contactless payment device; Ingenico Mobile Apps or Compatible Third-Party Mobile Apps used in connection with the Ingenico Infringing Mobile Products; Ingenico's and third-parties' secure financial transaction servers used in connection with the Ingenico Infringing Mobile Products to

---

[16]    *Mobile and Browser SDKs*, INGENICO DEVELOPERS, https://epayments.developer-ingenico.com/documentation/sdk/mobile/ (last visited August 16, 2018).

[17]    *iOS SDK and example app*, INGENICO DEVELOPERS https://epayments.developer-ingenico.com/documentation/sdk/mobile/ios/ (last visited August 16, 2018).

[18]    *mPOS EMV SDK*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-emv-sdk (last visited August 16, 2018).

process credit, debit, and smart card transactions and contactless payment transactions (*e.g.*, Ingenico's mPOS White Label Platform and EMV Gateway)[19]; Ingenico's and third-parties' severs used to process firmware updates for the Ingenico Infringing Mobile Products; products and systems incorporating the foregoing; and reasonably similar Ingenico products with on-board storage and processing capabilities that embody the apparatuses or practice the methods claimed by any of the Patents-in-Suit.

316.    The Ingenico Infringing Products meet the limitations of at least one claim of each of the Patents-in-Suit literally and/or under the doctrine of equivalents.

317.    Ingenico instructs and encourages its customers to make and use the Ingenico Infringing Products in a manner that infringes at least one claim of each of the Patents-in-Suit, including by providing software development kits for the Ingenico Infringing Products,[20] by providing information on its website (https://ingenico.us), including data sheets, case studies, and other information, and by providing documentation and technical support to its customers for the Ingenico Infringing Products.  On information and belief, in each case, the information and materials provided by Ingenico contain detailed descriptions and instructions for implementing and using functionality claimed in each of the Patents-in-Suit including, at least, card reader device setup, processing chip card ("EMV") card payments, processing magnetic stripe card payments, processing contactless payments, processing refunds, and processing firmware updates.  Ingenico additionally instructs and encourages its customers and third parties to use the Ingenico Infringing Products in a manner that infringes at least one claim of each of the Patents-

---

[19]    *See, e.g.*, *EMV Gateway*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-white-label-platform/mpos-gateway (last visited August 16, 2018).

[20]    *See, e.g.*, *mPOS EMV SDK*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-emv-sdk (last visited August 16, 2018).

in-Suit by instructing and encouraging its customers and third parties to use the Ingenico Infringing Products with Ingenico's mPOS White Label Platform, Ingenico Mobile Apps, and Compatible Third-Party Mobile Apps.[21]

318.   Ingenico additionally conditions the use of Ingenico Infringing Mobile Products with Compatible Third-Party Mobile Apps upon use of the Ingenico mPOS EVM SDK or its equivalent, which has the effect of establishing the timing and manner of the performance of card reader device setup, processing chip card ("EMV") card payments, processing magnetic stripe card payments, processing contactless payments, processing refunds, and processing firmware updates by Compatible Third-Party Mobile Apps.

319.   Ingenico's provision of documentation, executable or source code, guidance, or assistance from Ingenico, and/or Ingenico's mPOS EVM SDK to third parties allows Ingenico to exercise direction or control over card reader device setup, processing chip card ("EMV") card payments, processing magnetic stripe card payments, processing contactless payments, processing refunds, and processing firmware updates by Compatible Third-Party Mobile Apps.

320.   Ingenico's provision of documentation, executable or source code, guidance, or assistance from Ingenico, and/or Ingenico's mPOS EVM SDK to third parties results in a joint enterprise where every step of card reader device setup, processing chip card ("EMV") card payments, processing magnetic stripe card payments, processing contactless payments, processing refunds, and processing firmware updates by Compatible Third-Party Mobile Apps is performed by or attributable to Ingenico.

---

[21]    *See, e.g mPOS White Label Platform*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-white-label-platform (last visited August 16, 2018).

## COUNTERCLAIM COUNT I
## (DIRECT INFRINGEMENT OF THE '047 PATENT)

321.    IOENGINE repeats, re-alleges, and incorporates by reference paragraphs 274 to 320 as if fully set forth herein.

322.    The '047 Patent is presumed valid.

323.    On information and belief, Ingenico had actual knowledge of the '047 Patent before filing the Complaint in this case.

324.    Ingenico Inc. received an indemnity request from PayPal Holdings, Inc. ("PayPal") regarding IOENGINE's Complaint in this District against PayPal (No. 1:18-cv-452-GMS) (the "PayPal Complaint").[22]  Ingenico had actual knowledge of the '047 Patent no later than when it received this request.

325.    Ingenico is not licensed under the '047 Patent and has no other right or permission to practice the invention claimed therein.

326.    On information and belief, Ingenico has infringed and continues to infringe, directly (alone or jointly), literally, and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271, one or more claims of the '047 Patent by performing, without authority, one or more of the following acts: making, having made, using, importing, selling, and offering for sale in the United States one or more products or services that embody the invention claimed in the '047 Patent, including without limitation the Ingenico Infringing Products.

327.    Since receiving notice of the '047 Patent, Ingenico has knowingly and willfully infringed, and continues to infringe, one or more claims of the '047 Patent by making, having

---

[22]    Compl. (D.I. 1) ¶ 9 ("The Customer Suit has triggered an indemnity request by PayPal to Ingenico.").

made, using, importing, selling, and offering for sale in the United States the Ingenico Infringing

Products.

328.   For example, the Ingenico Infringing Products embody the patented invention of

the '047 Patent and infringe at least Claim 1 of the '047 Patent because each of the Ingenico

Infringing Mobile Products for mobile payments is:

"[a] portable device, comprising:

(a) an external communications interface configured to enable the transmission of a plurality of communications between the portable device and a terminal comprising a terminal processor, a first input component, a first output component, and a network interface;

(b) a processor; and

(c) a memory having executable program code stored thereon, including:

(1) first program code which, when executed, causes an interactive user interface to be presented on the first output component, wherein the interactive user interface is configured to enable the user to cause the portable device processor to execute program code stored on the portable device memory;

(2) second program code which, when executed, enables the portable device to (i) receive a communication resulting from user interaction with the interactive user interface and (ii) cause a communication to be sent through the terminal network interface to a communications network node; and

(3) third program code which, when executed by the portable device processor in response to a communication resulting from user interaction with the interactive user interface, causes a communication to be transmitted to a communications network node;

wherein the portable device is configured to effect the display on the first output component of processing activity of program code stored on the portable device memory; and

wherein the portable device is configured to communicate with the terminal and to communicate through the terminal network

interface with the communications network node."[23]

329.    The following sections detail Ingenico's infringement with respect to certain Ingenico Infringing Products and groups of Ingenico Infringing Products.  This claim for relief, however, is not limited to the products explicitly named in these sections.  Rather, these products are presented by way of representative example.  This claim for relief extends to all the Ingenico Infringing Products as described above.

**Direct Infringement: Moby/8500 and Similar Products.**

330.    On information and belief, multiple products in Ingenico's line of mPOS Card Readers, including at least the Moby/8500, Moby/3000, RP750x, and RP750c and its variants (collectively, the "Moby/8500 and Similar Products"), use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

331.    For example, the Moby/8500 and Similar Products are all "[b]uilt upon a common platform and software development kit (SDK)."[24]

332.    On information and belief, the PayPal Chip and Swipe Reader is an Ingenico Moby/3000 that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Chip and Swipe Reader.

333.    On information and belief, the PayPal Chip and Swipe Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the

---

[23]     '047 Patent, Claim 1.

[24]     *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

same way as the Moby/3000 for purposes of infringement, and thus infringes in a substantially similar manner.

334.    The Moby/8500 and Similar Products are portable devices.

335.    For example, Ingenico markets the Moby /8500 as a "[s]leek, compact and consumer-friendly mobile point of sale (mPOS) card reader" that "[a]ccepts all card-based payments, including EMV chip & PIN, magstripe and NFC/contactless":


25

336.    Additionally, Ingenico describes the Moby/8500 as having a "[c]ompact . . . , lightweight . . . form factor which allows for total portability and ease of use."[26]

337.    As an additional example, the PayPal Chip and Swipe Reader is a portable device that allows users to "[g]et paid where your business takes you":

---

[25]    *See* Moby/8500 Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/mobile-solutions/moby8500/ig-na-moby8500-v1digital.pdf (last visited August 16, 2018).

[26]    *Ingenico Group Reveals Next-Generation of its Mobile PIN Pad Card Reader*, Ingenico Corporate Press & Publications, https://www.ingenico.com/press-and-publications/press-releases/all/2017/11/ingenico-group-reveals-next-generation-of-its-mobile-pin-pad-card-reader.html (last visited August 16, 2018) (the "Moby 8500 Press Release").



338.    On information and belief, the Moby/8500 and Similar Products contain a processor.

339.    For example, the Moby/8500 contains a "32-bits [*sic*] ARM microcontroller" or its equivalent.[28]

340.    As an additional example, the PayPal Chip and Swipe Reader contains an ARM STM 32F103 Series microprocessor or its equivalent:



---

[27]    *See* PayPal Chip and Swipe Reader Guide, available at https://www.paypal.com/us/webapps/mpp/credit-card-reader-how-to/chip-and-swipe-reader (the "PayPal Chip and Swipe Reader Guide Website") (last visited August 16, 2018).

[28]    Moby/8500 Datasheet, at 2.

[29]    Unless otherwise noted, all pictures of the internal components of the PayPal Chip and Swipe Reader were taken of a PayPal Chip and Swipe Reader with the plastic covering removed.

341.    On information and belief, the Moby/8500 and Similar Products and/or the included ARM microcontroller or its equivalent contain memory, including both volatile and non-volatile memory, having executable program code stored thereon.

342.    For example, the Moby/8500 "comes preloaded with firmware and security keys."[30]

343.    As an additional example, the PayPal Chip and Swipe Reader contains memory, including 16 Kbytes to 1 Mbyte of Flash and 6K to 96K SRAM memory integrated into an ARM STM 32F103 Series microprocessor, or its equivalent.

344.    The Moby/8500 and Similar Products contain a Bluetooth communications interface configured to enable the transmission of communications between the Moby/8500 and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, and a network interface and that contains a mobile application such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).[31]

345.    For example, the Moby/8500 supports Bluetooth 4.2, and uses Bluetooth to "pair" with the terminal:

---

[30]    Moby/8500 Datasheet, at 2. *See also*, Moby/8500 Press Release ("The Moby/8500 . . . provid[es] an off-the-shelf solution with firmware and keys preloaded").

[31]    *See* Moby/8500 Datasheet, at 2.

> **BLUETOOTH PAIRING AND CONNECTION**
> Bluetooth is enabled as soon as the reader is turned on. Moby/8500is discoverable all the time.
>
> *Pairing*: Pairing of Moby/8500with your mobile phone/tablet must be done from the mobile app that comes with it:
> 1.   Open the mobile app
> 2.   Tap on the Menu icon on the top left corner.
> 3.   Tap on Settings
> 4.   Tap on Bluetooth Readers
> 5.   If Bluetooth on your device is OFF, turn it ON.
> 6.   Tap on 'Pair a New Reader' to start the pairing process.
> <sub>32</sub>

346.    Additionally, the Moby/8500 can "[e]asily connect . . . with Bluetooth to over 300 different types of iOS and Android smartphones and tablets."[33]

347.    As an additional example, the PayPal Chip and Swipe Reader can be paired with a terminal using Bluetooth:



348.    On information and belief, the Moby/8500 and Similar Products' memory stores program code that is configured to cause an interactive user interface to be presented on the terminal's display (for example, to indicate that the Moby/8500 and Similar Products have been

---

paired with the terminal, or to display a message that the Moby/8500 and Similar Products require an update), which the user can interact with (for example, to initiate a credit card transaction, to complete the Bluetooth pairing, or to initiate a firmware update).

349.    For example, the Moby/8500 and Similar Products are configured to cause the Ingenico ROAMpay X5 App running on the terminal to present a symbol in the header of the ROAMpay X5 App's user interface to indicate that a Moby/8500 and Similar Product has been connected and is available for transactions, or to present a message to prompt the user to "Tap/Insert/Swipe [a] Card" in order to process a credit card transaction:



350.   Also, the Moby/8500 "comes preloaded with firmware" that can be updated.[36]

---

[35]   *ROAMpay X5—Accepting Payments—How do I add/delete items to the cart?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-adddelete-items-to-the-cart/ (last visited August 16, 2018); *see generally* INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top level site for Ingenico Help Center).

[36]   Moby/8500 Datasheet, at 2 ("The device comes preloaded with firmware and security keys which can be remotely updated to help reduce total cost of ownership.").  *See also*, Moby/8500 Press Release ("The Moby/8500 . . . provid[es] an off-the-shelf solution with firmware . . . preloaded.").

351.    For example, the Moby/8500 causes the Ingenico ROAMpay X5 App running on the terminal to present a message to prompt the user to update the firmware when new firmware is available:



352.    As an additional example, the PayPal Chip and Swipe Reader is configured to cause the PayPal Here App running on the terminal to present a message when a PayPal Chip and Swipe Reader has been connected and is available for transactions:

---

[37]     *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).



353.    Also, if a firmware update is necessary, the PayPal Chip and Swipe Reader is configured to cause the PayPal Here App running on the terminal to present a message that a firmware update is required:



354.    On information and belief, the Moby/8500 and Similar Products' memory stores program code that is configured to enable the Moby/8500 and Similar Products to receive communications resulting from user interaction with the user interface displayed on the terminal

---

38     Unless otherwise noted, all screen captures of the PayPal Here App in use with the PayPal Chip and Swipe Reader were taken on an iPhone 7 Plus running the PayPal Here App.

running an Ingenico Mobile App or a Compatible Third-Party Mobile App, and to cause a communication to be sent to a communications network node, such as a network server, through the terminal's network interface (for example, program code to enable the Moby/8500 and Similar Products to receive communications and to cause communications to be sent via Bluetooth, in connection with the processing of payments or firmware updates).

355.    For example, the Moby/8500 (*i.e.* a portable device) is configured to receive communications resulting from user interaction with a user interface of an Ingenico Mobile App or a Compatible Third-Party Mobile App running on an iOS or Android device (*i.e.* a terminal) and to cause a communication to be sent to a communications network node, such as Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers, through the terminal's network interface using the Ingenico mPOS EMV SDK or similar firmware or software code:



[39]    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

356.    On information and belief, the Moby/8500 and Similar Products' memory also stores program code to be executed by the Moby/8500 and Similar Products' processor in response to a communication resulting from user interaction with a user interface on the terminal that is configured to cause a communication to be sent to a communications network node, such as a network server, through the terminal's network interface (for example, to cause the Ingenico Mobile App or a Compatible Third-Party Mobile App to send a communication to Ingenico's secure EMV Gateway, other financial transaction servers, or other servers to process payments or to request firmware updates).

357.    For example, the ROAMpay X5 app's user interface allows the user to finalize the charge amount and initiate the transaction by pressing the "Select Tender" button and selecting a card transaction, or by pressing the "Charge" button, in response to which the Moby/8500 and Similar Products' processor executes program code that is configured to collect payment information:





40    *ROAMpay x5—Performing Different Types of Transactions—How do I accept
contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-
center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



358.    The ROAMpay X5 app's user interface then presents a "payment screen" that

instructs the user to "Insert, Swipe, or Tap":

---

41      Ingenico Mobile Solutions, *ROAMpay X5 Demonstration at Money2020*, YOUTUBE (Jan. 2, 2015), https://www.youtube.com/watch?v=cm5tbFuUbtE (last visited August 16, 2018) ("ROAMpay X5 Demonstration Video").  This video was posted by Ingenico.  Although this video demonstration involves Ingenico's iCMP device, it shows the functionality of Ingenico's ROAMpay X5 App, which is compatible with and can be used in like manner with the Ingenico G5X.  *See, e.g.*, https://mobile-solutions.ingenico.com/help-center/how-do-i-connect-the-g5x-reader-to-my-device/ (last visited August 16, 2018).



359.    Further, once the user has inserted, swiped, or tapped the payment method, the Moby/8500 and Similar Product causes the Ingenico ROAMpay X5 App's user interface to indicate "[p]rocessing sale transaction" while network communications related to processing a sale transaction are taking place:

---

42    *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



360.     Additionally, when the transaction is complete the Ingenico ROAMpay X5 App's user interface presents a "Payment Complete!" or "Transaction Approved" message:

---



---

44      *Id.*



361.     In addition, for example, the Moby/8500's memory stores program code to be executed by the Moby/8500's processor in response to user interaction with the Ingenico ROAMpay X5 App's user interface to remotely update the firmware and security keys.[46]

362.     The Moby/8500 and Similar Products "must be paired via Bluetooth before performing [a] Remote Firmware Update."[47]

363.     Further, a user can "check for updates at any time" for a connected reader by "[n]avigat[ing] to the settings menu, and click[ing] on Bluetooth Readers" and "Check for Updates," in response to which the Moby/8500 and Similar Products' processor executes program code that is configured to cause a communication to be transmitted to a communications network to check for an available firmware update:

---

[45]     ROAMpay X5 Demonstration Video.

[46]     *See* Moby/8500 Datasheet, at 2 ("The device comes preloaded with firmware and security keys which can be remotely updated to help reduce total cost of ownership.").

[47]     *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).



364.    For example, after logging into the ROAMpay X5 App on the terminal, if the

Moby/8500 and Similar Products require an update, a user is presented with a prompt to

"Remind Later" or to "Update Now":

---

48          *Id.*



365.    As an additional example, on information and belief, the PayPal Here App's user interface allows the user to enter the charge amount and to initiate the transaction by pressing the "charge" button, in response to which the PayPal Chip and Swipe Reader's processor executes program code that is configured to collect payment information and to cause a communication to be transmitted to a communications network to process the transaction:

---

49          *Id.*



366.    Further, on information and belief, the PayPal Here App's user interface also allows the user to initiate a firmware update by pressing the "update" button, in response to which the PayPal Chip and Swipe Reader's processor executes program code that is configured to cause a communication to be transmitted to a communications network to download the firmware update:

---

[50]    Unless otherwise noted, all screen captures of PayPal's instructional videos for the PayPal Chip and Swipe Reader were captured from https://www.youtube.com/watch?v=1XJ35nxrM6Y (last visited Mar. 23, 2018 on PayPal's "verified" YouTube channel (https://www.youtube.com/user/PayPal)).



367.    On information and belief, the Moby/8500 and Similar Products are configured to effect the terminal's display of processing activity of program code stored on the Moby/8500 and Similar Products' memory (for example, to indicate successful pairing of Moby/8500 and Similar Products to the terminal, to display payment processing progress details, to provide payment processing confirmation, or to display firmware update details).

368.    For example, the Moby/8500 is configured to effect the display on the terminal running the ROAMpay X5 App to indicate that the transaction is processing:



---

[51]    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-

369.    Further, the Moby/8500 is configured to effect the display on the terminal running the ROAMpay X5 App to indicate that a transaction has been completed:



370.    In addition, once the Moby/8500 and Similar Products have completed installing a firmware update, the ROAMpay X5 App will display a "Reader Update Successful" dialogue:

---

solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

52      *Id.*



371.    As an additional example, the PayPal Chip and Swipe Reader is configured to effect the display of the terminal running the PayPal Here App to indicate that a transaction has been completed:



---

[53]    *Remote Firmware Updates—Checking & Updating Firmware—How do I remotely update reader firmware?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-update-reader-firmware/ (last visited August 16, 2018).

372.    Further, the PayPal Chip and Swipe Reader is also configured to effect the display of the terminal running the PayPal Here App to indicate that the firmware has been updated successfully:



373.    The Moby/8500 and Similar Products are configured to communicate with the terminal running an Ingenico Mobile App or a Compatible Third-Party Mobile App, and to communicate through the terminal's network interface to a communications network node, such as a network server, (for example, for securely processing credit card or contactless payment transactions using Ingenico's secure EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers, or for firmware updates):



**Direct Infringement: G5X Mobile Card Reader and Similar Products.**

374.   On information and belief, multiple products in Ingenico's line of mPOS Card Readers, including at least the G5X, G4X, G3X, G2Card, and ROAMpay Swiper (collectively the "G5X and Similar Products"), use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

375.   For example, the G5X and Similar Products are all "[b]uilt upon a common platform and software development kit (SDK)."[55]

376.   On information and belief, the PayPal Mobile Card Reader is an Ingenico G4X that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Mobile Card Reader.

---

[54]   mPOS EMV SDK Datasheet.

[55]   *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

377.    On information and belief, the PayPal Mobile Card Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the same way as the G4X for purposes of infringement, and thus infringes in a substantially similar manner.

378.    The G5X and Similar Products are portable devices.

379.    For example, Ingenico markets the G5X as a "mobile card reader" for "[p]owering the next generation of secure mobile card acceptance":



56

380.    Additionally, Ingenico describes the G5X as an "mPOS" device that "provides merchants with a fast, reliable, and seamless mPOS experience" and that "provides a dual track

---

56      *See* G5X Mobile Card Reader Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/roam-g5x-data-sheet.pdf (last visited August 16, 2018).

magnetic stripe reader (MSR) enabling retrieval of multiple data types from one swipe and readability of additional card types (*i.e.* gift cards)."[57]

381.    As an additional example, the PayPal Mobile Card Reader is a portable device that "fits in your pocket and works with compatible mobile devices to help get you paid on-the-go":


[58]

382.    On information and belief, the G5X and Similar Products contain an ARM microprocessor or its equivalent.

383.    For example, the PayPal Mobile Card Reader contains a EFM32 TG110F32 ARM Cortex-M3 processor or its equivalent:

---

[57]    *What is a G5X Reader?*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/help-center/what-is-a-g5x-reader/ (last visited August 16, 2018).

[58]    *See* PayPal Mobile Card Reader Guide, available at https://www.paypal.com/us/webapps/mpp/credit-card-reader-how-to/mobile-card-reader (last visited August 16, 2018) (the "PayPal Mobile Card Reader Guide Website").



384.   On information and belief, the G5X and Similar Products and/or the included ARM microprocessor or its equivalent contain memory, including both volatile and non-volatile memory, having executable program code stored thereon.

385.   For example, the PayPal Mobile Card Reader contains memory, including at least up to 32 KB Flash memory and up to 4KB RAM memory integrated into an EFM32 TG110F32 ARM Cortex-M3 processor, or its equivalent.

386.   The G5X and Similar Products include an audio jack data communications interface (on information and belief, an AHJ connector) configured to enable the transmission of communications between the G5X and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, a network interface, and that contains a mobile application such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).

---

59      Unless otherwise noted, all pictures of the internal components of the PayPal Mobile Card Reader were taken of a PayPal Mobile Card Reader with the plastic covering removed.

387.    For example, the G5X include an "extendable audio jack" data communications interface that "allow[s] the [Ingenico G5X] to plug into virtually any mobile device":[60]



61

388.    For example, the G5X is compatible with over 150 iOS or Android devices, including but not limited to Apple iPad devices, Apple iPhone devices, Google Pixel devices, Google Nexus devices, Samsung Galaxy devices, and Motorola Droid devices.[62]

389.    On information and belief, the G5X and Similar Products' memory stores program code that is configured to cause an interactive user interface to be presented on the terminal's display (for example, to indicate that the G5X and Similar Products have been connected to the terminal and detected), which the user can interact with (for example, to initiate a credit card transaction, or to initiate a firmware update).

390.    The G5X is "supported by Version 5.0 of the ROAMpay X5 application."[63]

---

[60]      *What is a G5X Reader?*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/help-center/what-is-a-g5x-reader/ (last visited August 16, 2018).

[61]      *G5X Mobile Card Reader*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers/g5x-mobile-card-reader.html (last visited August 16, 2018).

[62]      *See Device Compatibility*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/device-compatibility/ (last visited August 16, 2018).

[63]      *What version of the ROAMpay X5 app works with the G5X Reader?*, INGENICO HELP CENTER https://mobile-solutions.ingenico.com/help-center/what-version-of-the-roampay-x5-app-works-with-the-g5x-reader/ (last visited August 16, 2018).

391.    Further, the G5X causes the Ingenico Mobile App or Compatible Third-Party Mobile App running on the terminal to present a message when the G5X has been detected. "After [a G5X] reader is successfully connected, [the user] will see the 'connected reader' icon on the app's header":

64

392.    As an additional example, the PayPal Mobile Cord Reader causes the PayPal Here App to present a message when the PayPal Mobile Card Reader has been detected:

65

393.    On information and belief, the G5X and Similar Products' memory stores program code that is configured to enable the G5X and Similar Products to receive

---

64      *How do I connect the G5X reader to my device?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-connect-the-g5x-reader-to-my-device/ (last visited August 16, 2018).

65      Unless otherwise noted, all screen captures of the PayPal Here App in use with the PayPal Mobile Card Reader were taken on an iPhone 5s running the PayPal Here App.

communications (for example, an audio-data communication sent to the G5X and Similar Products over audio pins (pins 3 and 4) of the AHJ interface) resulting from user interaction with the user interface displayed on the terminal running an Ingenico Mobile App or a Compatible Third-Party Mobile App, and to cause a communication to be sent to a communications network node, such as a network server, through the terminal's network interface (for example, program code to enable the G5X and Similar Products to receive communications and to cause communications to be sent via audio-data communication, in connection with the processing of payments).

394.    For example, the G5X (*i.e.* a portable device) is configured to interact with an Ingenico Mobile App or a Compatible Third-Party Mobile App running on an iOS or Android device (*i.e.* a terminal) using the Ingenico mPOS EMV SDK or similar firmware or software code:



---

66      mPOS EMV SDK Datasheet.

395.     On information and belief, the G5X and Similar Products' memory also stores program code to be executed by the G5X and Similar Products' processor in response to a communication resulting from user interaction with a user interface on the terminal that is configured to cause a communication to be sent to a communications network node, such as a network server, through the terminal's network interface (for example, to cause the Ingenico Mobile App or a Compatible Third-Party Mobile App to send a communication to Ingenico's EMV Gateway, other financial transaction servers, or other servers to process payments, or to request firmware updates).

396.     For example, the ROAMpay X5 app's user interface allows the user to finalize the charge amount and initiate the transaction by pressing the "Select Tender" button and selecting a card transaction, or by pressing the "Charge" button, in response to which the G5X and Similar Products' processor executes program code that is configured to collect payment information:





---

[67]     *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).

68

397.    Further, on information and belief, when the user has initiated the transaction on the ROAMpay X5 app's user interface on the terminal, the G5X's processor executes program code to collect payment information.  The G5X indicates that it is "waiting for [the] card" by setting the built-in LED to green and emitting a one-second beep.  When reading a card the G5X flashes the built-in LED alternately on for one-half second green and off for one-half second.[69]

398.    In addition, "[w]hen the [G5X ] reader is ready for use, [the user] will see a prompt . . . reading, 'swipe' as it appears on the Payment Information screen."[70]

399.    Further, once the user has inserted, swiped, or tapped the payment method, the G5X and Similar Product causes the Ingenico ROAMpay X5 App's user interface to indicate

---

[68]    ROAMpay X5 Demonstration Video.

[69]    *How do I know the status of my G5X Reader?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-know-the-status-of-my-g5x-reader/ (last visited August 16, 2018).

[70]    *How do I know when the G5X Reader is ready for use?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-know-when-the-g5x-reader-is-ready-for-use/ (last visited August 16, 2018).

"[p]rocessing sale transaction" while network communications related to processing a sale transaction are taking place:



400.    Additionally, when the transaction is complete the Ingenico ROAMpay X5 App's user interface presents a "Payment Complete!" or "Transaction Approved" message:

---

[71]    *Id.*



72   *Id.*



401.    In addition, for example, on information and belief, the G5X and Similar

Products' memory stores program code to be executed by the G5X and Similar Products'

processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-

Party Mobile App's user interface to remotely update the firmware.

402.    For example, after logging into the ROAMpay X5 App on the terminal, if the

G5X and Similar Products require an update, a user is presented with a prompt to "Remind

Later" or to "Update Now":

---

[73]    ROAMpay X5 Demonstration Video.



403.    As an additional example, the PayPal Here App's user interface allows the user to enter the charge amount and to initiate the transaction by pressing the "charge" button, in response to which the PayPal Mobile Card Reader's processor executes program code that is configured to collect payment information and cause a communication to be transmitted to a communications network to process the transaction:

---

[74]    *Id.*



404.    On information and belief, the G5X and Similar Products are configured to effect the terminal's display of processing activity of program code stored on the G5X and Similar Products' memory (for example, to indicate successful connection to the terminal and detection of the G5X and Similar Products, to display payment processing progress details and to provide payment processing confirmation, or to display firmware update details).

405.    For example, the G5X Mobile Card Reader is configured to effect the display of the terminal running Ingenico's ROAMpay X5 App to indicate that the G5X has been detected by displaying a silhouette of a G5X:



[75]

---

[75]    *How do I connect the G5X reader to my device?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-connect-the-g5x-reader-to-my-device/ (last visited August 16, 2018).

406.    The G5X Mobile Card Reader is also configured to effect the display of the terminal running Ingenico's ROAMpay X5 App to indicate that a credit card swipe was successful:



407.    As an additional example, the PayPal Mobile Card Reader is configured to effect the display of the terminal running the PayPal Here App to indicate that the PayPal Mobile Card Reader has been detected:



---

[76]    *Id.*

408.    Further, the PayPal Mobile Card Reader is also configured to effect the display of the terminal running the PayPal Here App to indicate that a credit card swipe was successful:



409.    The G5X and Similar Products are configured to communicate with the terminal running an Ingenico Mobile App or a Compatible Third-Party Mobile App, and to communicate through the terminal's network interface to a communications network node such as a network server (for example, for securely processing credit card transactions).



**<u>Direct Infringement: RP457c Card Reader and Similar Products.</u>**

410.    On information and belief, multiple products in Ingenico's line of mPOS Card Readers, including at least the RP457c, RP457c-BT, RP457c-USB, (the "RP457c Readers") use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

411.    For example, the RP457c Readers are all "[b]uilt upon a common platform and software development kit (SDK)."[77]

412.    On information and belief, the PayPal Chip and Tap Reader is an Ingenico RP457c-BT that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Chip and Tap Reader.

---

[77]    mPOS EMV SDK Datasheet.

[78]    *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

413.    On information and belief, the PayPal Chip and Tap Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the same way as the RP457c-BT for purposes of infringement, and thus infringes in a substantially similar manner.

414.    The RP457c Readers are portable devices.

415.    For example, Ingenico markets the RP457c Readers as "mobile card readers" for "[p]owering secure mobile acceptance of contactless and EMV payments":



416.    Additionally, Ingenico describes the RP457c Readers as being designed for "easy portability."[80]

---

[79]    *See* RP457c Series Data Sheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/mobile-solutions/ig-na-rp457c-series-v1digital.pdf (last visited August 16, 2018).

[80]    *Id.* at 2.

417.     As an additional example, the PayPal Chip and Tap Reader is a portable device that allows users to "get paid on-the-go" and "start accepting payments where your business takes you":



418.     On information and belief, the RP457c Readers contain a processor.

419.     For example, the RP457c Readers contain an "ARM Cortex M4" microprocessor or its equivalent.[82]

420.     As an additional example, the PayPal Chip and Tap Reader contains a Kinetis MK21FX512VMC12 microprocessor or its equivalent:

---

[81]     PayPal Chip and Tap Reader Guide, available at https://www.paypal.com/us/webapps/mpp/credit-card-reader-how-to/chip-and-tap-reader (last visited August 16, 2018) (the "PayPal Chip and Tap Reader Guide Website").

[82]     *See* RP457c Series Data Sheet, at 2.



421.    On information and belief, RP457c Readers and/or the included ARM microprocessor or equivalent contain a memory, including both volatile and non-volatile memory, having executable program code stored thereon.

422.    For example, for the RP457c, the "information on the reader's settings, firmware version are also available through software API."[84]

423.    As an additional example, the PayPal Chip and Tap Reader contains memory, including FLASH and SRAM memory integrated into a Kinetis MK21FX512VMC12 microprocessor, or its equivalent.

424.    The RP457c Readers contain a USB interface, audio jack data communications interface (on information and belief, an AHJ connector), and/or a Bluetooth communications interface configured to enable the transmission of communications between the RP457c Reader and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, and a network

---

[83]    Unless otherwise noted, all pictures of the internal components of the PayPal Chip and Tap Reader were taken of a PayPal Chip and Tap Reader with the plastic covering removed.

[84]    RP457 Usage Guide, *available at* https://usermanual.wiki/INGENICO/RP457 (last visited August 16, 2018).  This guide refers to the "RP457 series" and the "RP457c" interchangeably.

interface and that contains a mobile app such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).[85]

425.    For example, The RP457c Readers feature "[t]hree connectivity options including audio jack, Bluetooth and USB, enabling versatile use cases."[86]

426.    For example, the RP457c includes, at least, a "Micro USB for . . . PC/USB OTG [On-the-Go] connection," an "[a]udio jack connector with reversible position," and Bluetooth 4.0 to connect to a terminal.

427.    The RP457c-BT includes a "Micro USB for . . . PC/USB OTG [On-the-Go] connection" and Bluetooth Low-Energy 4.0 to connect to a terminal.[87]

428.    The RP457c-USB includes a "Micro USB for . . . PC/USB OTG [On-the-Go] connection" to connect to a terminal.[88]

429.    Further, the Converge Mobile App, a Compatible Third-Party Mobile App, allows a user to connect a RP457c Reader to a terminal via audio jack data communications interface, Bluetooth, or both:

---

[85]    *See* RP457c Series Data Sheet, at 2.

[86]    *Id.* at 1.

[87]    *See id.*

[88]    *See id.*



89

430.    As an additional example, the PayPal Chip and Swipe Reader can be paired with a terminal using Bluetooth:



90

431.    On information and belief, the RP457c Readers' memory stores program code that is configured to cause an interactive user interface to be presented on the terminal's display (for example, to indicate that the RP457c Readers have been paired with or connected to the

---

terminal, or to display a message that the RP457c Readers require a firmware update), which the user can interact with (for example, to initiate a credit card transaction, or to initiate a firmware update).

432.     For example, the RP457c Readers cause the ROAMpay X5 App running on the terminal to present a symbol in the header of the ROAMpay X5 App's user interface to indicate that a RP457c Reader has been connected and is available for transactions, or to present a message to prompt the user to "Tap/Insert/Swipe [a] Card" in order to process a credit card transaction:



433.   By way of further example, on information and belief the RP457c Readers include firmware that can be updated.[92]  The RP457c Readers cause the Mobile App or

---

[91]   *ROAMpay X5—Accepting Payments—How do I add/delete items to the cart?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-adddelete-items-to-the-cart/ (last visited August 16, 2018).

[92]   Moby/8500 Datasheet, at 2 ("The device comes preloaded with firmware and security keys which can be remotely updated to help reduce total cost of ownership.").  *See also*, Moby/8500 Press Release ("The Moby/8500 . . . provid[es] an off-the-shelf solution with firmware . . . preloaded.").

Compatible Third-Party Mobile App running on the terminal to present a message to prompt the user to update the firmware when new firmware is available:



434.    By way of further example, the RP457c Readers cause the Converge Mobile App to present an interactive user interface when an RP457c Reader has been connected via the audio jack or via Bluetooth:

---

[93]    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).



435.    As an additional example, the PayPal Chip and Tap Reader causes the PayPal

Here App to present a message when a PayPal Chip and Tap Reader has been connected and is

available for transactions:

---

94      Converge Mobile User Guide – iOS.



436.   Further, if a firmware update is necessary, the PayPal Chip and Tap Reader

causes the PayPal Here App to present a message that a firmware update is required:



437.   On information and belief, the RP457c Readers' memory stores program code

that is configured to enable the RP457c Readers to receive communications resulting from user

interaction with the user interface displayed on the terminal running an Ingenico Mobile App or

Compatible Third-Party Mobile App, and to cause a communication to be sent to a

---

95      Unless otherwise noted, all screen captures of the PayPal Here App in use with the
PayPal Chip and Tap Reader were taken on an iPhone 7 Plus running the PayPal Here App.

communications network node, such as a network server, through the terminal's network interface (for example, program code to enable the RP457c Readers to receive communications and to cause communications to be sent via Bluetooth, USB, or via audio jack data communications interface, in connection with the processing of payments or firmware updates).

438.    For example, the RP457c Readers (*i.e.* a portable device) are configured to interact with an Ingenico Mobile App or a Compatible Third-Party Mobile App running on an iOS or Android device (*i.e.* a terminal) using the Ingenico mPOS EMV SDK or similar firmware or software code:



439.    On information and belief, the RP457c Readers' memory also stores program code to be executed by the RP457c Readers' processor in response to a communication resulting from user interaction with a user interface on the terminal that is configured to cause a

---

96      mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

communication to be sent to a communications network node, such as a network server, through the terminal's network interface (for example, to cause the Ingenico Mobile App or a Compatible Third-Party Mobile App to send a communication to Ingenico's secure EMV Gateway, other financial transaction servers, or other servers to process payments, or to request firmware updates).

440.    For example, the Converge Mobile App's user interface allows the user to finalize the charge amount and initiate a credit of debit transaction by pressing the "credit" or "debit" button:



441.    After the user initiates the transaction by pressing the "credit" or "debit" button, the Converge Mobile App's user interface then presents a "processing" screen that instructs the user to "[p]lease enter card":

---

97      Converge Mobile User Guide – iOS, at 35.



442.     On information and belief, after the user initiates the transaction by pressing the "credit" or "debit" button on the Converge Mobile App's user interface the iCMP executes program code to accept an insertion, swipe, or tap of the payment card, which causes the Converge Mobile App running on the terminal to "send a request to authorize the card and process the transaction"[99]:

---

[98]      *Id.* at 35.

[99]      *Id.* at 31.



100

443.    Finally, once the transaction is complete, the Converge Mobile App's user interface presents a "Sale Complete" screen, indicating that the transaction has been successfully completed and allowing the user to choose how to send a receipt:

---

100     *Id.* at 38.



444.    In addition, for example, on information and belief, the RP457c Readers' memory stores program code to be executed by the RP457c Readers' processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-Party Mobile App's user interface to remotely update the firmware.

445.    The RP457c Readers "must be paired via Bluetooth before performing Remote Firmware Update."[102]

446.    Further, a user can "check for updates at any time" for a connected reader by "[n]avigat[ing] to the settings menu, and click[ing] on Bluetooth Readers"  and "Check for

---

[101]      *Id.*

[102]      *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

Updates," in response to which the RP457c Readers' processor executes program code that is configured to cause a communication to be transmitted to a communications network to check for an available firmware update:



447.    For example, after logging into the ROAMpay X5 App on the terminal, if the RP457c Readers require an update, a user is presented with a prompt to "Remind Later" or to "Update Now":



448.    As an additional example, on information and belief, the PayPal Here App's user interface allows the user to enter the charge amount and to initiate the transaction by pressing the "charge" button, in response to which the PayPal Chip and Tap Reader's processor executes program code that is configured to collect payment information and cause a communication to be transmitted to a communications network to process the transaction:

---

[104]     *Id.*



449.    Further, on information and belief, the PayPal Here App's user interface also allows the user to initiate a firmware update by pressing the "update" button, in response to which the PayPal Chip and Tap Reader's processor executes program code that is configured to cause a communication to be transmitted to a communications network to download the firmware update:

---

[105]    Unless otherwise noted, all screen captures of PayPal's instructional videos for the PayPal Chip and Tap Reader were captured from https://youtu.be/CvuJmLDBvbI (last visited Mar. 23, 2018 on PayPal's "verified" YouTube channel (https://www.youtube.com/user/PayPal)).



450.     On information and belief, the RP457c Readers are configured to effect the terminal's display of processing activity of program code stored on the RP457c Readers' memory (for example, to indicate successful pairing of the RP457c Readers to the terminal, to display payment processing progress details, to provide payment processing confirmation, or to display firmware update details).

451.     For example, the Converge Mobile App presents a message when an RP457c Reader has been connected to a terminal via the audio jack or via Bluetooth:



452.    Further, the RP457c Readers are configured to effect the display of the terminal running the Converge Mobile App to indicate that a transaction is "processing online" and that it has been completed:

---

[106]    Converge Mobile User Guide – iOS.



107

453.    As an additional example, the PayPal Chip and Tap Reader is configured to effect the display of the terminal running the PayPal Here App to indicate that the transaction has been completed:



---

107        *Id.*

454.    Further, the PayPal Chip and Tap Reader is also configured to effect the display of the terminal running the PayPal Here App to indicate that the firmware has been updated successfully:



455.    The RP457c Readers are configured to communicate with the terminal running an Ingenico Mobile App or a Compatible Third-Party Mobile App, and to communicate through the terminal's network interface to a communications network node such as a network server (for example, for securely processing credit card or contactless payment transactions or firmware updates).



456.    On information and belief, multiple Ingenico products incorporate or are designed to incorporate a RP457c Reader and therefore use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

**Direct Infringement: iCMP and Similar Products.**

457.    On information and belief, multiple products in Ingenico's line of Mobile Smart Terminals, including at least the iCMP, iSMP Companion, iSMP3, iSMP4, iSMP4 Companion, and Link/2500 (collectively, the "iCMP and Similar Products"), use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

---

[108]    mPOS EMV SDK Datasheet.

458.    For example, the iCMP and Similar Products are a part of Ingenico's line of

Mobile Smart Terminals, all of which "run on [Ingenico's] Telium 2 platform."[109]

459.    The iCMP and Similar Products are portable devices.

460.    For example, Ingenico markets the iCMP as a "mobile point of sale solution" that

allows users to "[t]urn your smartphone or tablet into a secure mobile point of sale solution" and

"accept payment[s] on-the-go":


[110]

461.    On information and belief, the iCMP and Similar Products contain a processor.

462.    For example, the iCMP contains a "RISC 32-bits [*sic*] ARM9 processor" or its

equivalent.[111]

---

[109]    *See, e.g.*, *Mobile Smart Terminals*, INGENICO MOBILE SOLUTIONS
https://ingenico.us/mobile-solutions#mobile-smart-terminals (last visited August 16, 2018).

[110]    iCMP Data Sheet, *available at* https://ingenico.us/binaries/content/assets/us-
website/library/datasheets/icmp-datasheet.pdf (last visited August 16, 2018).

[111]    *Id.* at 2.

463.    On information and belief, the iCMP and Similar Products and/or the included ARM9 processor or its equivalent contain a memory, including both volatile and non-volatile memory having executable program code stored thereon.

464.    For example, the iCMP contains "SDRAM: 16/32 Mb" and "Flash: 128 Mb" that is used to store the executable program code for the Telium 2 operating system.[112]

465.    The iCMP and Similar Products contain both a Bluetooth and USB communications interface configured to enable the transmission of communications between the iCMP and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, and a network interface and that contains Ingenico Mobile App or a Compatible Third-Party Mobile App).

466.    For example, the iCMP supports "Bluetooth class II with 128-bit encryption" and "Micro-USB AB."[113]  The iCMP uses Bluetooth to "pair" with the terminal, or connects to the terminal via USB.

467.    On information and belief, the iCMP and Similar Products' memory stores program code that is configured to cause an interactive user interface to be presented on the terminal's display (for example, to indicate that the iCMP and Similar Products have been paired with the terminal, or to display a message that the iCMP and Similar Products require an update), which the user can interact with (for example, to initiate a credit card transaction, or to initiate a firmware update).

---

[112]    *Id.*

[113]    *Id.*

468.    For example, the iCMP causes the Ingenico ROAMpay X5 App running on the terminal to present a symbol in the header of the ROAMpay X5 App's user interface to indicate that an iCMP has been connected and is available for transactions, or to present a message to prompt the user to "Tap/Insert/Swipe [a] Card" in order to process a credit card transaction:



---

[114]    *ROAMpay X5—Accepting Payments—How do I add/delete items to the cart?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-adddelete-items-to-the-cart/ (last visited August 16, 2018); *see generally* INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top level site for Ingenico Help Center).

469.    Also, on information and belief, the Telium 2 operating system on the iCMP can be updated. The iCMP causes the Mobile App or Compatible Third-Party Mobile App running on the terminal to present a message to prompt the user to update the firmware when new firmware is available:



470.    By way of further example, the Converge Mobile App, a Compatible Third-Party Mobile App, presents a PIN entry screen in order to pair an iCMP via Bluetooth, and then presents a message to indicate that the iCMP has been connected and is available for transactions.

---

115    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).



471.    On information and belief, the iCMP and Similar Products' memory stores program code that is configured to enable the iCMP and Similar Products to receive communications resulting from user interaction with the user interface displayed on the terminal running an Ingenico Mobile App or a Compatible Third-Party App, and to cause a communication to be sent to a communications network node, such as a network server, through the terminal's network interface (for example, program code to enable the iCMP and Similar Products to receive communications and to cause communications to be sent via Bluetooth or USB, in connection with the processing of payments or firmware updates).

472.    For example, the iCMP (*i.e.* a portable device) is configured to interact with an Ingenico Mobile App or a Compatible Third-Party Mobile App running on an iOS or Android

---

¹¹⁶    *See* Converge Mobile User Guide – iOS, *available at* https://elavonconverge.blob.core.windows.net/concon/ConvergeMobileUserGuideIOS.pdf (last visited August 16, 2018).

device (*i.e.* a terminal) using the Ingenico mPOS EMV SDK or similar firmware or software code:



473.   On information and belief, the iCMP and Similar Products' memory also stores program code to be executed by the iCMP and Similar Products' processor in response to a communication resulting from user interaction with a user interface on the terminal that is configured to cause a communication to be sent to a communications network node, such as a network server, through the terminal's network interface (for example, to cause the Ingenico Mobile App or a Compatible Third-Party Mobile App to send a communication to Ingenico's secure EMV Gateway, other financial transaction servers, or other servers to process payments or to request firmware updates).

---

117       mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

474.    For example, the Converge Mobile App's user interface allows the user to finalize the charge amount and initiate a credit or debit transaction by pressing the "credit" or "debit" button:



475.    After the user initiates the transaction by pressing the "credit" or "debit" button the Converge Mobile App's user interface presents a "processing" screen that instructs the user to "[p]lease enter card":

---

[118]    Converge Mobile User Guide – iOS, at 29, *available at* https://elavonconverge.blob.core.windows.net/concon/ConvergeMobileUserGuideIOS.pdf (last visited August 16, 2018).



119

476.    On information and belief, after the user initiates the transaction by pressing the "credit" or "debit" button on the Converge Mobile App's user interface the iCMP executes program code to accept an insertion, swipe, or tap of the payment card, which causes the Converge Mobile App running on the terminal to "send a request to authorize the card and process the transaction"[120]:

---

[119]    *Id.* at

[120]    *Id.* at 31.



477.   Finally, once the transaction is complete, the Converge Mobile App's user interface presents a "Sale Complete" screen, indicating that the transaction has been successfully completed and allowing the user to choose how to send a receipt:

---

[121]   *Id.*



122

478.     In addition, for example, on information and belief, the iCMP and Similar

Products' memory stores program code to be executed by the iCMP and Similar Products'

processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-

Party Mobile App's user interface to remotely update the firmware.

479.     For example, an iCMP that is paired with a terminal running the ShopKeep App,

on information and belief a Compatible Third-Party Mobile App, can update its firmware.[123]

480.     After pairing an iCMP with a terminal running the ShopKeep App or logging into

the ShopKeep App while an iCMP is paired, on information and belief the iCMP will report its

---

[122]     *Id.*

[123]     *See, e.g.*, *iCMP Credit Card Reader Troubleshooting*, SHOPKEEP.COM,
https://www.shopkeep.com/support/troubleshooting/icmp-credit-card-reader-troubleshooting
(last visited August 16, 2018).

firmware version to the terminal.  If the iCMP requires an update, a user is presented with a

prompt for a "Card Reader Firmware Update":



124

481.    Further, if the user presses the "Update Now" or "Update Device" button in the

ShopKeep App, the iCMP will download and install the update:

---

124      *Id.*



482.    On information and belief, the iCMP and Similar Products are configured to effect the terminal's display of processing activity of program code stored on the iCMP and Similar Products' memory (for example, to indicate successful pairing of the iCMP to the terminal, to display payment processing progress details, to provide payment processing confirmation, or to display firmware update details).

483.    For example, the iCMP is configured to effect the display on the terminal running the Converge Mobile App to indicate an iCMP has been connected via Bluetooth:

---

125      *Id.*



484.    By way of further example, the iCMP is configured to effect the display on the terminal running the Converge Mobile App to indicate that the transaction has been completed:

---

126     Converge Mobile User Guide – iOS, at 9.



485.    By way of further example, the iCMP is configured to effect the display on the terminal running the ShopKeep App to indicate the processing activity and status of a firmware update:

---

127     *Id.* at 32.



486.    The iCMP and Similar Products are configured to communicate with the terminal

running an Ingenico Mobile App or a Compatible Third-Party Mobile App on the terminal and to

communicate through the terminal's network interface to a communications network node such

as a network server (for example, for connecting to Ingenico's secure EMV Gateway, Ingenico's,

a Processor's, or a Credit Card Brand's secure financial transaction servers, or other network

servers to securely process credit card or contactless payment transactions, or firmware updates):

---

[128]    *See, e.g.*, *iCMP Credit Card Reader Troubleshooting*, SHOPKEEP.COM,
https://www.shopkeep.com/support/troubleshooting/icmp-credit-card-reader-troubleshooting
(last visited August 16, 2018).



487.    By infringing the '047 Patent, Ingenico has caused and will continue to cause Counterclaim Plaintiff IOENGINE to suffer damages in an amount to be determined at trial *i.e.* in an amount that cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with pre-judgment and post-judgment interest thereon.

488.    IOENGINE has no adequate remedy at law against Ingenico's acts of infringement, and unless Ingenico is permanently enjoined from infringing the '047 Patent, IOENGINE will suffer irreparable harm.

489.    To the extent Ingenico has continued or continues to make, have made, use, import, sell, or offer for sale products or services that infringe the '047 Patent following its awareness of the '047 Patent, Ingenico's infringement is willful and entitles IOENGINE to an award of enhanced damages pursuant to 35 U.S.C. § 284 and attorneys' fees pursuant to 35 U.S.C. § 285.

---

[129]    mPOS EMV SDK Datasheet.

## COUNTERCLAIM COUNT II
## (INDIRECT INFRINGEMENT OF THE '047 PATENT)

490.    IOENGINE repeats, re-alleges, and incorporates by reference paragraphs 274 to 489 as if fully set forth herein.

491.    On information and belief, Ingenico has infringed and continues to infringe indirectly by way of inducement and contributory infringement, literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271, one or more claims of the '047 Patent by performing, without authority, one or more of the following acts: making, having made, using, importing, selling, and offering for sale in the United States one or more products or services that embody the invention claimed in the '047 Patent, including but not limited to the Ingenico Infringing Products, and encouraging and instructing its customers and other third parties to make and use the Ingenico Infringing Products in a manner that infringes the '047 Patent.

492.    Since at least after receiving an indemnity request from PayPal regarding the PayPal Complaint filed by IOENGINE in this District,[130] Counterclaim Defendants have knowingly contributed to the infringement of and induced infringement of, and continue to knowingly contribute to the infringement of and induce infringement of, one or more claims of the '047 Patent with specific intent that the Ingenico Infringing Products be used by their customers and other third parties to directly infringe the '047 Patent, which products constitute a material part of the invention and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

---

[130]    Compl. (D.I. 1) ¶ 9 ("The Customer Suit has triggered an indemnity request by PayPal to Ingenico.").

493.    Counterclaim Defendants instruct and encourage their customers and third parties to use the Ingenico Infringing Products in a manner that infringes at least Claim 1 of the '047 Patent.

494.    For example, Counterclaim Defendants provides software development kits, including the mPOS EMV SDK, that allow, instruct, and encourage customers and third parties to "integrate EMV payment acceptance into your innovative mobile apps" using the Ingenico Infringing Products.[131]

495.    Counterclaim Defendants further provide information and technical support on the Ingenico website (*available at* https://ingenico.us/mobile-solutions) that instructs and encourages customers and third parties on how to use the Ingenico Infringing Products.

496.    Counterclaim Defendants further provide additional documents, information and technical support directly and through third-party platforms such as YouTube channels, including videos, demonstrations, user manuals, technical documentation, and other information, that instructs and encourages customers and third parties on how to use the Ingenico Infringing Products.

497.    In each case, the information and materials provided by Ingenico contain detailed descriptions and instructions for using and implementing the functionality claimed in at least Claim 1 of the '047 Patent including, at least, card reader device setup, processing chip card ("EMV") payments, processing magnetic stripe card payments, processing contactless payments, and processing refunds.

---

[131]    *See, e.g.*, *mPOS EMV SDK*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-emv-sdk (last visited August 16, 2018).

498. The Ingenico Infringing Mobile Products are specifically designed to infringe the '047 Patent by engaging in card reader device setup, processing chip card ("EMV") payments, processing magnetic stripe card payments, processing contactless payments, processing refunds, and processing firmware updates, and have no substantial non-infringing uses.

### COUNTERCLAIM COUNT III
### (DIRECT INFRINGEMENT OF THE '969 PATENT)

499. IOENGINE repeats, re-alleges, and incorporates by reference paragraphs 274 to 498 as if fully set forth herein.

500. The '969 Patent is presumed valid.

501. On information and belief, Ingenico had actual knowledge of the '969 Patent before the filing of the Complaint in this case.

502. Ingenico Inc. received an indemnity request from PayPal Holdings, Inc. ("PayPal") regarding the PayPal Complaint filed by IOENGINE in this District against PayPal (No. 1:18-cv-452-GMS).[132]  Ingenico had actual knowledge of the '969 Patent no later than when it received this request.

503. Ingenico is not licensed under the '969 Patent and has no other right or permission to practice the invention claimed therein.

504. On information and belief, Ingenico has infringed and continues to infringe, directly (alone or jointly), literally, and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271, one or more claims of the '969 Patent by performing, without authority, one or more of the following acts: making, having made, using, importing, selling, and offering for sale

---

[132]    Compl. (D.I. 1) ¶ 9 ("The Customer Suit has triggered an indemnity request by PayPal to Ingenico.").

in the United States one or more products or services that embody the invention claimed in the '969 Patent, including without limitation the Ingenico Infringing Products.

505.    Since receiving notice of the '969 Patent, Ingenico has knowingly and willfully infringed, and continues to infringe, one or more claims of the '969 Patent by making, having made, using, importing, selling, and offering for sale in the United States the Ingenico Infringing Products.

506.    For example, the Ingenico Infringing Products embody the patented invention of the '969 Patent and infringe at least Claim 2 of the '969 Patent because each of the Ingenico Infringing Mobile Products for mobile payments is:

> "A portable device configured to communicate with a terminal comprising a processor, an input component, an output component, a network communication interface, and a memory configured to store executable program code, including first program code which, when executed by the terminal processor, is configured to present an interactive user interface on the terminal output component, and second program code which, when executed by the terminal processor, is configured to provide a communications node on the terminal to facilitate communications to the portable device and to a communications network node through the terminal network communication interface, the portable device comprising:
>
> (a) an external communication interface configured to enable the transmission of communications between the portable device and the terminal;
>
> (b) a processor; and
>
> (c) a memory having executable program code stored thereon, including:
>
> (1) third program code which, when executed by the portable device processor, is configured to provide a communications node on the portable device to coordinate with the communications node on the terminal and establish a communications link between the portable device and the terminal, and facilitate communications to the terminal and to a communications network node through the terminal network communication interface; and

(2) fourth program code which is configured to be executed by the portable device processor in response to a communication received by the portable device resulting from user interaction with the interactive user interface;

wherein the portable device is configured to facilitate communications through the communication node on the terminal and the terminal network interface to a communications network node … [133]

wherein the fourth program code which, when executed by the portable device processor, is configured to cause a communication to be transmitted to the communication network node."[134]

507.    The following sections detail Ingenico's infringement with respect to certain Ingenico Infringing Products and groups of Ingenico Infringing Products.  This claim for relief, however, is not limited to the products explicitly named in these sections.  Rather, these products are presented by way of representative example.  This claim for relief extends to all the Ingenico Infringing Products as described above.

**Direct Infringement: Moby/8500 and Similar Products.**

508.    On information and belief, the Moby/8500 and Similar Products use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

509.    For example, the Moby/8500 and Similar Products are all "[b]uilt upon a common platform and software development kit (SDK)."[135]

510.    On information and belief, the PayPal Chip and Swipe Reader is an Ingenico Moby/3000 that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Chip and Swipe Reader.

---

[133]    '969 Patent, Claim 1.

[134]    *Id.* at Claim 2.

[135]    *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

511.     On information and belief, the PayPal Chip and Swipe Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the same way as the Moby/3000 for purposes of infringement, and thus infringes in a substantially similar manner.

512.     The Moby/8500 and Similar Products are portable devices.

513.     For example, Ingenico markets the Moby/8500 as a "[s]leek, compact and consumer-friendly mobile point of sale (mPOS) card reader" that "[a]ccepts all card-based payments, including EMV chip & PIN, magstripe and NFC/contactless":


136

514.     Additionally, Ingenico describes the Moby/8500 as having a "[c]ompact . . . , lightweight . . . form factor which allows for total portability and ease of use."[137]

515.     As an additional example, the PayPal Chip and Swipe Reader is a portable device that allows users to "[g]et paid where your business takes you":

---

[136]     *See* Moby/8500 Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/mobile-solutions/moby8500/ig-na-moby8500-v1digital.pdf (last visited August 16, 2018).

[137]     Moby 8500 Press Release.



516.    On information and belief, the Moby/8500 and Similar Products contain a processor.

517.    For example, the Moby/8500 contains a "32-bits [*sic*] ARM microcontroller" or its equivalent.[139]

518.    As an additional example, the PayPal Chip and Swipe Reader contains an ARM STM 32F103 Series microprocessor or its equivalent:



---

138      *See* PayPal Chip and Swipe Reader Guide Website.

139      Moby/8500 Datasheet, at 2.

519.     On information and belief, the Moby/8500 and Similar Products and/or the included ARM microcontroller or its equivalent contain memory, including both volatile and non-volatile memory, having executable program code stored thereon.

520.     For example, the Moby/8500 "comes preloaded with firmware and security keys."[140]

521.     As an additional example, the PayPal Chip and Swipe Reader contains memory, including 16 Kbytes to 1 Mbyte of Flash and 6K to 96K SRAM memory integrated into an ARM STM 32F103 Series microprocessor, or its equivalent.

522.     The Moby/8500 and Similar Products contain a Bluetooth external communication interface configured to enable the transmission of communications between the Moby/8500 and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, a network communications interface, and a memory that contains a mobile application such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).

523.     For example, the Moby/8500 supports Bluetooth 4.2, and uses Bluetooth to "pair" with the terminal:

---

[140]     *Id.  See also* Moby/8500 Press Release ("The Moby/8500 . . . provid[es] an off-the-shelf solution with firmware and keys preloaded.").

128

> **BLUETOOTH PAIRING AND CONNECTION**
> Bluetooth is enabled as soon as the reader is turned on. Moby/8500is
> discoverable all the time.
>
> *Pairing*: Pairing of Moby/8500with your mobile phone/tablet must be
> done from the mobile app that comes with it:
> 1.    Open the mobile app
> 2.    Tap on the Menu icon on the top left corner.
> 3.    Tap on Settings
> 4.    Tap on Bluetooth Readers
> 5.    If Bluetooth on your device is OFF, turn it ON.
> 6.    Tap on 'Pair a New Reader' to start the pairing process.

[141]

524.    Additionally, the Moby/8500 can "[e]asily connect . . . with Bluetooth to over 300 different types of iOS and Android smartphones and tablets."[142]

525.    As an additional example, the PayPal Chip and Swipe Reader can be paired with a terminal using Bluetooth:



[143]

526.    On information and belief, Ingenico Mobile Apps and Compatible Third-Party Mobile Apps are designed to be stored on and executed by a terminal and contain program code that is configured to present an interactive user interface on the terminal output component.

---

[141]    Moby/8500 User Guide, *available at* https://www.manualslib.com/manual/1347441/Ingenico-Moby-8500.html (last visited August 16, 2018).

[142]    Moby/8500 Datasheet, at 2.

[143]    *See* PayPal Chip and Swipe Reader Guide Website.

527.     For example, the Ingenico ROAMpay X5 App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:



528.     As an additional example, the PayPal Here App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

144     *ROAMpay X5—Getting Started— How do I login to ROAMpay X5 for the first time?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-login-to-roampay-x5-for-the-first-time/ (last visited August 16, 2018); *see generally* INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top level site for Ingenico Help Center).



529.    On information and belief, the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App runs program code that is configured to provide a communications node on the terminal to communicate over a Bluetooth connection to the Moby/8500 and Similar Products and to facilitate communications with the Moby/8500 and Similar Products and with a communications network node, such as a network server (for example, Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers), through the terminal's network communication interface.

530.    For example, the Ingenico mPOS EMV SDK or similar firmware or software code provides or supports a communications node on the terminal to communicate over a Bluetooth connection to the Moby/8500 and Similar Products and facilitates communications with the Moby/8500 and Similar Products and through the terminal's network communication interface with a communications network node such as an EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers:

---

145    *See* PayPal Chip and Swipe Reader Guide Website.



531.    By way of further example, the ROAMpay X5 App is configured to provide a

Bluetooth connection to the Moby/8500 and Similar Products:

---

146     mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).



532.    As an additional example, the PayPal Chip and Swipe Reader App is configured

to provide a Bluetooth connection with a terminal:



---

147    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

148    *See* PayPal Chip and Swipe Reader Guide Website.

533.    Further, on information and belief, the Moby/8500 and Similar Products' memory stores program code to be executed by the Moby/8500 and Similar Products' processor that is configured to provide a communications node and establish a communications link with the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App, and to facilitate communications between the Moby/8500 and Similar Products and the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App and with a communications network node, such as a network server, through the terminal's network communication interface (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

534.    For example, on information and belief, the Moby/8500 stores program code to be executed by the Moby/8500's processor, that is configured to make use of Bluetooth pairing of the Moby/8500 to the terminal:

> **BLUETOOTH PAIRING AND CONNECTION**
> Bluetooth is enabled as soon as the reader is turned on. Moby/8500 is discoverable all the time.
>
> *Pairing*: Pairing of Moby/8500 with your mobile phone/tablet must be done from the mobile app that comes with it:
> 1.   Open the mobile app
> 2.   Tap on the Menu icon on the top left corner.
> 3.   Tap on Settings
> 4.   Tap on Bluetooth Readers
> 5.   If Bluetooth on your device is OFF, turn it ON.
> 6.   Tap on 'Pair a New Reader' to start the pairing process. [149]

---

[149]    Moby/8500 User Guide, *available at* https://www.manualslib.com/manual/1347441/Ingenico-Moby-8500.html (last visited August 16, 2018).

535.    Additionally, the Moby/8500 can "[e]asily connect . . . with Bluetooth to over 300 different types of iOS and Android smartphones and tablets."[150]

536.    As an additional example, the PayPal Chip and Swipe Reader is configured to make use of Bluetooth pairing of the PayPal Chip and Swipe Reader to the terminal:



537.    Further, the Moby/8500 (*i.e.* a portable device) is configured to facilitate communications sent to a network server through the terminal's network interface by an Ingenico Mobile App or Compatible Third-Party Mobile App using the Ingenico mPOS EMV SDK or similar firmware or software code:

---

[150]    Moby/8500 Datasheet, at 2.



538.    Further, on information and belief, the Moby/8500 and Similar Products' memory stores program code to be executed by the Moby/8500 and Similar Products' processor in response to a communication resulting from user interaction with the Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface that is configured to cause a communication to be sent to a network server (for example, to cause a communication to be sent to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App).

539.    For example, the ROAMpay X5 app's user interface allows the user to finalize the charge amount and initiate the transaction by pressing the "Select Tender" button and selecting a card transaction, or by pressing the "Charge" button in response to which the Moby/8500 and

---

151     mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

Similar Products' processor executes program code that is configured to collect payment information:





152

---

152    *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



540.    The ROAMpay X5 app's user interface then presents a "payment screen" that

instructs the user to "Insert, Swipe, or Tap":

---

153     ROAMpay X5 Demonstration Video.



541.    Further, once the user has inserted, swiped, or tapped the payment method, the Moby/8500 and Similar Product causes the Ingenico ROAMpay X5 App's user interface to indicate "[p]rocessing sale transaction" while network communications related to processing a sale transaction are taking place:

---

[154]    *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



542.    Additionally, when the transaction is complete the Ingenico ROAMpay X5 App's user interface presents a "Payment Complete!" or "Transaction Approved" message:

---

155       *Id.*



---

156     *Id.*



543.     In addition, for example, the Moby/8500's memory stores program code to be executed by the Moby/8500's processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-Party Mobile App's user interface to remotely update the firmware and security keys.[158]

544.     The Moby/8500 and Similar Products "must be paired via Bluetooth before performing [a] Remote Firmware Update."[159]

545.     Further, a user can "check for updates at any time" for a connected reader by "[n]avigat[ing] to the settings menu, and click[ing] on Bluetooth Readers" and "Check for Updates," in response to which the Moby/8500 and Similar Products' processor executes

---

[157]     ROAMpay X5 Demonstration Video.

[158]     *See* Moby/8500 Datasheet, at 2 ("The device comes preloaded with firmware and security keys which can be remotely updated to help reduce total cost of ownership.").

[159]     *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

program code that is configured to cause a communication to be transmitted to a communications network to check for an available firmware update:



546.   For example, after logging into the ROAMpay X5 App on the terminal, if the Moby/8500 and Similar Products require an update, a user is presented with a prompt to "Remind Later" or to "Update Now":

---

[160]   *Id.*

144



547.    As an additional example, on information and belief, the PayPal Here App's user interface allows the user to enter the charge amount and to initiate the transaction by pressing the "charge" button, in response to which the PayPal Chip and Swipe Reader's processor executes program code that is configured to collect payment information and to cause a communication to be transmitted to a communications network to process the transaction:

---

[161]   *Id.*



548.    Further, on information and belief, the PayPal Here App's user interface also allows the user to initiate a firmware update by pressing the "update" button, in response to which the PayPal Chip and Swipe Reader's processor executes program code that is configured to cause a communication to be transmitted to a communications network to download the firmware update:



549.    On information and belief, the Moby/8500 and Similar Products are configured to facilitate communications through the communications node on the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App and through the terminal's network interface to a network communications node, such as a network server, for processing.

550.    For example, the Moby/8500 and Similar Products are configured to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates:



551.    For example, the Moby/8500 facilitates communication of payment data to the terminal running the ROAMpay X5 App and through the terminal's network interface to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments:

552.    In addition, the Moby/8500 facilitates communication of firmware data to the terminal running the ROAMpay X5 App and through the terminal's network interface to an Ingenico server to check for and request available firmware updates:

---

162    mPOS EMV SDK Datasheet.



163  *Id.*



553.    As an addition example, the PayPal Chip and Swipe Reader facilitates communication of payment data to the terminal and to PayPal's secure financial transaction servers to process payments:



---

[164]    *Id.*

**Direct Infringement: G5X Mobile Card Reader and Similar Products.**

554.   On information and belief, the G5X and Similar Products use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

555.   For example, the G5X and Similar Products are all "[b]uilt upon a common platform and software development kit (SDK)."[165]

556.   On information and belief, the PayPal Mobile Card Reader is an Ingenico G4X that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Mobile Card Reader.

557.   On information and belief, the PayPal Mobile Card Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the same way as the G4X for purposes of infringement, and thus infringes in a substantially similar manner.

558.   The G5X and Similar Products are portable devices.

559.   For example, Ingenico markets the G5X as a "mobile card reader" for "[p]owering the next generation of secure mobile card acceptance":

---

[165]   *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).



166

560.    Additionally, Ingenico describes the G5X as an "mPOS" device that "provides merchants with a fast, reliable, and seamless mPOS experience" and that "provides a dual track magnetic stripe reader (MSR) enabling retrieval of multiple data types from one swipe and readability of additional card types (*i.e.* gift cards)."[167]

561.    As an additional example, the PayPal Mobile Card Reader is a portable device that "fits in your pocket and works with compatible mobile devices to help get you paid on-the-go":

---

[166]    *See* G5X Mobile Card Reader Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/roam-g5x-data-sheet.pdf (last visited August 16, 2018).

[167]    *What is a G5X Reader?*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/help-center/what-is-a-g5x-reader/ (last visited August 16, 2018).



562.    On information and belief, the G5X and Similar Products contain an ARM microprocessor or its equivalent.

563.    For example, the PayPal Mobile Card Reader contains a EFM32 TG110F32 ARM Cortex-M3 processor or its equivalent:

564.    On information and belief, the G5X and Similar Products and/or the included ARM microprocessor or its equivalent contain memory, including both volatile and non-volatile memory, having executable program code stored thereon.

565.    For example, the PayPal Mobile Card Reader contains memory, including at least up to 32 KB Flash memory and up to 4KB RAM memory integrated into an EFM32 TG110F32 ARM Cortex-M3 processor, or its equivalent.

---

168    *See* PayPal Mobile Card Reader Guide Website.

566.   The G5X and Similar Products include an audio jack communications interface (*e.g.*, an AHJ connector) configured to enable the transmission of communications between the G5X and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, a network communications interface, and a memory that contains a mobile application such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).

567.   For example, the G5X include an "extendable audio jack" data communications interface that "allow[s] the [G5X] to plug into virtually any mobile device":[169]



170

568.   For example, the G5X is compatible with over 150 iOS or Android devices, including but not limited to Apple iPad devices, Apple iPhone devices, Google Pixel devices, Google Nexus devices, Samsung Galaxy devices, and Motorola Droid devices.[171]

569.   On information and belief, Ingenico Mobile Apps and Compatible Third-Party Mobile Apps are designed to be stored on and executed by a terminal and contain program code that is configured to present an interactive user interface on the terminal output component.

---

[169]      *What is a G5X Reader?*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/help-center/what-is-a-g5x-reader/ (last visited August 16, 2018).

[170]      *G5X Mobile Card Reader*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers/g5x-mobile-card-reader.html (last visited August 16, 2018).

[171]    *See Device Compatibility*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/device-compatibility/ (last visited August 16, 2018).

570.    The G5X is "supported by Version 5.0 of the ROAMpay X5 application."[172]

571.    For example, the Ingenico ROAMpay X5 App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:



[173]

---

[172]    *What version of the ROAMpay X5 app works with the G5X Reader?*, INGENICO HELP CENTER https://mobile-solutions.ingenico.com/help-center/what-version-of-the-roampay-x5-app-works-with-the-g5x-reader/ (last visited August 16, 2018).

[173]    *ROAMpay X5—Getting Started— How do I login to ROAMpay X5 for the first time?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-login-to-roampay-x5-for-the-first-time/ (last visited August 16, 2018)/; *see generally* INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top level site for Ingenico Help Center).

572.    As an additional example, the PayPal Here App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:



573.    On information and belief, the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App runs program code that is configured to provide a communications node on the terminal to communicate over an audio jack communications interface to the G5X and Similar Products and to facilitate communications with the G5X and Similar Products and with a communications network node, such as a network server (for example, Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers), through the terminal's network communication interface.

574.    For example, the Ingenico mPOS EMV SDK or similar firmware or software code provides or supports a communications node on the terminal to communicate over the audio jack communications interface to the G5X and Similar Products and facilitates communications with the G5X and Similar Products and through the terminal's network communication interface

---

[174]    *See* PayPal Mobile Card Reader Guide Website.

with a communications network node such as an EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers:



575.    Further, the ROAMpay X5 App is configured to facilitate communications over the audio jack communications interface, and shows the "connected reader" icon in the app's header when the G5X is connected and ready for communications:



576.    As an additional example, on information and belief, the PayPal Mobile Card Reader is configured to facilitate communications with the terminal over the audio pins of an

---

[175]    mPOS EMV SDK Datasheet.

[176]    *How do I connect the G5X reader to my device?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-connect-the-g5x-reader-to-my-device/ (last visited August 16, 2018).

AHJ interface, and shows a "Reader Detected" message when the PayPal Mobile Card Reader is connected and ready for communications:



577.    Further, on information and belief, the G5X and Similar Products' memory stores program code to be executed by the G5X and Similar Products' processor that is configured to provide a communications node and establish a communications link with the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App, and to facilitate communications between the G5X or Similar Product and the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App and with a communications network node, such as a network server, through the terminal's network communication interface (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

578.    For example, on information and belief, the G5X stores program code to be executed by the G5X's processor, that is configured to make use of the audio jack communications interface to the terminal, which allows the ROAMpay X5 App running on the

terminal processor to detect and communicate with the G5X, as indicated by the "connected

reader" icon in the app's header when the G5X is connected and ready for communications:



[177]

579.   Additionally, the G5X can establish such communications with over 150 iOS or

Android devices, including but not limited to Apple iPad devices, Apple iPhone devices, Google

Pixel devices, Google Nexus devices, Samsung Galaxy devices, and Motorola Droid devices.[178]

580.   Further, the G5X (*i.e.* a portable device) is configured to facilitate

communications sent to a network server through the terminal's network interface by an

Ingenico Mobile App or Compatible Third-Party Mobile App using the Ingenico mPOS EMV

SDK or similar firmware or software code:

---

[177]   *How do I connect the G5X reader to my device?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-connect-the-g5x-reader-to-my-device/ (last visited August 16, 2018).

[178]   *See Device Compatibility*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/device-compatibility/ (last visited August 16, 2018).



581.    As an additional example, on information and belief, the PayPal Mobile Card Reader stores program code to be executed by the PayPal Mobile Card Reader's processor that is configured to allow for communications with the terminal over the audio pins of an AHJ interface:



---

179    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

582.    Further, on information and belief, the G5X and Similar Products' memory stores program code to be executed by the G5X and Similar Products' processor in response to a communication resulting from user interaction with the Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface that is configured to cause a communication to be sent to a network server (for example, to cause a communication to be sent to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

583.    For example, the ROAMpay X5 app's user interface allows the user to finalize the charge amount and initiate the transaction by pressing the "Select Tender" button and selecting a card transaction, or by pressing the "Charge" button, in response to which the G5X and Similar Products' processor executes program code that is configured to collect payment information:





---

180  *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



584.    Further, on information and belief, when the user has initiated the transaction on the ROAMpay X5 app's user interface on the terminal, the G5X's processor executes program code to collect payment information.  The G5X indicates that it is "waiting for [the] card" by setting the built-in LED to green and emitting a one-second beep.  When reading a card, the G5X flashes the built-in LED alternately on for one-half second green and off for one-half second. [182]

585.    In addition, "[w]hen the [Ingenico G5X] reader is ready for use, [the user] will see a prompt . . . reading, 'swipe' as it appears on the Payment Information screen."[183]

586.    Further, once the user has inserted, swiped, or tapped the payment method, the G5X and Similar Product causes the Ingenico ROAMpay X5 App's user interface to indicate

---

[181]    ROAMpay X5 Demonstration Video.

[182]    *How do I know the status of my G5X Reader?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-know-the-status-of-my-g5x-reader/ (last visited August 16, 2018).

[183]    *How do I know when the G5X Reader is ready for use?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-know-when-the-g5x-reader-is-ready-for-use/ (last visited August 16, 2018).

"[p]rocessing sale transaction" while network communications related to processing a sale transaction are taking place:



587.    Additionally, when the transaction is complete the Ingenico ROAMpay X5 App's user interface presents a "Payment Complete!" or "Transaction Approved" message:

---

184    *Id.*



185

---

185     *Id.*



588.    In addition, for example, on information and belief, the G5X and Similar

Products' memory stores program code to be executed by the G5X and Similar Products'

processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-

Party Mobile App's user interface to the check for the availability of a remote firmware update.

589.    For example, after logging into the ROAMpay X5 App on the terminal, if the

G5X and Similar Products require an update, a user is presented with a prompt to "Remind

Later" or to "Update Now":

---

[186]    ROAMpay X5 Demonstration Video.



590.    As an additional example, the PayPal Here App's user interface allows the user to enter the charge amount and to initiate the transaction by pressing the "charge" button, in response to which the PayPal Mobile Card Reader's processor executes program code that is configured to collect payment information and cause a communication to be transmitted to a communications network to process the transaction:

---

[187]    *Id.*



591.     On information and belief, the G5X and Similar Products are configured to

facilitate communications through the communications node on the terminal running the

Ingenico Mobile App or Compatible Third-Party Mobile App and through the terminal's network

interface to a network communications node, such as a server, for processing.

592.     For example, the G5X and Similar Products are configured to facilitate

communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's

secure financial transaction servers to process payments using the Ingenico Mobile App or

Compatible Third-Party Mobile App, or to request firmware updates:



593.     For example, the Moby/8500 facilitates communication of payment data to the terminal running the ROAMpay X5 App and through the terminal's network interface to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments.

594.     As an additional example, the PayPal Mobile Card Reader facilitates communication of payment data to the terminal and to PayPal's secure financial transaction servers to process payments:

---

[188]     mPOS EMV SDK Datasheet.



**Direct Infringement: RP457c Card Reader and Similar Products.**

595. On information and belief, the RP457c Readers use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

596. For example, the RP457c Readers are all "[b]uilt upon a common platform and software development kit (SDK)."[189]

597. On information and belief, the PayPal Chip and Tap Reader is an Ingenico RP457c-BT that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Chip and Tap Reader.

598. On information and belief, the PayPal Chip and Tap Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the same way as the RP457c-BT for purposes of infringement, and thus infringes in a substantially similar manner.

599. The RP457c Readers are portable devices.

---

[189]     *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

600.    For example, Ingenico markets the  RP457c Readers as "mobile card readers" for

"[p]owering secure mobile acceptance of contactless and EMV payments":



601.    Additionally, Ingenico describes the RP457c Readers as being designed for "easy

portability."[191]

602.    As an additional example, the PayPal Chip and Tap Reader is a portable device

that allows users to "get paid on-the-go" and "start accepting payments where your business

takes you":

---

[190]    *See* RP457c Series Data Sheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/mobile-solutions/ig-na-rp457c-series-v1digital.pdf (last visited August 16, 2018).

[191]    *Id.* at 2.



603.    On information and belief, the RP457c Readers contain a processor.

604.    For example, the RP457c Readers contain an "ARM Cortex M4" microprocessor or its equivalent.[194]

605.    As an additional example, the PayPal Chip and Tap Reader contains a Kinetis MK21FX512VMC12 microprocessor or its equivalent:

---

[192]    PayPal Chip and Tap Reader Guide Website.

[193]    PayPal Chip and Tap Reader Guide Website.

[194]    *See* RP457c Series Data Sheet, at 2.



606.   On information and belief, RP457c Readers and/or the included ARM microprocessor or its equivalent contain memory, including both volatile and non-volatile memory, having executable program code stored thereon.

607.   For example, for the RP457c, the "information on the reader's settings, firmware version are also available through software API."[195]

608.   As an additional example, the PayPal Chip and Tap Reader contains memory, including FLASH and SRAM memory integrated into a Kinetis MK21FX512VMC12 microprocessor, or its equivalent.

609.   The RP457c Readers contain a USB interface, audio jack data communications interface (on information and belief, an AHJ connector), and/or a Bluetooth communications interface configured to enable the transmission of communications between the RP457c Readers and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, and a network

---

[195]   RP457 Usage Guide, *available at* https://usermanual.wiki/INGENICO/RP457 (last visited August 16, 2018).  This guide refers to the "RP457 series" and the "RP457c" interchangeably.

interface and that contains a mobile app such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).[196]

610. For example, The RP457c Readers feature "[t]hree connectivity options including audio jack, Bluetooth and USB, enabling versatile use cases."[197]

611. For example, the RP457c includes, at least, a "Micro USB for . . . PC/USB OTG [On-the-Go] connection," an "[a]udio jack connector with reversible position," and Bluetooth 4.0 to connect to a terminal.

612. The RP457c-BT includes a "Micro USB for . . . PC/USB OTG [On-the-Go] connection" and Bluetooth Low-Energy 4.0 to connect to a terminal.[198]

613. And the RP457c-USB includes a "Micro USB for . . . PC/USB OTG [On-the-Go] connection" to connect to a terminal.[199]

614. Further, the Converge Mobile App, a Compatible Third-Party Mobile App, allows a user to connect a RP457c Reader to a terminal via audio jack data communications interface, Bluetooth, or both:

---

[196]      *See* RP457c Series Data Sheet, at 2.

[197]      *Id.* at 1.

[198]      *See id.*

[199]      *See id.*



200

615.    As an additional example, the PayPal Chip and Swipe Reader can be paired with a

terminal using Bluetooth:



201

616.    On information and belief, Ingenico Mobile Apps and Compatible Third-Party

Mobile Apps are designed to be stored on and executed by a terminal and contain program code

that is configured to present an interactive user interface on the terminal output component.

---

200     Converge Mobile User Guide – iOS.

201     *See* PayPal Chip and Tap Reader Guide Website.

617.   For example, the Ingenico ROAMpay X5 App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:



202

618.   As an additional example, the PayPal Here App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

202    *ROAMpay X5—Getting Started— How do I login to ROAMpay X5 for the first time?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-login-to-roampay-x5-for-the-first-time/ (last visited August 16, 2018)/; *see generally* INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top level site for Ingenico Help Center).



203

619.    On information and belief, the terminal running the Ingenico Mobile App or

Compatible Third-Party Mobile App runs program code that is configured to provide a

communications node on the terminal to communicate over a Bluetooth connection to the

RP457c Readers and to facilitate communications with the RP457c Readers and with a

communications network node, such as a network server (for example, Ingenico's, a Processor's,

or a Credit Card Brand's secure financial transaction servers), through the terminal's network

communication interface.

620.    For example, the Ingenico mPOS EMV SDK or similar firmware or software

code provides or supports a communications node on the terminal to communicate over a

Bluetooth connection to the RP457c Reader and facilitates communications with the RP457c

Reader and through the terminal's network communication interface with a communications

network node such as an EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's

secure financial transaction servers:

---

203     *See* PayPal Chip and Tap Reader Guide Website.



621.    By way of further example, the ROAMpay X5 App is configured to provide a

Bluetooth connection to the RP457c Readers:

---

204    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).



622.    As an additional example, the PayPal Chip and Swipe Reader can be paired with a

terminal using Bluetooth:



---

[205]    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

[206]    *See* PayPal Chip and Tap Reader Guide Website.

623.    Further, on information and belief, the RP457c Readers' memory stores program code to be executed by the RP457c Readers' processor that is configured to provide a communications node and establish a communications link with the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App, and to facilitate communications between the RP457c Reader and the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App and with a communications network node, such as a network server, through the terminal's network communication interface (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

624.    For example, the RP457c Readers store program code to be executed by the RP457c Readers' processor that is configured to make use of Bluetooth pairing of the RP457c Readers to the terminal and/or to establish a connection via the audio jack communications interface:



625.    Further, the RP457c Readers (*i.e.* portable devices) are configured to facilitate communications sent to a network server through the terminal's network interface by an Ingenico Mobile App or Compatible Third-Party Mobile App using the Ingenico mPOS EMV SDK or similar firmware or software code:

---

[207]    Converge Mobile User Guide – iOS at 10–11.



626.    As an additional example, the PayPal Chip and Tap Reader is configured to make use of Bluetooth pairing of the PayPal Chip and Swipe Reader to the terminal:



627.    Further, on information and belief, the RP457c Readers' memory stores program code to be executed by the RP457c Readers' processor in response to a communication resulting

---

[208]    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

from user interaction with the Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface that is configured to cause a communication to be sent to a network server (for example, to cause a communication to be sent to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App).

628.    For example, the Converge Mobile App's user interface allows the user to finalize the charge amount and initiate a credit or debit transaction by pressing the "credit" or "debit" button:


209

629.    After the user initiates the transaction by pressing the "credit" or "debit" button the Converge Mobile App's user interface then presents a "processing" screen that instructs the user to "[p]lease enter card":

---

209     *Id.*



210

630.    On information and belief, after the user initiates the transaction by pressing the "credit" or "debit" button on the Converge Mobile App's user interface the iCMP executes program code to accept an insertion, swipe, or tap of the payment card, which causes the Converge Mobile App running on the terminal to "send a request to authorize the card and process the transaction"[211]:

---

210     *Id.* at 35.

211     *Id.* at 31.



212

631.    Finally, once the transaction is complete, the Converge Mobile App's user interface presents a "Sale Complete" screen, indicating that the transaction has been successfully completed and allowing the user to choose how to send a receipt:

---

212    *Id.* at 38.



213

632.    In addition, for example, on information and belief, the RP457c Readers' memory stores program code to be executed by the RP457c Readers' processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-Party Mobile App's user interface to remotely update the firmware.

633.    The RP457c Readers "must be paired via Bluetooth before performing Remote Firmware Update."[214]

634.    Further, a user can "check for updates at any time" for a connected reader by "[n]avigat[ing] to the settings menu, and click[ing] on Bluetooth Readers" and "Check for

---

[213]    *Id.*

[214]    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

Updates," in response to which the Moby/8500 and Similar Products' processor executes program code that is configured to cause a communication to be transmitted to a communications network to check for an available firmware update:



635.    If the RP457c Readers require an update, a user is presented with a prompt to "Remind Later" or to "Update Now":

[215]    *Id.*

187



636.    As an additional example, on information and belief, the PayPal Here App's user

interface allows the user to enter the charge amount and to initiate the transaction by pressing the

"charge" button, in response to which the PayPal Chip and Tap Reader's processor executes

program code that is configured to collect payment information and to cause a communication to

be transmitted to a communications network to process the transaction:

---

216    *Id.*



637.    Further, on information and belief, the PayPal Here App's user interface also allows the user to initiate a firmware update by pressing the "update" button, in response to which the PayPal Chip and Tap Reader's processor executes program code that is configured to cause a communication to be transmitted to a communications network to download the firmware update:



638.   On information and belief, the RP457c Readers are configured to facilitate communications through the communications node on the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App and through the terminal's network interface to a network communications node, such as a network server, for processing.

639.   For example, the RP457c Readers are configured to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates:



640.    For example, the RP457c Readers facilitate communication of payment data to the terminal running the Converge Mobile App and through the terminal's network interface to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments:

---

217     mPOS EMV SDK Datasheet.



218

641.    In addition, the RP457c Readers facilitate communication of firmware data to the terminal running the ROAMpay X5 App and through the terminal's network interface to an Ingenico server to check for and request available firmware updates:

---

218     Converge Mobile User Guide – iOS, at 38.



---

219    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).



642.    As an additional example, the PayPal Chip and Tap Reader facilitates

communication of payment data to the terminal and to PayPal's secure financial transaction

servers to process payments:



---

220    *Id.*

643.    On information and belief, multiple Ingenico products incorporate or are designed to incorporate a RP457c Reader and therefore use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

**Direct Infringement: iCMP and Similar Products.**

644.    On information and belief, the iCMP and Similar Products use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

645.    For example, the iCMP and Similar Products are a part of Ingenico's line of Mobile Smart Terminals, all of which "run on [Ingenico's] Telium 2 platform."[221]

646.    The iCMP and Similar Products are portable devices.

647.    For example, Ingenico markets the iCMP as is a "mobile point of sale solution" that allows users to "[t]urn your smartphone or tablet into a secure mobile point of sale solution" and "accept payment[s] on-the-go":

---

[221]    *See, e.g.*, *Mobile Smart Terminals*, INGENICO MOBILE SOLUTIONS https://ingenico.us/mobile-solutions#mobile-smart-terminals (last visited August 16, 2018).


222

648.    On information and belief, the iCMP and Similar Products contain a processor.

649.    For example, the iCMP contains a "RISC 32-bits [*sic*] ARM9 processor" or its equivalent.223

650.    On information and belief, the iCMP and Similar Products and/or the included ARM9 processor or its equivalent contain memory, including both volatile and non-volatile memory, having executable program code stored thereon.

651.    For example, the iCMP contains "SDRAM: 16/32 Mb" and "Flash: 128 Mb" that is used to store the executable program code for the Telium 2 operating system.224

652.    The iCMP and Similar Products contain both a Bluetooth and USB communications interface configured to enable the transmission of communications between the iCMP and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a

---

222     iCMP Data Sheet at 1, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/icmp-datasheet.pdf (last visited August 16, 2018).

223     *Id.* at 2.

224     *Id.*

display, and a network interface and that contains Ingenico Mobile App or a Compatible Third-Party Mobile App).

653. For example, the iCMP supports "Bluetooth class II with 128-bit encryption" and "Micro-USB AB."[225]  The iCMP uses Bluetooth to "pair" with the terminal, or connects to the terminal via USB.

654. On information and belief, Ingenico Mobile Apps and Compatible Third-Party Mobile Apps are designed to be stored on and executed by a terminal and contain program code that is configured to present an interactive user interface on the terminal output component.

655. For example, the Ingenico ROAMpay X5 App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

[225]      *Id.*



656.    On information and belief, the terminal running the Ingenico Mobile App or

Compatible Third-Party Mobile App runs program code that is configured to provide a

communications node on the terminal to communicate over a Bluetooth connection to the iCMP

and Similar Products and to facilitate communications with the iCMP and Similar Products and

with a communications network node, such as a network server.

657.    For example, the Ingenico mPOS EMV SDK or similar firmware or software

code provides or supports a communications node on the terminal to communicate over a

---

<sup>226</sup>    *ROAMpay X5—Getting Started— How do I login to ROAMpay X5 for the first time?*,
INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-login-to-
roampay-x5-for-the-first-time/ (last visited August 16, 2018)/; *see generally* INGENICO HELP
CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top
level site for Ingenico Help Center).

Bluetooth connection to the iCMP and Similar Products and facilitates communications with the iCMP and Similar Products and through the terminal's network communication interface with a communications network node such as an EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers:



658.    By way of further example, the terminal provides a Bluetooth connection to the iCMP and Similar Products:

---

mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).



659. Further, on information and belief, the iCMP and Similar Products' memory stores program code to be executed by the iCMP and Similar Products' processor that is configured to provide a communications node and establish a communications link with the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App, and to facilitate communications between the iCMP and Similar Product and the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App and with a communications network node, such as a network server, through the terminal's network communication interface (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's,

---

228   *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

660.    For example, the iCMP can "[c]onnect . . . to virtually any iOS, Windows®-based or Android™ tablet or smartphone via Bluetooth®."[229]

661.    By way of further example, the iCMP can provide a communications node and establish a communications link with the terminal running the Converge Mobile App, a Compatible Third-Party Mobile App by pairing via Bluetooth:



662.    Further, the iCMP (*i.e.* a portable device) is configured to facilitate communications sent to a network server through the terminal's network interface by an

---

[229]   iCMP Datasheet, at 1.

[230]   *See* Converge Mobile User Guide – iOS, *available at* https://elavonconverge.blob.core.windows.net/concon/ConvergeMobileUserGuideIOS.pdf (last visited August 16, 2018).

Ingenico Mobile App or Compatible Third-Party Mobile App using the Ingenico mPOS EMV

SDK or similar firmware or software code:



663.    Further, on information and belief, the iCMP and Similar Products' memory

stores program code to be executed by the iCMP and Similar Products' processor in response to

a communication resulting from user interaction with the Ingenico Mobile App or Compatible

Third-Party Mobile App's interactive user interface that is configured to cause a communication

to be sent to a network server (for example, to cause a communication to be sent to Ingenico's, a

Processor's, or a Credit Card Brand's secure financial transaction servers to process payments

using the Ingenico Mobile App or Compatible Third-Party Mobile App).

---

[231]    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-
website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

664.    For example, the Converge Mobile App's user interface allows the user to finalize the charge amount and initiate a credit or debit transaction by pressing the "credit" or "debit" button:



665.    After the user initiates the transaction by pressing the "credit" or "debit" button the Converge Mobile App's user interface then presents a "processing" screen that instructs the user to "[p]lease enter card":

---

[232]    Converge Mobile User Guide – iOS, at 29, *available at* https://elavonconverge.blob.core.windows.net/concon/ConvergeMobileUserGuideIOS.pdf (last visited August 16, 2018).



666.    On information and belief, after the user initiates the transaction by pressing the "credit" or "debit" button on the Converge Mobile App's user interface the iCMP executes program code to accept an insertion, swipe, or tap of the payment card, which causes the Converge Mobile App running on the terminal to "send a request to authorize the card and process the transaction"[234]:

---

[233]    *Id.* at 29.

[234]    *Id.* at 31.



235

667.    Finally, once the transaction is complete, the Converge Mobile App's user interface presents a "Sale Complete" screen, indicating that the transaction has been successfully completed and allowing the user to choose how to send a receipt:

---

235      *Id.*



236

668.    In addition, for example, on information and belief, the iCMP and Similar Products' memory stores program code to be executed by the iCMP and Similar Products' processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-Party Mobile App's user interface to remotely update the firmware.

669.    For example, an iCMP that is paired with a terminal running the ShopKeep App, a Compatible Third-Party Mobile App, can update its firmware.[237]

670.    After pairing an iCMP with a terminal running the ShopKeep App or logging into the ShopKeep App while an iCMP is paired, the iCMP will report its firmware version to the

---

[236]      *Id.*

[237]      *See, e.g.*, *iCMP Credit Card Reader Troubleshooting*, SHOPKEEP.COM, https://www.shopkeep.com/support/troubleshooting/icmp-credit-card-reader-troubleshooting (last visited August 16, 2018).

terminal.  If the iCMP requires an update, a user is presented with a prompt for a "Card Reader

Firmware Update":



671.    Further, if the user presses the "Update Now" or "Update Device" button in the

ShopKeep App, the iCMP will cause a communication to be sent to a network server to initiate

the firmware download:

---
238     *Id.*



672.    On information and belief, the iCMP and Similar Products are configured to facilitate communications through the communications node on the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App and through the terminal's network interface to a network communication node, such as a server, for processing.

673.    For example, the iCMP and Similar Products are configured to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates:

---

239    *Id.*



674.   For example, the iCMP facilitates communication of payment data to the terminal running the Converge Mobile App and through the terminal's network interface to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments:

---

[240]   mPOS EMV SDK Datasheet.



241

675.    In addition, the iCMP facilitates communication of firmware data to the terminal

running the ShopKeep App and through the terminal's network interface to an Ingenico server to

check for and request available firmware updates:

 

242

---

676.     By infringing the '969 Patent, Ingenico has caused and will continue to cause Counterclaim Plaintiff to suffer damages in an amount to be determined at trial *i.e.* in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with pre-judgment and post-judgment interest thereon.

677.     Counterclaim Plaintiff has no adequate remedy at law against Ingenico's acts of infringement, and unless Ingenico is permanently enjoined from infringing the '969 Patent, Counterclaim Plaintiff will suffer irreparable harm.

678.     To the extent that Ingenico has continued or continues to make, have made, use, import, sell, or offer for sale products or services that infringe the '969 Patent following its awareness of the '969 Patent, Ingenico's infringement is willful and entitles IOENGINE to an award of enhanced damages pursuant to 35 U.S.C. § 284 and attorneys' fees pursuant to 35 U.S.C. § 285.

## COUNTERCLAIM COUNT IV
## (INDIRECT INFRINGEMENT OF THE '969 PATENT)

679.     IOENGINE repeats, re-alleges, and incorporates by reference paragraphs 274 to 678 as if fully set forth herein.

680.     On information and belief, Ingenico has infringed and continues to infringe indirectly by way of inducement and contributory infringement, literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271, one or more claims of the '969 Patent by performing, without authority, one or more of the following acts: making, having made, using, importing, selling, and offering for sale in the United States one or more products or services that embody the invention claimed in the '969 Patent, including but not limited to the Ingenico Infringing Products, and encouraging and instructing its customers and other third parties to make and use the Ingenico Infringing Products in a manner that infringes the '969 Patent.  Since

at least after receiving an indemnity request from PayPal regarding the PayPal Complaint filed by IOENGINE in this District,[243] Counterclaim Defendants have knowingly contributed to the infringement of and induced infringement of, and continue to knowingly contribute to the infringement of and induce infringement of, one or more claims of the '969 Patent with specific intent that the Ingenico Infringing Products be used by its customers and other third parties to directly infringe the '969 Patent, which products constitute a material part of the invention and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

681.    Counterclaim Defendants instruct and encourage their customers and third parties to use the Ingenico Infringing Products in a manner that infringes at least Claim 2 of the '969 Patent.

682.    For example, Counterclaim Defendants provide software development kits, including the mPOS EMV SDK, that allow, instruct, and encourage customers and third parties to "integrate EMV payment acceptance into your innovative mobile apps" using the Ingenico Infringing Products.[244]

683.    Counterclaim Defendants further provide information and technical support on their website (*available at* https://ingenico.us/mobile-solutions) that instructs and encourages customers and third parties on how to use the Ingenico Infringing Products.

684.    Counterclaim Defendants further provide additional documents, information and technical support directly and through third-party platforms such as YouTube channels, including videos, demonstrations, user manuals, technical documentation, and other information,

---

[243]    Compl. (D.I. 1) ¶ 9 ("The Customer Suit has triggered an indemnity request by PayPal to Ingenico.").

[244]    *See, e.g.*, *mPOS EMV SDK*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-emv-sdk (last visited August 16, 2018).

that instructs and encourages customers and third parties on how to use the Ingenico Infringing Products.

685.    In each case, the information and materials provided by Ingenico contain detailed descriptions and instructions for using and implementing the functionality claimed in at least Claim 2 of the '969 Patent including, at least, card reader device setup, processing chip card ("EMV") card payments, processing magnetic stripe card payments, processing contactless payments, and processing refunds.

686.    The Ingenico Infringing Mobile Products are specifically designed to infringe the '969 Patent by engaging in card reader device setup, processing chip card ("EMV") card payments, processing magnetic stripe card payments, processing contactless payments, processing refunds, and processing firmware updates, and have no substantial non-infringing uses.

## COUNTERCLAIM COUNT V
## (DIRECT INFRINGEMENT OF THE '703 PATENT)

687.    IOENGINE repeats, re-alleges, and incorporates by reference paragraphs 274 to 686 as if fully set forth herein.

688.    On information and belief, Ingenico had actual knowledge of the '703 Patent before filing the Complaint in this case.

689.    Ingenico Inc. received an indemnity request from PayPal Holdings, Inc. ("PayPal") regarding the PayPal Complaint filed by IOENGINE in this District against PayPal (No. 1:18-cv-452-GMS).[245]  Ingenico had actual knowledge of the '703 Patent no later than when it received this request.

---

[245]    Compl. (D.I. 1) ¶ 9 ("The Customer Suit has triggered an indemnity request by PayPal to Ingenico.").

690.    Ingenico is not licensed under the '703 Patent and has no other right or permission to practice the invention claimed therein.

691.    On information and belief, Ingenico has infringed and continues to infringe, directly (alone or jointly), literally, and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271, one or more claims of the '703 Patent by performing, without authority, one or more of the following acts: making, having made, using, importing, selling, and offering for sale in the United States one or more products or services that embody the invention claimed in the '703 Patent, including without limitation the Ingenico Infringing Products.

692.    Since receiving notice of the '703 Patent, Ingenico has knowingly and willfully infringed, and continues to infringe, one or more claims of the '703 Patent by making, having made, using, importing, selling, and offering for sale in the United States the Ingenico Infringing Products.

693.    For example, the Ingenico Infringing Products embody the patented invention of the '703 Patent and infringe at least Claim 104 of the '703 Patent because the Ingenico Infringing Products constitute:

> "A system implementing a terminal having a processor, an input component, an output component, a network communication interface, and a memory configured to store executable program code, including first program code which, when executed by the terminal processor, is configured to affect the presentation of an interactive user interface by the terminal output component, and second program code which, when executed by the terminal processor, is configured to provide a communications node on the terminal to facilitate communications to and from the terminal, the system comprising:
>
> (a) a communications network node; and
>
> (b) a portable device comprising an external communication interface for enabling the transmission of a plurality of communications between the portable device and the terminal, a processor, and a memory, wherein the memory has executable program code stored thereon, the portable device configured to:

214

(1) cause the terminal to execute the first program code to affect the presentation of an interactive user interface by the terminal output component;

(2) execute third program code stored on the portable device memory to provide a communications node on the portable device configured to coordinate with the communications node on the terminal and establish a communications link between the portable device and the terminal, and to facilitate communications to the terminal and to a communications network node through the terminal network communication interface;

(3) execute fourth program code stored on the portable device memory in response to a communication received by the portable device resulting from user interaction with the interactive user interface to cause a communication to be transmitted to a communications network node; and

(4) facilitate communications through the terminal network communication interface to a communications network node."[246]

694.     The following sections detail Ingenico's infringement with respect to certain Ingenico Infringing Products and groups of Ingenico Infringing Products.  This claim for relief, however, is not limited to the products explicitly named in these sections.  Rather, these products are presented by way of representative example.  This claim for relief extends to all the Ingenico Infringing Products as described above.

**Direct Infringement: Ingenico's Mobile Solutions System Utilizing the Moby/8500 and Similar Products.**

695.     On information and belief, the Moby/8500 and Similar Products use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

696.     For example, the Moby/8500 and Similar Products are all "[b]uilt upon a common platform and software development kit (SDK)."[247]

---

[246]     '703 Patent, Claim 104.

[247]     *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

697.    On information and belief, the PayPal Chip and Swipe Reader is an Ingenico Moby/3000 that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Chip and Swipe Reader.

698.    On information and belief, the PayPal Chip and Swipe Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the same way as the Moby/3000 for purposes of infringement, and thus infringes in a substantially similar manner.

699.    The Moby/8500 and Similar Products are portable devices.

700.    For example, Ingenico markets the Moby /8500 as a "[s]leek, compact and consumer-friendly mobile point of sale (mPOS) card reader" that "[a]ccepts all card-based payments, including EMV chip & PIN, magstripe and NFC/contactless":



248

---

248    *See* Moby/8500 Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/mobile-solutions/moby8500/ig-na-moby8500-v1digital.pdf (last visited August 16, 2018).

701.    Additionally, Ingenico describes the Moby/8500 as having a "[c]ompact . . . , lightweight . . . form factor which allows for total portability and ease of use."[249]

702.    As an additional example, the PayPal Chip and Swipe Reader is a portable device that allows users to "[g]et paid where your business takes you":


250

703.    On information and belief, the Moby/8500 and Similar Products contain a processor.

704.    For example, the Moby/8500 contains a "32-bits [*sic*] ARM microcontroller" or its equivalent.[251]

705.    As an additional example, the PayPal Chip and Swipe Reader contains an ARM STM 32F103 Series microprocessor or its equivalent:

---

[249]    Moby 8500 Press Release.

[250]    *See* PayPal Chip and Swipe Reader Guide Website.

[251]    Moby/8500 Datasheet, at 2.



706.     On information and belief, the Moby/8500 and Similar Products and/or the included ARM microprocessor or its equivalent contain memory, including both volatile and non-volatile memory, having executable program code stored thereon.

707.     For example, the Moby/8500 "comes preloaded with firmware and security keys."[252]

708.     As an additional example, the PayPal Chip and Swipe Reader contains memory, including 16 Kbytes to 1 Mbyte of Flash and 6K to 96K SRAM memory integrated into an ARM STM 32F103 Series microprocessor, or its equivalent.

709.     The Moby/8500 and Similar Products contain an external communication interface configured to enable the transmission of communications between the Moby/8500 and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, a network communications interface, and a memory that contains a mobile application such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).

710.     For example, the Moby/8500 supports Bluetooth 4.2, and uses Bluetooth to "pair" with the terminal:

---

[252]     *Id. See also* Moby/8500 Press Release ("The Moby/8500 . . . provid[es] an off-the-shelf solution with firmware and keys preloaded.").

**BLUETOOTH PAIRING AND CONNECTION**
Bluetooth is enabled as soon as the reader is turned on. Moby/8500 is discoverable all the time.

*Pairing*: Pairing of Moby/8500 with your mobile phone/tablet must be done from the mobile app that comes with it:
1.   Open the mobile app
2.   Tap on the Menu icon on the top left corner.
3.   Tap on Settings
4.   Tap on Bluetooth Readers
5.   If Bluetooth on your device is OFF, turn it ON.
6.   Tap on 'Pair a New Reader' to start the pairing process.

[253]

711.   Additionally, the Moby/8500 can "[e]asily connect . . . with Bluetooth to over 300 different types of iOS and Android smartphones and tablets."[254]

712.   As an additional example, the PayPal Chip and Swipe Reader can be paired with a terminal using Bluetooth:



[255]

713.   On information and belief, Ingenico Mobile Apps and Compatible Third-Party Mobile Apps are designed to be stored on and executed by a terminal and contain program code

---

[253]   Moby/8500 User Guide, *available at* https://www.manualslib.com/manual/1347441/Ingenico-Moby-8500.html (last visited August 16, 2018).

[254]   Moby/8500 Datasheet, at 2.

[255]   *See* PayPal Chip and Swipe Reader Guide Website.

that is configured to affect the presentation of an interactive user interface on the terminal's output component.

714.    For example, the Ingenico ROAMpay X5 App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:



715.    As an additional example, the PayPal Here App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

[256]    *ROAMpay X5—Getting Started— How do I login to ROAMpay X5 for the first time?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-login-to-roampay-x5-for-the-first-time/ (last visited August 16, 2018)/; *see generally* INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top level site for Ingenico Help Center).



716.    On information and belief the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App runs program code that is configured to provide a communications node on the terminal to communicate with the Moby/8500 and Similar Products and to facilitate communications with the Moby/8500 and Similar Products and with a communications network node, such as Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers, through the terminal's network communication interface.

717.    For example, the Ingenico mPOS EMV SDK or similar firmware or software code provides or supports a communications node on the terminal to communicate with the Moby/8500 and Similar Products and to facilitate communications with the Moby/8500 and Similar Products and through the terminal's network communication interface with a communications network node such as an EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers:

---

257    *See* PayPal Chip and Swipe Reader Guide Website.



718.    For example, the ROAMpay X5 App is configured to make use of Bluetooth pairing of the Moby/8500 and Similar Products to the terminal:

---

258    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).



719.    As an additional example, the PayPal Here App is configured to make use of

Bluetooth pairing of the PayPal Chip and Swipe Reader to the terminal:



---

259    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

720.     On information and belief, the Moby/8500 and Similar Products are configured to cause the terminal to execute program code contained in the Ingenico Mobile App or Compatible Third-Party Mobile App that is configured to affect the presentation of a Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface on the terminal (for example, to indicate that the a Moby/8500 and Similar Product has been paired with the terminal, or to display a message that the Moby/8500 and Similar Product requires an update to continue).

721.     For example, the Moby/8500 and Similar Products are configured to cause the Ingenico ROAMpay X5 App running on the terminal to present a symbol in the header of the ROAMpay X5 App's user interface to indicate that that Moby/8500 and Similar Product has been connected and is available for transactions, or to present a message to prompt the user to "Tap/Insert/Swipe [a] Card" in order to process a credit card transaction:



722.    The Moby/8500 and Similar Products are also configured to cause the

presentation of a message on the interactive user interface of the ROAMpay X5 App that a

firmware update is required or has been successful:

---

260     *ROAMpay X5—Accepting Payments—How do I add/delete items to the cart?*, INGENICO
HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-adddelete-items-to-
the-cart/ (last visited August 16, 2018).





---

261   *Id.*

262   *Id.*

723.     As an additional example, the PayPal Chip and Swipe Reader is configured to cause the presentation of a message on the interactive user interface of the PayPal Here App that the PayPal Chip and Swipe Reader has been connected and is available for transactions:



724.     Further, the PayPal Chip and Swipe Reader is also configured to cause the presentation of a message on the interactive user interface of the PayPal Here App that a firmware update is required:



725.     Further, on information and belief, the Moby/8500 and Similar Products are configured to execute program code stored on the Moby/8500 and Similar Products' memory that provides a communications node to coordinate with the communications node on the

terminal, that establishes a communications link with the Ingenico Mobile App or Compatible

Third-Party Mobile App running on a terminal, and that facilitates communications with the

Ingenico Mobile App or Compatible Third-Party Mobile App running on a terminal and with a

communications network node, such as a network server, through the terminal's network

communication interface (for example, to facilitate communication of data to the terminal and to

Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process

payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request

firmware updates).

726.    For example, on information and belief, the Moby/8500 stores program code to be

executed by the Moby/8500's processor that is configured to make use of Bluetooth pairing of

the Moby/8500 to the terminal:

> **BLUETOOTH PAIRING AND CONNECTION**
> Bluetooth is enabled as soon as the reader is turned on. Moby/8500is
> discoverable all the time.
>
> *Pairing*: Pairing of Moby/8500with your mobile phone/tablet must be
> done from the mobile app that comes with it:
> 1.    Open the mobile app
> 2.    Tap on the Menu icon on the top left corner.
> 3.    Tap on Settings
> 4.    Tap on Bluetooth Readers
> 5.    If Bluetooth on your device is OFF, turn it ON.
> 6.    Tap on 'Pair a New Reader' to start the pairing process. [263]

727.    Additionally, the Moby/8500 can "[e]asily connect . . . with Bluetooth to over 300

different types of iOS and Android smartphones and tablets."[264]

---

[263]    Moby/8500 User Guide, *available at*
https://www.manualslib.com/manual/1347441/Ingenico-Moby-8500.html (last visited August 16,
2018).

[264]    Moby/8500 Datasheet, at 2.

728.    Further, the Moby/8500 (*i.e.* a portable device) is configured to facilitate

communications sent to a network server through the terminal's network interface by an

Ingenico Mobile App or Compatible Third-Party Mobile App using the Ingenico mPOS EMV

SDK or similar firmware or software code:



729.    As an additional example, the PayPal Chip and Swipe Reader stores program

code to be executed by the PayPal Chip and Swipe Reader's processor that is configured to make

use of Bluetooth pairing of the PayPal Chip and Swipe Reader to the terminal:

---

265     mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).



730.    On information and belief, the Moby/8500 and Similar Products are configured to execute program code stored in the Moby/8500 and Similar Products' memory in response to a communication resulting from user interaction with the Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface, which is configured to cause a communication to be transmitted to a communications network node such as a network server (for example, to provide data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to download a firmware update).

731.    For example, the ROAMpay X5 app's user interface allows the user to finalize the charge amount and initiate the transaction by pressing the "Select Tender" button and selecting a card transaction, or by pressing the "Charge" button:





266

---

266    *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, Ingenico Help Center, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



732.   The ROAMpay X5 app's user interface then presents a "payment screen" that instructs the user to "Insert, Swipe, or Tap":

---

[267]   ROAMpay X5 Demonstration Video.



733.    Further, once the user has inserted, swiped, or tapped the payment method, the Moby/8500 and Similar Product causes the Ingenico ROAMpay X5 App's user interface to indicate "[p]rocessing sale transaction" while network communications related to processing a sale transaction are taking place:

---

268     *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



734.    Additionally, when the transaction is complete the Ingenico ROAMpay X5 App's user interface presents a "Payment Complete!" or "Transaction Approved" message:

---

[269] *Id.*



---

270    *Id.*



735.    Additionally, for example, the Moby/8500's memory stores program code to be executed by the Moby/8500's processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-Party Mobile App's user interface to remotely update the firmware and security keys.[272]

736.    The Moby/8500 and Similar Products "must be paired via Bluetooth before performing [a] Remote Firmware Update."[273]

737.    Further, a user can "check for updates at any time" for a connected reader by "[n]avigat[ing] to the settings menu, and click[ing] on Bluetooth Readers" and "Check for Updates," in response to which the Moby/8500 and Similar Products' processor executes

---

[271]    ROAMpay X5 Demonstration Video.

[272]    *See* Moby/8500 Datasheet, at 2 ("The device comes preloaded with firmware and security keys which can be remotely updated to help reduce total cost of ownership.").

[273]    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

program code that is configured to cause a communication to be transmitted to a communications

network to check for an available firmware update:



738.    For example, after logging into the ROAMpay X5 App on the terminal, if the

Moby/8500 and Similar Products require an update, a user is presented with a prompt to

"Remind Later" or to "Update Now":

---

274        *Id.*



739.    As an additional example, on information and belief, the PayPal Here App's user

interface allows the user to enter the charge amount and to initiate the transaction by pressing the

"charge" button, in response to which the PayPal Chip and Swipe Reader's processor executes

program code that is configured to collect payment information and to cause a communication to

be transmitted to a communications network to process the transaction:

---

[275]    *Id.*



740.     Further, on information and belief, the PayPal Here App's user interface also allows the user to initiate a firmware update by pressing the "update" button, in response to which the PayPal Chip and Swipe Reader's processor executes program code that is configured to cause a communication to be transmitted to a communications network to download the firmware update:



741.    On information and belief, the Moby/8500 and Similar Products are configured to facilitate communications through the network communications interface on the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App to a communications network node such as a network server (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

742.    For example, the Moby/8500 and Similar Products facilitate communication of payment data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments:



743.    In addition, the Moby/8500 and Similar Products facilitate communication of firmware data to the terminal running the ROAMpay X5 App and through the terminal's network interface and to an Ingenico server to check for and request available firmware updates:

---

276    *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



277 *Id.*



744.    As an addition example, the PayPal Chip and Swipe Reader facilitates communication of payment data to the terminal running the PayPal Here App and through the terminal's network interface to PayPal's secure financial transaction servers to process payments



---

278     *Id.*

745.     Further the PayPal Chip and Swipe Reader facilitates communication of firmware update data to the terminal running the PayPal Here App and through the terminal's network interface to PayPal's servers to check for an available firmware update:



**<u>Direct Infringement: Ingenico's Mobile Solutions System Utilizing the G5X Mobile Card Reader and Similar Products.</u>**

746.     On information and belief, the G5X and Similar Products use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

747.     For example, the G5X and Similar Products are all "[b]uilt upon a common platform and software development kit (SDK)."[279]

748.     On information and belief, the PayPal Mobile Card Reader is an Ingenico G4X that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Mobile Card Reader.

---

[279]     *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

749.    On information and belief, the PayPal Mobile Card Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the same way as the G4X for purposes of infringement, and thus infringes in a substantially similar manner.

750.    The G5X and Similar Products are portable devices.

751.    For example, Ingenico markets the G5X as a "mobile card reader" for "[p]owering the next generation of secure mobile card acceptance":



280

752.    Additionally, Ingenico describes the G5X as an "mPOS" device that "provides merchants with a fast, reliable, and seamless mPOS experience" and that "provides a dual track

---

280    *See* G5X Mobile Card Reader Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/roam-g5x-data-sheet.pdf (last visited August 16, 2018).

magnetic stripe reader (MSR) enabling retrieval of multiple data types from one swipe and readability of additional card types (*i.e.* gift cards)."[281]

753.    As an additional example, the PayPal Mobile Card Reader is a portable device that "fits in your pocket and works with compatible mobile devices to help get you paid on-the-go":


[282]

754.    On information and belief, the G5X and Similar Products contain an ARM microprocessor or its equivalent.

755.    For example, the PayPal Mobile Card Reader contains a EFM32 TG110F32 ARM Cortex-M3 processor or its equivalent:



---

[281]        *What is a G5X Reader?*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/help-center/what-is-a-g5x-reader/ (last visited August 16, 2018).

[282]        *See* PayPal Mobile Card Reader Guide Website.

756.    On information and belief, the G5X and Similar Products and/or the included ARM microcontroller or its equivalent contain memory, including both volatile and non-volatile memory, having executable program code stored thereon.

757.    For example, the PayPal Mobile Card Reader contains memory, including at least up to 32 KB Flash memory and up to 4KB RAM memory integrated into an EFM32 TG110F32 ARM Cortex-M3 processor, or its equivalent.

758.    The G5X and Similar Products include an audio jack communications interface (on information and belief, an AHJ connector) configured to enable the transmission of communications between the G5X and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, a network communications interface, and a memory that contains a mobile application such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).

759.    For example, the G5X include an "extendable audio jack" data communications interface that "allow[s] the [Ingenico G5X] to plug into virtually any mobile device":[283]



[284]

---

[283]    *What is a G5X Reader?*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/help-center/what-is-a-g5x-reader/ (last visited August 16, 2018).

[284]    *G5X Mobile Card Reader*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers/g5x-mobile-card-reader.html (last visited August 16, 2018).

760.    For example, the G5X is compatible with over 150 iOS or Android devices, including but not limited to Apple iPad devices, Apple iPhone devices, Google Pixel devices, Google Nexus devices, Samsung Galaxy devices, and Motorola Droid devices.[285]

761.    On information and belief, Ingenico Mobile Apps and Compatible Third-Party Mobile Apps are designed to be stored on and executed by a terminal and contain program code that is configured to affect the presentation of an interactive user interface on the terminal's output component.

762.    The G5X is "supported by Version 5.0 of the ROAMpay X5 application."[286]

763.    Further, the Ingenico ROAMpay X5 App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

[285]    *See  Device Compatibility*, INGENICO MOBILE SOLUTIONS, https://mobile-solutions.ingenico.com/device-compatibility/ (last visited August 16, 2018).

[286]    *What version of the ROAMpay X5 app works with the G5X Reader?*, INGENICO HELP CENTER https://mobile-solutions.ingenico.com/help-center/what-version-of-the-roampay-x5-app-works-with-the-g5x-reader/ (last visited August 16, 2018).



287

764.    As an additional example, the PayPal Here App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

287     *ROAMpay X5—Getting Started— How do I login to ROAMpay X5 for the first time?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-login-to-roampay-x5-for-the-first-time/ (last visited August 16, 2018)/; *see generally* INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top level site for Ingenico Help Center).



765.    On information and belief the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App runs program code that is configured to provide a communications node on the terminal to communicate with the G5X and Similar Products and to facilitate communications with the G5X and Similar Products and with a communications network node, such as a network server (for example, Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers), through the terminal's network communication interface.

766.    For example, the Ingenico mPOS EMV SDK or similar firmware or software code provides or supports a communications node on the terminal to communicate over the audio jack communications interface with the G5X and Similar Products and to facilitate communications with the G5X and Similar Products and through the terminal's network communication interface with a communications network node, such as an EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers:

---

[288]    *See* PayPal Mobile Card Reader Guide Website.



767.    For example, the ROAMpay X5 App is configured to make use of the G5X's an "extendable audio jack" data communications interface to communicate with the G5X.

768.    Further, the ROAMpay X5 App is configured to facilitate communications over the audio jack communications interface, and shows the "connected reader" icon in the app's header when the G5X is connected and ready for communications:



769.    On information and belief, the G5X and Similar Products are configured to cause the terminal to execute program code contained in the Ingenico Mobile App or Compatible

---

289    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

290    *How do I connect the G5X reader to my device?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-connect-the-g5x-reader-to-my-device/ (last visited August 16, 2018).

Third-Party Mobile App that is configured to affect the presentation of a Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface on the terminal (for example, to indicate that the G5X and Similar Product has been connected to the terminal).

770.    For example, the G5X causes the Ingenico Mobile App or Compatible Third-Party Mobile App running on the terminal to present a message when the G5X has been detected.  "After [an Ingenico G5X] reader is successfully connected, [the user] will see the 'connected reader' icon on the app's header":


291

771.    As an additional example, the PayPal Mobile Card Reader is configured to cause the presentation of a message on the interactive user interface of the PayPal Here App that the PayPal Mobile Card Reader has been detected:



---

291    *How do I connect the G5X reader to my device?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-connect-the-g5x-reader-to-my-device/ (last visited August 16, 2018).

772.    Further, on information and belief, the G5X and Similar Products are configured to execute program code stored on the G5X and Similar Products' memory that provides a communications node to coordinate with the communications node on the terminal, that establishes a communications link with the Ingenico Mobile App or Compatible Third-Party Mobile App running on a terminal (for example, audio-data communications sent to the G5X and Similar Products over audio pins (pins 3 and 4) of the AHJ interface), and that facilitates communications with the Ingenico Mobile App or Compatible Third-Party Mobile App running on a terminal and with a communications network node, such as a network server, through the terminal's network communication interface (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App).

773.    For example, on information and belief, the G5X stores program code to be executed by the G5X's processor that enables the G5X (*i.e.* a portable device) to interact with an Ingenico Mobile App or a Compatible Third-Party Mobile App running on a iOS or Android device (*i.e.* a terminal) and to facilitate communications sent to a network server through the terminal's network interface by an Ingenico Mobile App or Compatible Third-Party Mobile App using the Ingenico mPOS EMV SDK or similar firmware or software code:



774.    On information and belief, the G5X and Similar Products are configured to

execute program code stored in the G5X and Similar Products' memory in response to a

communication resulting from user interaction with the Ingenico Mobile App or Compatible

Third-Party Mobile App's interactive user interface, which is configured to cause a

communication to be transmitted to a communications network node such as a network server

(for example, to provide data to the terminal and to Ingenico's, a Processor's, or a Credit Card

Brand's secure financial transaction servers to process payments using the Ingenico Mobile App

or Compatible Third-Party Mobile App, or to request firmware updates).

775.    For example, the ROAMpay X5 app's user interface allows the user to finalize the

charge amount and initiate the transaction by pressing the "Select Tender" button and selecting a

card transaction, or by pressing the "Charge" button:

---

<sup>292</sup>     mPOS EMV SDK Datasheet.





293

---

293     *ROAMpay x5—Performing Different Types of Transactions—How do I accept
contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-
center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



776.    The ROAMpay X5 app's user interface then presents a "payment screen" that instructs the user to "Insert, Swipe, or Tap":

---

[294]    ROAMpay X5 Demonstration Video.



777.   Further, on information and belief, when the user has initiated the transaction on the ROAMpay X5 app's user interface on the terminal, the G5X's processor executes program code to collect payment information.  The G5X indicates that it is "waiting for [the] card" by

---

295   *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).

setting the built-in LED to green and emitting a one-second beep.  When reading a card the G5X

flashes the built-in LED alternately on for one-half second green and off for one-half second.[296]

778.    In addition, "[w]hen the [Ingenico G5X] reader is ready for use, [the user] will see

a prompt . . . reading, 'swipe' as it appears on the Payment Information screen."[297]

779.    Further, once the user has inserted, swiped, or tapped the payment method, the

Moby/8500 and Similar Product causes the Ingenico ROAMpay X5 App's user interface to

indicate "[p]rocessing sale transaction" while network communications related to processing a

sale transaction are taking place:



[298]

780.    Additionally, when the transaction is complete the Ingenico ROAMpay X5 App's

user interface presents a "Payment Complete!" or "Transaction Approved" message:

---

[296]    *See How do I know the status of my G5X Reader?*, INGENICO HELP CENTER,
https://mobile-solutions.ingenico.com/help-center/how-do-i-know-the-status-of-my-g5x-reader/
(last visited August 16, 2018).

[297]    *How do I know when the G5X Reader is ready for use?*, INGENICO HELP CENTER,
https://mobile-solutions.ingenico.com/help-center/how-do-i-know-when-the-g5x-reader-is-
ready-for-use/ (last visited August 16, 2018).

[298]    *Id.*



299

---

299     *Id.*



781.    In addition, for example, on information and belief, the G5X and Similar

Products' memory stores program code to be executed by the G5X and Similar Products'

processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-

Party Mobile App's user interface to remotely update the firmware.

782.    For example, after logging into the ROAMpay X5 App on the terminal, if the

G5X and Similar Products require an update, a user is presented with a prompt to "Remind

Later" or to "Update Now":

---

300     ROAMpay X5 Demonstration Video.



783.    As an additional example, the PayPal Here App's user interface allows the user to enter the charge amount and to initiate the transaction by pressing the "charge" button, in response to which the PayPal Mobile Card Reader's processor executes program code that is configured to collect payment information and cause a communication to be transmitted to a communications network to process the transaction:

---

[301]    *Id.*



784.    On information and belief, the G5X and Similar Products are configured to facilitate communications  through the network communications interface on the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App to a communications network node such as a network server (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App).

785.    For example, the G5X and Similar Products facilitate communication of payment data to the terminal running the ROAMpay X5 App and through the terminal's network interface to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments.



786.    For example, the PayPal Mobile Card Reader facilitates communication of

payment data to the terminal running the PayPal Here App and through the terminal's network

interface to PayPal's secure financial transaction servers to process payments:

---

302     *ROAMpay x5—Performing Different Types of Transactions—How do I accept
contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-
center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



**<u>Direct Infringement: Ingenico's Mobile Solutions System Utilizing the RP457c Card Reader and Similar Products.</u>**

787.    On information and belief, the RP457c Readers use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

788.    For example, the RP457c Readers are all "[b]uilt upon a common platform and software development kit (SDK)."[303]

789.    On information and belief, the PayPal Chip and Tap Reader is an Ingenico RP457c-BT that has been made for, sold to, or otherwise provided to PayPal for sale or use by PayPal branded as the PayPal Chip and Tap Reader.

790.    On information and belief, the PayPal Chip and Tap Reader uses substantially similar software, firmware, hardware, and server infrastructure, and operates in substantially the same way as the RP457c-BT for purposes of infringement, and thus infringes in a substantially similar manner.

---

[303]    *See, e.g.*, *mPOS Card Readers*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-card-readers (last visited August 16, 2018).

791.   The RP457c Readers are portable devices.

792.   For example, Ingenico markets the RP457c Readers as "mobile card readers" for "[p]owering secure mobile acceptance of contactless and EMV payments":



793.   Additionally, Ingenico describes the RP457c Readers as being designed for "easy portability."[305]

794.   As an additional example, the PayPal Chip and Tap Reader is a portable device that allows users to "get paid on-the-go" and "start accepting payments where your business takes you":

---

[304]   *See* RP457c Series Data Sheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/mobile-solutions/ig-na-rp457c-series-v1digital.pdf (last visited August 16, 2018).

[305]   *Id.* at 2.



306

795.     On information and belief, the RP457c Readers contain a processor.

796.     For example, the RP457c Readers contain an "ARM Cortex M4" microprocessor

or its equivalent.[307]

797.     As an additional example, the PayPal Chip and Tap Reader contains a Kinetis

MK21FX512VMC12 microprocessor or its equivalent:



798.     On information and belief, RP457c Readers and/or the included ARM

microprocessor or its equivalent contain memory, including both volatile and non-volatile

memory, having executable program code stored thereon.

---

[306]     PayPal Chip and Tap Reader Guide Website.

[307]     RP457c Series Data Sheet, at 2.

799.    For example, for the RP457c, the "information on the reader's settings, firmware version are also available through software API."[308]

800.    As an additional example, the PayPal Chip and Tap Reader contains memory, including FLASH and SRAM memory integrated into a Kinetis MK21FX512VMC12 microprocessor, or its equivalent.

801.    The RP457c Readers contain a USB interface, audio jack data communications interface (on information and belief, an AHJ connector), and/or a Bluetooth communications interface configured to enable the transmission of communications between the RP457c Readers and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, a network communications interface, and a memory that contains a mobile application such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).[309]

802.    For example, The RP457c Readers feature "[t]hree connectivity options including audio jack, Bluetooth and USB, enabling versatile use cases."[310]

803.    For example, the RP457c includes, at least, a "Micro USB for . . . PC/USB OTG [On-the-Go] connection," an "[a]udio jack connector with reversible position," and Bluetooth 4.0 to connect to a terminal.

804.    The RP457c-BT includes a "Micro USB for . . . PC/USB OTG [On-the-Go] connection" and Bluetooth Low-Energy 4.0 to connect to a terminal.[311]

---

[308]    RP457 Usage Guide, *available at* https://usermanual.wiki/INGENICO/RP457 (last visited August 16, 2018).  This guide refers to the "RP457 series" and the "RP457c" interchangeably.

[309]    *See* RP457c Series Data Sheet, at 2.

[310]    *Id.* at 1.

[311]    *See id.*

805.     And the RP457c-USB includes a "Micro USB for . . . PC/USB OTG [On-the-Go] connection" to connect to a terminal.[312]

806.     Further, the Converge Mobile App, a Compatible Third-Party Mobile App, allows a user to connect a RP457c Reader to a terminal via audio jack data communications interface, Bluetooth, or both:



807.     As an additional example, the PayPal Chip and Tap Reader can be paired with a terminal using Bluetooth:

---

[312]     *See id.*

[313]     Converge Mobile User Guide – iOS, at 10–11.



808.    On information and belief, Ingenico Mobile Apps and Compatible Third-Party Mobile Apps are designed to be stored on and executed by a terminal and contain program code that is configured to affect the presentation of an interactive user interface on the terminal's output component.

809.    For example, the Ingenico ROAMpay X5 App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

314      *See* PayPal Chip and Tap Reader Guide Website.



315

810.   Additionally, the Converge Mobile App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

315   *ROAMpay X5—Getting Started— How do I login to ROAMpay X5 for the first time?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-login-to-roampay-x5-for-the-first-time/ (last visited August 16, 2018)/; *see generally* INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top level site for Ingenico Help Center).



811.    As an additional example, the PayPal Here App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:



---

316     Converge Mobile User Guide – iOS, at 35.

317     *See* PayPal Chip and Tap Reader Guide Website.

812.     On information and belief the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App runs program code that is configured to provide a communications node on the terminal to communicate with the RP457c Readers and to facilitate communications with RP457c Readers and with a communications network node, such as a network server (for example, Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers), through the terminal's network communication interface.

813.     For example, the Ingenico mPOS EMV SDK or similar firmware or software code provides or supports a communications node on the terminal to communicate with the RP457c Readers and to facilitate communications with the RP457c Readers and through the terminal's network communication interface with a communications network node such as an EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers:



---

318     mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

814.    For example, the Converge Mobile App is configured to make use of Bluetooth pairing of the RP457c Readers to the terminal:



815.    As an additional example, the PayPal Here App or POS Partner App is configured to make use of Bluetooth pairing of the PayPal Chip and Tap Reader to the terminal:



---

319     Converge Mobile User Guide – iOS.

816.    On information and belief, the RP457c Readers are configured to cause the terminal to execute program code contained in the Ingenico Mobile App or Compatible Third-Party Mobile App that is configured to affect the presentation of a Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface on the terminal (for example, to indicate that the a RP457c Reader has been paired with the terminal, or to display a message that the RP457c Reader requires an update to continue).

817.    For example, the RP457c Readers are configured to cause the Ingenico ROAMpay X5 App running on the terminal to present a symbol in the header of the ROAMpay X5 App's user interface to indicate that a RP457c Reader has been connected and is available for transactions, or to present a message to prompt the user to "Tap/Insert/Swipe [a] Card" in order to process a credit card transaction:



818.    By way of further example, on information and belief the RP457c Readers

include firmware that can be updated.[321]  The RP457c Readers are configured to cause the

---

[320]     *ROAMpay X5—Accepting Payments—How do I add/delete items to the cart?*, INGENICO
HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-adddelete-items-to-
the-cart/ (last visited August 16, 2018).

[321]     Moby/8500 Datasheet, at 2 ("The device comes preloaded with firmware and security
keys which can be remotely updated to help reduce total cost of ownership.").  *See also*,
Moby/8500 Press Release ("The Moby/8500 . . . provid[es] an off-the-shelf solution with
firmware . . . preloaded.").

Mobile App or Compatible Third-Party Mobile App running on the terminal to present a message to prompt the user to update the firmware when new firmware is available:



819.    By way of further example, The RP457c Readers are configured to cause the Converge Mobile App to present an interactive user interface when an RP457c Reader has been connected via the audio jack, allowing the user to choose to additionally connect via Bluetooth:

---

322    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).



820.    As an additional example, the PayPal Chip and Tap Reader is configured to cause

the presentation of a message on the interactive user interface of the PayPal Here App that the

PayPal Chip and Tap Reader has been connected and is available for transactions:



---

[323]    Converge Mobile User Guide – iOS.

821.    Further, the PayPal Chip and Tap Reader is also configured to cause the presentation of a message on the interactive user interface of the PayPal Here App that a firmware update is required:



822.    Further, on information and belief, the RP457c Readers are configured to execute program code stored on the RP457c Readers' memory that provides a communications node to coordinate with the communications node on the terminal, that establishes a communications link with the Ingenico Mobile App or Compatible Third-Party Mobile App running on a terminal, and that facilitates communications with the Ingenico Mobile App or Compatible Third-Party Mobile App running on a terminal and with a communications network node, such as a network server, through the terminal's network communication interface (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

823.    For example, the RP457c Readers (*i.e.* a portable device) are configured to interact with an Ingenico Mobile App or a Compatible Third-Party Mobile App running on an iOS or Android device (*i.e.* a terminal) using the Ingenico mPOS EMV SDK or similar firmware or software code:



824. For example, on information and belief, the RP457c Readers store program code to be executed by the RP457c Readers' processor that is configured to make use of Bluetooth pairing of the RP457c Readers to the terminal:

---

324      mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).



825.    Further, the RP457c Readers are configured to facilitate communications sent to a network server through the terminal's network interface by an Ingenico Mobile App or Compatible Third-Party Mobile App using the Ingenico mPOS EMV SDK or similar firmware or software code:

---

[325]    Converge Mobile User Guide – iOS.



826.    As an additional example, the PayPal Chip and Tap Reader stores program code

to be executed by the PayPal Chip and Tap Reader's that is configured to make use of Bluetooth

pairing of the PayPal Chip and Tap Reader to the terminal:



---

326    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).

827.    On information and belief, the RP457c Readers are configured to execute program code stored in the RP457c Readers' memory in response to a communication resulting from user interaction with the Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface, which is configured to cause a communication to be transmitted to a communications network node such as a network server (for example, to provide data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to download a firmware update).

828.    For example, the Converge Mobile App's user interface allows the user to finalize the charge amount and initiate a credit or debit transaction by pressing the "credit" or "debit" button:



327

---

327     Converge Mobile User Guide – iOS, at 35.

829.    The Converge Mobile App's user interface then presents a "processing" screen that instructs the user to "[p]lease enter card":



830.    On information and belief, after the user initiates the transaction by pressing the "credit" or "debit" button on the Converge Mobile App's user interface the iCMP executes program code to accept an insertion, swipe, or tap of the payment card, which causes the Converge Mobile App running on the terminal to "send a request to authorize the card and process the transaction"[329]:

---

[328]    *Id.* at 35.

[329]    *Id.* at 31.



831.    Finally, once the transaction is complete, the Converge Mobile App's user interface presents a "Sale Complete" screen, indicating that the transaction has been successfully completed and allowing the user to choose how to send a receipt:

---

330      *Id.* at 38.



831. In addition, for example, on information and belief, the RP457c Readers' memory stores program code to be executed by the RP457c Readers' processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-Party Mobile App's user interface to remotely update the firmware.

833. The RP457c Readers "must be paired via Bluetooth before performing Remote Firmware Update."[332]

834. Further, a user can "check for updates at any time" for a connected reader by "[n]avigat[ing] to the settings menu, and click[ing] on Bluetooth Readers" and "Check for

---

[331]    *Id.*

[332]    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, Ingenico Help Center, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

Updates," in response to which the RP457c Readers' processor executes program code that is configured to cause a communication to be transmitted to a communications network to check for an available firmware update:



835.    For example, after logging into the ROAMpay X5 App on the terminal, if the RP457c Readers require an update, a user is presented with a prompt to "Remind Later" or to "Update Now":

---

333    *Id.*



836.    As an additional example, on information and belief, the PayPal Here App's user

interface allows the user to enter the charge amount and to initiate the transaction by pressing the

"charge" button, in response to which the PayPal Chip and Tap Reader's processor executes

program code that is configured to collect payment information and to cause a communication to

be transmitted to a communications network to process the transaction:

---

[334]    *Id.*



837.    Further, on information and belief, the PayPal Here App's user interface also allows the user to initiate a firmware update by pressing the "update" button, in response to which the PayPal Chip and Tap Reader's processor executes program code that is configured to cause a communication to be transmitted to a communications network to download the firmware update:



838.    On information and belief, the RP457c Readers are configured to facilitate communications  through the network communications interface on the terminal running the Ingenico Mobile App or Compatible Third-Party Mobile App to a communications network node such as a network server (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

839.    For example, the RP457c Readers facilitate communication of payment data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments:



335

840.    In addition, the RP457c Readers facilitate communication of firmware data to the terminal running the ROAMpay X5 App and through the terminal's network interface and to an Ingenico server to check for and request available firmware updates:

---

335    *Id.*



336  *Id.*



841.    As an additional example, the PayPal Chip and Tap Reader facilitates

communication of payment data to the terminal and to PayPal's secure financial transaction

servers to process payments:



---

337    *Id.*

294

842.    On information and belief, multiple Ingenico products incorporate or are designed to incorporate a RP457c Reader and therefore use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

**Direct Infringement: Ingenico's Mobile Solutions System Utilizing the iCMP and Similar Products**

843.    On information and belief, the iCMP and Similar Products, use substantially similar software, firmware, hardware, and server infrastructure, operate in substantially the same way for purposes of infringement, and thus infringe in a substantially similar manner.

844.    For example, the iCMP and Similar Products are a part of Ingenico's line of Mobile Smart Terminals, all of which "run on [Ingenico's] Telium 2 platform."[338]

845.    The iCMP and Similar Products are portable devices.

846.    For example, Ingenico markets the iCMP as is a "mobile point of sale solution" that allows users to "[t]urn your smartphone or tablet into a secure mobile point of sale solution" and "accept payment[s] on-the-go":

---

[338]    *See, e.g.*, *Mobile Smart Terminals*, INGENICO MOBILE SOLUTIONS https://ingenico.us/mobile-solutions#mobile-smart-terminals (last visited August 16, 2018).



339

847.    On information and belief, the iCMP and Similar Products contain a processor.

848.    For example, the iCMP contains a "RISC 32-bits [*sic*] ARM9 processor" or its equivalent.[340]

849.    On information and belief, the iCMP and Similar Products and/or the included ARM9 processor or its equivalent contain memory, including both volatile and non-volatile memory having executable program code stored thereon.

850.    For example, the iCMP contains "SDRAM: 16/32 Mb" and "Flash: 128 Mb" that is used to store the executable program code for the Telium 2 operating system.[341]

851.    The iCMP and Similar Products contain an external communication interface configured to enable the transmission of communications between the iCMP and Similar Products and a terminal (for example, an Apple iOS or Android device having a processor, an input component such as a touchscreen sensor, an output component such as a display, a network

---

[339]    iCMP Data Sheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/datasheets/icmp-datasheet.pdf (last visited August 16, 2018).

[340]    *Id.* at 2.

[341]    *Id.*

communications interface, and a memory that contains a mobile application such as an Ingenico Mobile App or a Compatible Third-Party Mobile App).

852. For example, the iCMP supports "Bluetooth class II with 128-bit encryption" and "Micro-USB AB."[342] The iCMP uses Bluetooth to "pair" with the terminal, or connects to the terminal via USB.

853. On information and belief, Ingenico Mobile Apps and Compatible Third-Party Mobile Apps are designed to be stored on and executed by a terminal and contain program code that is configured to affect the presentation of an interactive user interface on the terminal's output component.

854. For example, the Ingenico ROAMpay X5 App is program code designed to be stored on and executed by an Apple iOS or Android device (*i.e.*, a terminal) and that is configured to present an interactive user interface on the terminal display:

---

342       *Id.*



855.     On information and belief the terminal running the Ingenico Mobile App or

Compatible Third-Party Mobile App runs program code that is configured to provide a

communications node on the terminal to communicate with the iCMP and Similar Products and

to facilitate communications with the iCMP and Similar Products and with a communications

network node, such as a network server (for example, Ingenico's, a Processor's, or a Credit Card

Brand's secure financial transaction servers), through the terminal's network communication

interface.

---

343     *ROAMpay X5—Getting Started— How do I login to ROAMpay X5 for the first time?*,
INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-login-to-
roampay-x5-for-the-first-time/ (last visited August 16, 2018)/; *see generally* INGENICO HELP
CENTER, https://mobile-solutions.ingenico.com/helpcenter/ (last visited August 16, 2018) (top
level site for Ingenico Help Center).

856.    For example, the Ingenico mPOS EMV SDK or similar firmware or software code provides or supports a communications node on the terminal to communicate with the iCMP and Similar Products and to facilitate communications with the iCMP and Similar Products and through the terminal's network communication interface with a communications network node such as an EMV Gateway or Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers:



857.    For example, the ROAMpay X5 App is configured to make use of Bluetooth pairing of the iCMP and Similar Products to the terminal:

---

344    mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).



858.    On information and belief, the iCMP and Similar Products are configured to cause the terminal to execute program code contained in the Ingenico Mobile App or Compatible Third-Party Mobile App that is configured to affect the presentation of a Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface on the terminal (for example, to indicate that the a iCMP and Similar Product has been paired with the terminal, or to display a message that the iCMP and Similar Product requires an update to continue).

---

345    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).

859.    For example, the iCMP is configured to causes the Ingenico ROAMpay X5 App running on the terminal to present a message to prompt the user to "Tap/Insert/Swipe [a] Card" in order to process a credit card transaction:



860.    Also, on information and belief, the Telium 2 operating system on the iCMP can be updated.  The iCMP causes the Mobile App or Compatible Third-Party Mobile App running

---

346     *ROAMpay X5—Accepting Payments—How do I add/delete items to the cart?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-adddelete-items-to-the-cart/ (last visited August 16, 2018).

on the terminal to present a message to prompt the user to update the firmware when new

firmware is available:



861.    By way of further example, the Converge Mobile App, a Compatible Third-Party

Mobile App, presents a PIN entry screen in order to pair an iCMP via Bluetooth, and then

presents a message to indicate that the iCMP has been connected and is available for

transactions.

---

347    *Remote Firmware Update—Checking & Updating Firmware— How to Check if Reader Requires Firmware Update*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/uncategorized/how-to-check-if-reader-requires-firmware-update/ (last visited August 16, 2018).



862.    Further, on information and belief, the iCMP and Similar Products are configured to execute program code stored on the iCMP and Similar Products' memory that provides a communications node to coordinate with the communications node on the terminal, that establishes a communications link with the Ingenico Mobile App or Compatible Third-Party Mobile App running on a terminal, and that facilitates communications with the Ingenico Mobile App or Compatible Third-Party Mobile App running on a terminal and with a communications network node, such as a network server, through the terminal's network communication interface (for example, to facilitate communication of data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to request firmware updates).

---

348     *See* Converge Mobile User Guide – iOS, *available at* https://elavonconverge.blob.core.windows.net/concon/ConvergeMobileUserGuideIOS.pdf (last visited August 16, 2018).

863.    For example, on information and belief, the iCMP stores program code to be executed by the iCMP's processor that is configured to make use of Bluetooth pairing of the iCMP to the terminal:



864.    Further, the iCMP and Similar Products (*i.e.* a portable device) are configured to facilitate communications sent to a network server through the terminal's network interface by an Ingenico Mobile App or Compatible Third-Party Mobile App using the Ingenico mPOS EMV SDK or similar firmware or software code:

---

349    *See* Converge Mobile User Guide – iOS, *available at* https://elavonconverge.blob.core.windows.net/concon/ConvergeMobileUserGuideIOS.pdf (last visited August 16, 2018).



865.    On information and belief, the iCMP and Similar Products are configured to execute program code stored in the iCMP and Similar Products' memory in response to a communication resulting from user interaction with the Ingenico Mobile App or Compatible Third-Party Mobile App's interactive user interface, which is configured to cause a communication to be transmitted to a communications network node such as a network server (for example, to provide data to the terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile App, or to download a firmware update).

866.    For example, the Converge Mobile App's user interface allows the user to finalize the charge amount and initiate a credit or debit transaction by pressing the "credit" or "debit" button:

---

350     mPOS EMV SDK Datasheet, *available at* https://ingenico.us/binaries/content/assets/us-website/library/brochures/mpos-emv-sdk-solution-sheet.pdf (last visited August 16, 2018).



867.    The Converge Mobile App's user interface then presents a "processing" screen that instructs the user to "[p]lease enter card":

---

351    Converge Mobile User Guide – iOS, at 29, *available at* https://elavonconverge.blob.core.windows.net/concon/ConvergeMobileUserGuideIOS.pdf (last visited August 16, 2018).



352

868.    On information and belief, after the user initiates the transaction by pressing the "credit" or "debit" button on the Converge Mobile App's user interface the iCMP executes program code to accept an insertion, swipe, or tap of the payment card, which causes the Converge Mobile App running on the terminal to "send a request to authorize the card and process the transaction"[353]:

---

352     *Id.* at

353     *Id.* at 31.



869.    Finally, once the transaction is complete, the Converge Mobile App's user interface presents a "Sale Complete" screen, indicating that the transaction has been successfully completed and allowing the user to choose how to send a receipt:

---

[354]    *Id.*



355

870.    In addition, for example, on information and belief the iCMP and Similar

Products' memory stores program code to be executed by the iCMP and Similar Products'

processor in response to user interaction with an Ingenico Mobile App's or Compatible Third-

Party Mobile App's user interface to remotely update the firmware.

871.    For example, an iCMP that is paired with a terminal running the ShopKeep App,

on information and belief a Compatible Third-Party Mobile App, can update its firmware.[356]

872.    After pairing an iCMP with a terminal running the ShopKeep App or logging into

the ShopKeep App while an iCMP is paired, the iCMP will report its firmware version to the

---

[355]    *Id.*

[356]    *See, e.g.*, *iCMP Credit Card Reader Troubleshooting*, SHOPKEEP.COM,
https://www.shopkeep.com/support/troubleshooting/icmp-credit-card-reader-troubleshooting
(last visited August 16, 2018).

terminal.  If the iCMP requires an update, a user is presented with a prompt for a "Card Reader

Firmware Update":



357

873.    Further, if the user presses the "Update Now" or "Update Device" button in the

ShopKeep App, the iCMP will download and install the update:

---

357    *Id.*



874.     On information and belief, the iCMP and Similar Products are configured to

facilitate communications  through the network communications interface on the terminal

running the Ingenico Mobile App or Compatible Third-Party Mobile App to a communications

network node such as a network server (for example, to facilitate communication of data to the

terminal and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction

servers to process payments using the Ingenico Mobile App or Compatible Third-Party Mobile

App, or to request firmware updates).

875.     For example, the iCMP and Similar Products facilitate communication of

payment data to the terminal running the ROAMpay X5 App and through the terminal's network

---

358      *Id.*

interface and to Ingenico's, a Processor's, or a Credit Card Brand's secure financial transaction

servers to process payments:



876.    In addition, the iCMP and Similar Products facilitate communication of firmware

data to the terminal and to an Ingenico server to check for and request available firmware

updates:

---

359    *ROAMpay x5—Performing Different Types of Transactions—How do I accept contactless payments?*, INGENICO HELP CENTER, https://mobile-solutions.ingenico.com/help-center/how-do-i-accept-contactless-payments/ (last visited August 16, 2018).



360

877.    By infringing the '703 Patent, Ingenico has caused and will continue to cause Counterclaim Plaintiff to suffer damages in an amount to be determined at trial *i.e.* in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with pre-judgment and post-judgment interest thereon.

878.    Counterclaim Plaintiff has no adequate remedy at law against Ingenico's acts of infringement, and unless Ingenico is permanently enjoined from infringing the '703 Patent, Counterclaim Plaintiff will suffer irreparable harm.

879.    To the extent that Counterclaim Defendants have continued or continue to make, have made, use, import, sell, or offer for sale products or services that infringe the '703 Patent following their awareness of the '703 Patent, Ingenico's infringement is willful and entitles IOENGINE to an award of enhanced damages pursuant to 35 U.S.C. § 284 and attorneys' fees pursuant to 35 U.S.C. § 285.

**COUNTERCLAIM COUNT VI**
**(INDIRECT INFRINGEMENT OF THE '703 PATENT)**

880.    IOENGINE repeats, re-alleges, and incorporates by reference paragraphs 274 to 879 as if fully set forth herein.

---

360     *Id.*

881.   On information and belief, Ingenico has infringed and continues to infringe indirectly by way of inducement and contributory infringement, literally and/or under the doctrine of equivalents, in violation of 35 U.S.C. § 271, one or more claims of the '703 Patent by performing, without authority, one or more of the following acts: making, having made, using, importing, selling, and offering for sale in the United States one or more products or services that embody the invention claimed in the '703 Patent, including but not limited to the Ingenico Infringing Products, and encouraging and instructing its customers and other third parties to make and use the Ingenico Infringing Products in a manner that infringes the '703 Patent.

882.   Since at least after receiving an indemnity request from PayPal regarding the PayPal Complaint filed by IOENGINE in this District,[361] Counterclaim Defendants have knowingly contributed to the infringement of and induced infringement of, and continue to knowingly contribute to the infringement of and induce infringement of, one or more claims of the '703 Patent with specific intent that the Ingenico Infringing Products be used by its customers and other third parties to directly infringe the '703 Patent, which products constitute a material part of the invention and are not staple articles or commodities of commerce suitable for substantial non-infringing use.

883.   Counterclaim Defendants instruct and encourage their customers and third parties to use the Ingenico Infringing Products in a manner that infringes at least Claim 104 of the '703 Patent.

884.   For example, Counterclaim Defendants provide software development kits, including the mPOS EMV SDK, that allow, instruct, and encourage customers and third parties

---

[361]   Compl. (D.I. 1) ¶ 9 ("The Customer Suit has triggered an indemnity request by PayPal to Ingenico.").

to "integrate EMV payment acceptance into your innovative mobile apps" using the Ingenico Infringing Products.[362]

885.    Counterclaim Defendants further provide information and technical support on their website (*available at* https://ingenico.us/mobile-solutions) that instructs and encourages customers and third parties on how to use the Ingenico Infringing Products.

886.    Counterclaim Defendants further provide additional documents, information and technical support directly and through third-party platforms such as YouTube channels, including videos, demonstrations, user manuals, technical documentation, and other information, that instructs and encourages customers and third parties on how to use the Ingenico Infringing Products.

887.    In each case, the information and materials provided by Ingenico contain detailed descriptions and instructions for using and implementing the functionality claimed in at least Claim 104 of the '703 Patent including, at least, card reader device setup, processing chip card ("EMV") card payments, processing magnetic stripe card payments, processing contactless payments, and processing refunds.

888.    The Ingenico Infringing Mobile Products are specifically designed to infringe the'703 Patent by engaging in card reader device setup, processing chip card ("EMV") card payments, processing magnetic stripe card payments, processing contactless payments, processing refunds, and processing firmware updates, and have no substantial non-infringing uses.

---

[362]    *See, e.g.*, *mPOS EMV SDK*, INGENICO MOBILE SOLUTIONS, https://ingenico.us/mobile-solutions/mpos-emv-sdk (last visited August 16, 2018).

## PRAYER FOR RELIEF

WHEREFORE, Counterclaim Plaintiff prays for judgment on its

Counterclaims as follows:

889.    That the Court dismiss Plaintiff Ingenico Inc.'s Complaint for Declaratory

Judgment of Non-Infringement in its entirety, with prejudice, and find that Plaintiff Ingenico Inc.

take noting by way of its Complaint for Declaratory Judgment of Non-Infringement;

890.    That the Court enter a judgment denying any award to Ingenico Inc. for interest,

costs, or attorneys' fees;

891.    That the Court declare that this case is exceptional under 35 U.S.C. § 285 and

award IOENGINE their attorneys' fees, costs, and expenses incurred in this action;

892.    That the Court enter judgment in favor of Counterclaim Plaintiff IOENGINE and

against Counterclaim Defendants for infringement, either literally and/or under the doctrine of

equivalents, of one or more claims of each of the Patents-in-Suit;

893.    That the Court enter a permanent injunction enjoining Counterclaim Defendants

and their affiliated entities, officers, agents, servants, employees, and those persons in active

concert or participation with them who receive actual notice thereof, from directly or indirectly

infringing, inducing the infringement of, or contributing to the infringement of each of the

Patents-in-Suit;

894.    That the Court award to Counterclaim Plaintiff IOENGINE compensatory

damages arising out of Counterclaim Defendants' infringement, including damages for any

continuing post-verdict infringement up until entry of the final judgment and enhanced damages

for Counterclaim Defendants' willful infringement, together with pre-judgment and post-

judgment interest thereon;

895.     That the Court enter an order for an accounting for future sales by Counterclaim Defendants and an award to Counterclaim Plaintiff IOENGINE of compensatory damages arising out of Counterclaim Defendants' ongoing infringement and enhanced damages for Counterclaim Defendants' willful ongoing infringement; and

896.     That the Court award IOENGINE its costs and attorneys' fees, and any and all other relief to which IOENGINE or may show itself to be entitled; and

897.     That the Court award IOENGINE any other relief the Court may deem just, equitable, and proper.

## **DEMAND FOR JURY TRIAL**

898.     In accordance with Rule 38 of the Federal Rules of Civil Procedure, Defendant and Counterclaim Plaintiff IOENGINE demands a trial by jury on all issues so triable.

DATED: August 17, 2018

SMITH, KATZENSTEIN & JENKINS, LLP

*/s/ Eve H. Ormerod*
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, Delaware 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

OF COUNSEL:

Noah M. Leibowitz
Gregory T. Chuebon
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
noah.leibowitz@dechert.com
greg.chuebon@dechert.com

Derek J. Brader
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-2437
derek.brader@dechert.com

*Counsel for Defendant and Counterclaim Plaintiff IOENGINE, LLC*