# APPENDIX A

## List of Claim Terms[1]

| Term Number | Claim Term(s) | IOENGINE, LLC's Proposed Construction | PayPal's Proposed Construction | Ingenico's Proposed Construction |
|---|---|---|---|---|
| Term No. 1 | "interactive user interface" (all asserted claims) | **Proposed Construction:**<br><br>"a presentation containing interface elements with which a user may interact to result in the terminal taking action responsively by modifying what is presented" | **Proposed Construction:**<br><br>"a display in response to which a user may interact using an input component" | **Proposed Construction:**<br><br>"A presentation with which a user may interact to result in the computer taking action responsively." |
| Term No. 2 | (A) "cause a communication to be sent through the terminal network interface to a communications network node" ('047 Patent, Claims 1 and 24)<br><br>(B) "communicate through the terminal network interface with the communications network node" ('047 Patent, Claim 1)<br><br>(C) "communications . . . to a communications network node through the terminal network communication interface" ('969 Patent, Claim 1; '703 Patent, Claims 55, 93, and 104) | **Proposed Construction:**<br><br>(A) "cause a communication to be sent through the terminal's network interface to a communications network node, without the terminal having access to information being communicated"<br><br>(B) "communicate through the terminal's network interface with the communications network node, without the terminal having access to information being communicated"<br><br>(C) "communications . . . sent through the terminal's network interface to a communications network node, without the terminal having access to information being | **Proposed Construction:**<br><br>Plain and ordinary meaning / no construction required. If construed, "through" means "by way of." | **Proposed Construction:**<br><br>(A)-(E) Plain and ordinary meaning, no construction required. |

---

[1] *See IOENGINE, LLC v. PayPal Holdings, Inc.*, C.A. No. 18-452-WCB, D.I. 86 (D. Del.); *Ingenico Inc. v. IOENGINE, LLC*, C.A. No. 18-826-WCB, D.I. 98 (D. Del.).

| Term Number | Claim Term(s) | IOENGINE, LLC's Proposed Construction | PayPal's Proposed Construction | Ingenico's Proposed Construction |
|---|---|---|---|---|
| | (D) "communications through the communication node on the terminal and the terminal network interface to a communications network node" ('969 Patent, Claim 1)<br><br>(E) "communications through the terminal network communication interface to a communications network node" ('703 Patent, Claims 55, 93, and 104) | communicated"<br><br>(D) "communications through the communication node on the terminal and through the terminal's network interface to a communications network node, without the terminal having access to information being communicated"<br><br>(E) "communications sent through the terminal's network interface to a communications network node, without the terminal having access to information being communicated" | | |
| Term No. 3 | (A) "second program code which, when executed, enables the portable device to (i) receive a communication resulting from user interaction with the interactive user interface" ('047 Patent, Claim 1)<br><br>(B) "second program code stored on the portable device memory to enable the portable device to (i) receive a communication resulting from user interaction with the interactive user interface" ('047 Patent, Claim 24) | **Proposed Construction:**<br><br>(A) "second program code which, when executed, enables the portable device to (i) receive a communication from the terminal resulting from user interaction with the interactive user interface on the terminal"<br><br>(B) "second program code stored on the portable device memory to enable the portable device to (i) receive a communication from the terminal resulting from user interaction with the interactive user interface on the terminal" | **Proposed Construction:**<br><br>Plain and ordinary meaning / no construction required. | **Proposed Construction:**<br><br>(A) "second program code which, when executed, makes the portable device capable to (i) receive a communication resulting from user interaction with the interactive user interface …"<br><br>(B) "second program code stored on the portable device memory to make the portable device capable to (i) receive a communication resulting from user interaction with the interactive user interface …" |

| Term Number | Claim Term(s) | IOENGINE, LLC's Proposed Construction | PayPal's Proposed Construction | Ingenico's Proposed Construction |
|---|---|---|---|---|
| | (C) "third program code which, when executed by the portable device processor in response to a communication resulting from user interaction with the interactive user interface" ('047 Patent, Claim 1)<br><br>(D) "executing third processing code stored on the portable device memory in response to a communication resulting from user interaction with the interactive user interface" ('047 Patent, Claim 24)<br><br>(E) "fourth program code which is configured to be executed by the portable device processor in response to a communication received by the portable device resulting from user interaction with the interactive user interface" ('969 Patent, Claim 1)<br><br>(F) "executing, in response to a communication received | (C) "third program code which, when executed by the portable device processor in response to a communication to the portable device from the terminal resulting from user interaction with the interactive user interface on the terminal"<br><br>(D) "executing third processing code stored on the portable device memory in response to a communication to the portable device from the terminal resulting from user interaction with the interactive user interface on the terminal"<br><br>(E) "fourth program code which is configured to be executed by the portable device processor in response to a communication received by the portable device from the terminal resulting from user interaction with the interactive user interface on the terminal"<br><br>(F) "executing, in response to a communication received by the portable device from the terminal resulting from user interaction with the interactive user interface on the terminal, fourth program code" | | (C) Plain and ordinary meaning / no construction required.<br><br>(D) Plain and ordinary meaning / no construction required.<br><br>(E) Plain and ordinary meaning / no construction required.<br><br>(F) Plain and ordinary meaning / no construction required.<br><br>(G) Plain and ordinary meaning / no construction required. |

| Term Number | Claim Term(s) | IOENGINE, LLC's Proposed Construction | PayPal's Proposed Construction | Ingenico's Proposed Construction |
|---|---|---|---|---|
| | by the portable device resulting from user interaction with the interactive user interface, fourth program code" ('703 Patent, Claims 55 and 93)<br><br>(G) "execute fourth program code stored on the portable device memory in response to a communication received by the portable device resulting from user interaction with the interactive user interface" ('703 Patent, Claim 104) | (G) "execute fourth program code stored on the portable device memory in response to a communication received by the portable device from the terminal resulting from user interaction with the interactive user interface on the terminal" | | |
| Term No. 4 | "memory"  (All asserted Independent claims) | **Proposed Construction:**<br><br>Plain and ordinary meaning / No Construction Needed | <u>Not proposed for construction in the *PayPal* matter</u> | **Proposed Construction:**<br><br>"Includes all of the memory components found in the device. (Includes RAM, ROM and any storage device, which may include flash memory, micro hard drives, and/or the like)." |
| Term No. 5 | "communications network" ('047 Patent, Claim 12) | **Proposed Construction:**<br><br>Plain and ordinary meaning / No Construction Needed | <u>Not proposed for construction in the *PayPal* matter</u> | **Proposed Construction:**<br><br>"A communications network may be any one and/or the combination of the following: a direct interconnection; the Internet; a Local Area Network (LAN); a Metropolitan Area |

| Term Number | Claim Term(s) | IOENGINE, LLC's Proposed Construction | PayPal's Proposed Construction | Ingenico's Proposed Construction |
|---|---|---|---|---|
| | | | | Network (MAN); an Operating Missions as Nodes on the Internet (OMNI); a secured custom connection; a Wide Area Network (WAN); a wireless network (e.g., employing protocols such as, but not limited to a Wireless Application Protocol (WAP), I-mode, and/or the like); a high speed LAN; a fiber-channel; and/or the like." |
| Term No. 6 | "node"  (All asserted Independent claims) | **Proposed Construction:**<br><br>Plain and ordinary meaning / No Construction Needed | Not proposed for construction in the *PayPal* matter | **Proposed Construction:**<br><br>"A computer, other device, software or combination thereof that facilitates, processes information and requests, and/or furthers the passage of information from a source user to a destination user." |
| Term No. 7 | (A) first program code" (all asserted claims)<br>(B) "second program code" (all asserted claims)<br>(C) "third program code" ('047 Patent Claim 1; '969 Patent Claim 1; '703 Patent Claims 55, 93, and 104)<br>(D) "third processing code" ('047 Patent Claim 24)<br>(E) "fourth program code" | **Proposed Construction**<br><br>Plain and ordinary meaning / No Construction Needed | **Proposed Construction:**<br><br>(A)-(E) "part or all of one or more program code files, which may also comprise part or all of other numbered codes" | **Proposed Construction:**<br><br>(A)-(E) Plain and ordinary meaning / no construction required. |

| Term Number | Claim Term(s) | IOENGINE, LLC's Proposed Construction | PayPal's Proposed Construction | Ingenico's Proposed Construction |
|---|---|---|---|---|
| | ('969 Patent Claim 1; '703 Patent Claims 55, 93, and 104) | | | |
| Term No. 8 | (A) "A portable device, comprising . . . third program code which, when executed by the portable device processor in response to a communication resulting from user interaction with the interactive user interface" ('047 Patent, Claim 1)<br><br>(B) "A portable device . . . comprising . . . fourth program code which is configured to be executed by the portable device processor in response to a communication received by the portable device resulting from user interaction with the interactive user interface" ('969 Patent, Claim 1)<br><br>(C) "A system . . . comprising . . . [a] portable device configured to . . . execute fourth program code stored on the portable device memory in response to a communication received by | **Proposed Construction**<br><br>No Construction Needed / Not Indefinite | **Proposed Construction:**<br><br>Claim 1 of the '047 Patent, Claim 1 of the '969 Patent and Claim 104 of the '703 Patent are indefinite, and thus invalid, because they impermissibly claim both an apparatus and a method. | **Proposed Construction:**<br><br>(A)-(C) Plain and ordinary meaning / no construction required. |

| Term Number | Claim Term(s) | IOENGINE, LLC's Proposed Construction | PayPal's Proposed Construction | Ingenico's Proposed Construction |
|---|---|---|---|---|
| | the portable device resulting from user interaction with the interactive user interface" ('703 Patent, Claim 104) | | | |