IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENICO INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>IOENGINE, LLC,<br><br>      Defendant. | C.A. No. 18-826-WCB |
| IOENGINE, LLC,<br><br>      Counterclaim Plaintiff,<br><br>      v.<br><br>INGENICO INC., INGENICO CORP., and INGENICO GROUP S.A.,<br><br>      Counterclaim Defendants. | |

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to D. Del. L.R. 7.1.1, counsel for Plaintiffs/Counterclaim Defendants Ingenico Inc., Ingenico Corp. and Ingenico Group S.A. (together, "Ingenico") certify that they have made reasonable efforts to reach agreement with Defendant/Counterclaim Plaintiff IOENGINE, LLC with respect to Ingenico's Motion Requesting Issuance of a Letter of Request for International Judicial Assistance Pursuant to the Hague Evidence Convention (the "Motion"). Counsel for IOENGINE has stated that, although IOENGINE does not oppose the issuance of a Letter of Request, IOENGINE opposes the Motion as it relates to the scope of discovery sought and may file an opposition accordingly.

RLF1 24737323v.1

| | |
|---|---|
| OF COUNSEL:<br><br>Kerry L. Timbers<br>Sharona H. Sternberg<br>Sunstein LLP<br>100 High Street<br>Boston, MA 02110<br>(617) 443-9292<br>ktimbers@sunsteinlaw.com<br>ssternberg@sunsteinlaw.com<br><br>Dated:  February 2, 2021 | */s/ Frederick L. Cottrell, III*<br>Frederick L. Cottrell, III  (#2555)<br>Christine D. Haynes (#4697)<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7508<br>cottrell@rlf.com<br>Haynes@rlf.com<br><br>*Attorneys for Plaintiff and Counterclaim Defendants* |