IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PAYPAL HOLDINGS, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 18-452-WCB |
| INGENICO INC.,<br><br>    Plaintiff,<br><br>v.<br><br>IOENGINE, LLC,<br><br>    Defendant. | C.A. No. 18-826-WCB |
| IOENGINE, LLC,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>INGENICO, INC., INGENICO CORP., and INGENICO GROUP S.A.,<br><br>    Counterclaim Defendants. | |

**JOINT *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF DR. STEC**

PayPal Holding, Inc. ("PayPal") and Ingenico, Inc., Ingenico Corp., and Ingenico Group S.A. (collectively, "Ingenico" and together with PayPal, "Defendants") respectfully move for an order excluding the testimony of Dr. Jeffrey A. Stec for failure to apportion, improper reliance on

a non-comparable license, and improper reliance on jury verdicts.[1]  The grounds for this motion are set forth in PayPal and Ingenico's Opening Brief in Support of Their Motions for Summary Judgment and Daubert Motions filed contemporaneously herewith.

| RICHARDS, LAYTON & FINGER, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Frederick L. Cottrell, III* | */s/ Brian P. Egan* |
| Frederick L. Cottrell, III (#2555)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7508<br>cottrell@rlf.com<br>haynes@rlf.com | Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>began@morrisnichols.com |
| *Attorneys for Plaintiff Ingenico Inc., Counterclaim Defendants Ingenico Corp. and Ingenico Group S.A* | *Attorneys for Defendant/Counterclaim Plaintiff PayPal Holdings, Inc.* |
| OF COUNSEL:<br><br>Kerry L. Timbers<br>Sharona H. Sternberg<br>SUNSTEIN LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 443-9292 | OF COUNSEL:<br><br>Jared Bobrow<br>Travis Jenson<br>ORRICK, HERRINGTON<br>   & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>(650) 614-7400<br><br>Alyssa Caridis<br>ORRICK, HERRINGTON<br>   & SUTCLIFFE LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017<br>(213) 612-2372 |

February 18, 2022

---

[1] Counsel for Defendants certify pursuant to D. Del. L.R. 7.1.1 that reasonable efforts were made to reach agreement with Counsel for IOENGINE.  IOENGINE has stated that it will oppose this Motion.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>PAYPAL HOLDINGS, INC.,<br><br>    Defendant/Counterclaim Plaintiff. | C.A. No. 18-452-WCB |
| INGENICO INC.,<br><br>    Plaintiff,<br><br>v.<br><br>IOENGINE, LLC,<br><br>    Defendant.  | C.A. No. 18-826-WCB |
| IOENGINE, LLC,<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>INGENICO, INC., INGENICO CORP., and INGENICO GROUP S.A.,<br><br>    Counterclaim Defendants. | |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Joint Motion to Exclude the Testimony of Dr. Stec, as well as submissions related thereto;

IT IS HEREBY ORDERED this ___ day of February, 2022 that the Motion is Granted. Dr. Stec's testimony is excluded for failure to apportion, improper reliance on a non-comparable license, and improper reliance on jury verdicts.

_____<br>
The Honorable William C. Bryson

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 18, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>SMITH, KATZENSTEIN & JENKINS, LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Noah M. Leibowitz, Esquire<br>Gregory T. Chuebon, Esquire<br>DECHERT LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY  10036-6797<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Derek J. Brader, Esquire<br>Luke M. Reilly, Esquire<br>Michael A. Fisher, Esquire<br>Judah Bellin, Esquire<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA  19104-2808<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael H. Joshi, Esquire<br>DECHERT LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 650<br>Palo Alto, CA  94306<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Brian P. Egan*
_____
Brian P. Egan (#6227)