# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC<br><br>  Plaintiff/Counterclaim Defendant,<br><br>  v.<br><br>PAYPAL HOLDINGS, INC.,<br><br>  Defendant/Counterclaim Plaintiff. | C.A. No. 18-452-WCB<br><br>**Original Version: March 30, 2022**<br>**Public Version: April 8, 2022** |
| INGENICO INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>IOENGINE, LLC,<br><br>  Defendant. | C.A. No. 18-826-WCB<br><br>JURY TRIAL DEMANDED<br><br>**Original Version: March 30, 2022**<br>**Public Version: April 8, 2022** |
| IOENGINE, LLC,<br><br>  Counterclaim Plaintiff,<br><br>  v.<br><br>INGENICO, INC., INGENICO CORP., and INGENICO GROUP S.A.,<br><br>  Counterclaim Defendants. | |

**IOENGINE, LLC'S WITNESS LIST, ADDITIONAL EXHIBITS LIST, AND ADDITIONAL DEPOSITION DESIGNATIONS FOR THE APRIL 6, 2022 EVIDENTIARY HEARING ON PAYPAL'S MOTION FOR SPOLIATION SANCTIONS**

Pursuant to the Court's Order regarding the April 6, 2022, evidentiary hearing on

Defendants PayPal Holdings, Inc.'s ("PayPal's") Motion for Spoliation Sanctions, 18-452-WCB

D.I. 414, IOENGINE, LLC ("IOENGINE") hereby provides its lists of witnesses, additional

exhibits, and additional deposition designations.

## IOENGINE'S WITNESS LIST

IOENGINE will call Mr. Scott McNulty as a live witness and Mrs. Lori McNulty, Mr. Edwin Carlson and Dr. Vijay Madisetti by deposition.

## IOENGINE'S LIST OF ADDITIONAL EXHIBITS

In addition to the exhibits the parties submitted in connection with IOENGINE's Answering Brief in Opposition and Surreply to PayPal's Motion for Spoliation Sanctions, D.I. 374 and D.I. 383-2, IOENGINE designates the following additional exhibits for use at the April 6, 2022 hearing:

| Exhibit No. | Description |
| --- | --- |
| HH | IOENGINE014555 - Metadata |
| II | IOENGINE014556 – Metadata |
| JJ | IOENGINE014558 - Metadata |
| KK | IOENGINE014557 - Metadata |

Copies of these additional exhibits are being submitted herewith.

## IOENGINE'S ADDITIONAL DEPOSITION DESIGNATIONS

IOENGINE provides the following list of additional deposition designations:

| Deposition of Vijay Madisetti, November 9, 2016 (IOENGINE011689) |
| --- |
| o  44:10-45:4<br>o  64:5-19<br>o  65:13-20<br>o  72:23-73:14<br>o  73:22-74:13<br>o  89:10-23<br>o  102:10-21 |

| |
|---|
| ○   102:25-103:5 |
| ○   103:20-25 |
| ○   130:25-131:5 |
| **Deposition of Edwin Carlson, August 9, 2021** |
| ○   28:6-21 |
| ○   29:2-4 |
| ○   29:10-19 |
| ○   42:6-14 |
| ○   42:25-43:6 |
| ○   43:15-20 |
| ○   43:25-44:1 |
| ○   46:12-17 |
| ○   48:5-25 |
| ○   49:23-50:6 |
| ○   50:22-51:2 |
| **Deposition of Lori McNulty, October 15, 2021** |
| ○   48:24-49:4 |
| ○   49:10-50:10 |
| ○   50:16-21 |
| ○   51:6-14 |
| ○   52:3-53:7 |
| ○   55:2-56:2 |
| ○   57:2-58:6 |
| ○   60:5-62:9 |
| ○   63:14-23 |
| ○   64:23-65:22 |

Courtesy copies of the deposition transcript containing these additional deposition designations will be provided via email.

IOENGINE reserves the right to supplement, revise, clarify, withdraw, or otherwise amend these designations and to provide counter-designations and objections to any deposition designations that PayPal provides.

Dated: March 30, 2022

OF COUNSEL:

Noah M. Leibowitz
Gregory T. Chuebon
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
noah.leibowitz@dechert.com
greg.chuebon@dechert.com

SMITH, KATZENSTEIN & JENKINS, LLP

/s/ Eve H. Ormerod
Neal C. Belgam (No. 2721)
Eve H. Ormerod (No. 5369)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
eormerod@skjlaw.com

*Attorneys for IOENGINE, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I, Eve H. Ormerod, hereby certify that on March 30, 2022, a true and correct copy of the

foregoing document was served on the following counsel via email:


Jack B. Blumenfeld
Brian P. Egan
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street, Suite 1800
Wilmington, DE 19801
jblumenfeld@morrisnichols.com
began@morrisnichols.com

Frederick L. Cottrell, III
Christine D. Haynes
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com


*/s/ Eve H. Ormerod*
Eve H. Ormerod (No. 5369)