# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INGENICO INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IOENGINE, LLC,<br><br>　　　　Defendant. | C.A. No. 18-826-WCB |
| IOENGINE, LLC,<br><br>　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>INGENICO, INC., INGENICO CORP., and INGENICO GROUP S.A.,<br><br>　　　　Counterclaim Defendants. | |

## *VOIR DIRE* QUESTIONNAIRE

**PLEASE DO NOT READ FURTHER OR WRITE ANYTHING ON
THIS QUESTIONNAIRE UNTIL THE JUDGE TELLS YOU TO DO SO**

1. Do you have any personal knowledge of the legal claims in this case as I have described them or have you learned anything about the case through any source?

2. Have you ever heard of IOENGINE or Ingenico?

3. Have you or any immediate family member ever worked for or with, been employed by, or had any business or financial relationship with or investment in either IOENGINE or Ingenico?

4. Have you, a family member or a close friend ever worked for, had any dealings with, or a financial relationship with Fuji Film, Western Digital Corporation or SanDisk Corporation?

5. Are any members of your immediate family or anyone close to you related to or personally acquainted with any of these attorneys?  Have any of them ever been represented by any of these attorneys or law firms?

   **Smith, Katzenstein, & Jenkins LLP**
   Neal Belgam
   Eve Ormerod

   **Richards, Layton & Finger P.A.**
   Fred Cottrell
   Christine Haynes

   **Dechert LLP**
   Noah Leibowitz
   Greg Chuebon
   Derek Brader
   Michael Joshi
   Luke Reilly

   **Sunstein LLP**
   Kerry Timbers
   Joel Leeman
   Sharona Sternberg
   Kevin Mosier

6. Are you familiar with any of the following potential witnesses in this case (listed in alphabetical order)?

- Ryan Ahern
- James Geier
- Jeffrey Klenk
- Scott McNulty
- Christopher Rotsaert
- Aviel D. Rubin
- Tom Rzonca
- Jeffrey A. Stec
- Barry Sussman
- Joey Tang

7. Have you or any member of your immediate family ever worked as a lawyer or in some other job in the legal field, or had any education or training in the law?

8. Have you or any member of your immediate family ever brought a lawsuit against anyone or been sued?

9. Have you or any member of your immediate family ever appeared as a witness at a trial or before a grand jury?

10. Have you ever served as a juror in a civil or criminal case?

11. Have you or any member of your immediate family had any education, training or work experience in computer science or electrical engineering?

12. Have you ever worked for a technology company?

13. Have you or any member of your immediate family or a close friend ever applied for a patent or been involved in a dispute about patent rights, been employed by the Patent and Trademark Office, or been involved in the negotiation of a patent license?

14. Do you have any strong feelings about patent rights or the Patent and Trademark Office?

15. Do you have strongly held opinions about whether either large corporations or small start-up companies behave ethically?

16. Look around at the other potential jury members. Did you know any of the others before today?

17. Is there anything that would prevent you from giving full attention to all the evidence at this trial or would make it difficult for you to serve on this jury? For example, do you have poor vision, difficulty hearing, or difficulty understanding spoken or written English?

18. Do you have a hardship that would make it difficult or impossible for you to serve on this jury?

19. Finally, is there any reason that you could not be a conscientious, fair, and impartial juror in this case and render a true and just verdict without fear, favor, sympathy, or prejudice according to the law as I will explain it to you?