# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IOENGINE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 18-cv-826-WCB |
| Ingenico, Inc., | ) ) |
| Defendant. | ) ) ) ) ) |

## JOINT EXHIBIT & WITNESS LIST [LOCAL VERSION]

| PRESIDING JUDGE<br>Judge William C. Bryson | PLAINTIFF'S COUNSEL<br>Greg Chuebon, Noah Leibowitz, Michael Joshi, Derek Brader, Neal Belgam, Eve Belgam | REPORTER<br>Brian Gaffigan |
|---|---|---|
| DATES OF TRIAL<br>07/11/2022-7/15/2022 | DEFENDANT'S COUNSEL<br>Kerry L. Timbers, Sharona Sternberg, Christine Haynes, Fred Cottrell, Joel Leeman, Kevin Mosier | COURTROOM DEPUTY<br>S. Grimes |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| JX-001 | | | 7/11 | 7/11 | Invoice no. A0098 from May Louie to the Windwood Group | McNulty |
| JX-002 | | | 7/11 | 7/11 | Invoice no. A0099 from May Louie to the Windwood Group | McNulty |
| JX-003 | | | 7/11 | 7/11 | Invoice no. 100-286 from Brand X to the Windwood Group | McNulty |
| JX-005 | | | 7/11 | 7/11 | Invoice no. A0093 from May Louie to the Windwood Group | McNulty |
| JX-013 | | | 7/12 | 7/12 | Ingenico Group ROAMREADER Unified Android API User Guide | Rubin |
| JX-018 | | | 7/12 | 7/12 | Overview Package Class - com.roam.library.core - Uses of Class - RoamReader | Rubin |
| JX-019 | | | 7/12 | 7/12 | Overview Package - com.roam.library.core - Class TransactionProcessor | Rubin |
| JX-021 | | | 7/12 | 7/12 | Java Overview Package - Interface Bluetooth Manager | Rubin |
| JX-029 | | | 7/12 | 7/12 | Ingenico Mobile Reader family, Customer training document | Rubin |
| JX-033 | | | 7/12 | 7/12 | DIV350779 Rev 4 Telium Retail Base Application (RBA) Developer's Guide | Rubin |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| JX-036 | | | 7/12 | 7/12 | Ingenico Group DIV351333 Telium Support Guide Rev 2 | Rubin |
| JX-040 | | | 7/12 | 7/12 | Moby/8500 User Guide | Rubin |
| JX-042 | | | 7/12 | 7/12 | Customer training document for RP750 Bluetooth Only | Rubin |
| JX-045 | | | 7/12 | 7/12 | Ingenico Group Customer training Document for RP457c Bluetooth only | Rubin |
| JX-046 | | | 7/12 | 7/12 | Ingenico Group presentation entitled Customer Training Document for MOBY3000 | Tubin |
| JX-047 | | | 7/12 | 7/12 | "Moby/3000" | Rubin |
| JX-049 | | | 7/12 | 7/12 | mPOS EMV SDK for iOS User Guide | Rubin |
| JX-051 | | | 7/12 | 7/12 | Ingenico Mobile Solutions Roam Pay Devices Integration Training Course, 3 - Overall Portfolio Introduction | Rotsaert |
| JX-054 | | | 7/12 | 7/12 | Ingenico Group Customer Training Document for MOBY8500 | Rubin |
| JX-057 | | | 7/12 | 7/12 | mPOS EMV SDK for Windows User Guide - Doc Revision 1.8.0 | Rubin |
| JX-058 | | | 7/13 | 7/13 | mPOS EMV SDK for iOS User Guide - Doc revision 1.9.0 | Tang |
| JX-061 | | | 7/13 | 7/13 | ROAMreader Unified Android API User Guide v.1.8.0 | Geier |
| JX-073 | | | 7/14 | 7/14 | Excel Spreadhseet - 2012-2017 Revenue and COGS - iCMP | |
| JX-074 | | | 7/14 | 7/14 | U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD iSMP from 2012-2017 | Klenk |
| JX-075 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - iMP600 (iSMP4) and iMP650 Companion 2016-2017 | Klenk |
| JX-076 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - Link/2500 2017 | Klenk |
| JX-077 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - MOBY-3000 2017 | Klenk |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| JX-078 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD ROAM Data - MOBY-7500/8500 2017 | Klenk |
| JX-080 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD ROAM Data - RP350 2014-2017 | Klenk |
| JX-081 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD ROAM Data - RP450 2015-2017 | Klenk |
| JX-082 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD ROAM Data - RP750 (L4), RP750X (AJ), and RP757C (AJ + BT + Cless) 2014-2017 | Klenk |
| JX-085 | | | 7/14 | 7/14 | U.S. Product Client Reporting Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - Swipe Reader ROAM Data from 2012-2017 | Klenk |
| JX-086 | | | 7/12 | 7/12 | Excel Spreadsheet - 2012-2017 Revenue and COGS - Transaction Revenue | Rubin |
| JX-087 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - G4X 2018 through 1-2019 | Klenk |
| JX-088 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - G5X 2018 | Klenk |
| JX-089 | | | 7/14 | 7/14 | Excel Spreadsheet - 2018-1.2019 Revenue and COGS - iCMP | Klenk |
| JX-090 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - iMP320 (iSMP)(NL4), iMP320 A, iMP350 (iSMP)(NL4), iMP350 iPod, and iMP350 A 2018 through 1-2019 | Klenk |
| JX-091 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - iMP600 (iSMP4)(NL4), iMP620 Companion, and iMP650 Companion 2018 through 1-2019 | Klenk |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| JX-092 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - LINK/2500 (NL4) 2018 through 1-2019 | Klenk |
| JX-093 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - MOBY-3000 2018 through 1-2019 | Klenk |
| JX-095 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - RP35X (NL4), RP350, and RP35X 2018 through 1-2019 | Klenk |
| JX-096 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - RP450X 2018 through 1-2019 | Klenk |
| JX-097 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - RP75X (NL4) and RP757C (AJ + BT + Cless) 2018 through 1-2019 | Klenk |
| JX-102 | | | 7/12 | 7/12 | Source code (INGEN-0090002 - INGEN-0090039) | Rubin |
| JX-104 | | | 7/12 | 7/12 | Source code (INGEN-0091988 - INGEN-0092217) | Rubin |
| JX-107 | | | 7/12 | 7/12 | Amendment 3 to Custom Product Sales Agreement | Szczepanski |
| JX-108 | | | 7/12 | 7/12 | Amendment 4 to Custom Product Sales Agreement | Szczepanski |
| JX-109 | | | 7/12 | 7/12 | Amendment 5 to Custom Product Sales Agreement | Szczepanski |
| JX-110 | | | 7/12 | 7/12 | Amendment 6 to Custom Product Sales Agreement | Szczepanski |
| JX-111 | | | 7/12 | 7/12 | Roam Data Custom Product Sales Agreement | Szczepanski |
| JX-112 | | | 7/12 | 7/12 | Source code (INGEN-0092306 - INGEN-0092624) | Rubin |
| JX-115 | | | 7/12 | 7/12 | iCMP - product description | Rubin |
| JX-116 | | | 7/12 | 7/12 | RP750x Chip and Pin Mobile Card Reader - product description | Rubin |
| JX-117 | | | 7/12 | 7/12 | Ingenico Mobile Solutions datasheet entitled RP350x Chip & Sign Mobile Card | Rubin |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | | | | Reader - Powering mobile chip & sign card acceptance | |
| JX-118 | | | 7/12 | 7/12 | ROAMpay X5 - product description | Rubin |
| JX-119 | | | 7/12 | 7/12 | Ingenico Mobile Solutions product specification sheet entitled iSMP4 Companion - The complete payment solution to revolutionize enterprise mobility | Rubin |
| JX-120 | | | 7/12 | 7/12 | RP457c Series - product description | Rubin |
| JX-122 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - RP35X (NL4) and RP35X 2019 | Klenk |
| JX-123 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - LINK/2500 (NL4), LINK/2500 CL, LINK/2500 WIFI+BT CL, LINK/2500 3G+WIFI+BT CL, and LINK/2500 Integration CL 2019 through 2-2021 | Klenk |
| JX-125 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - RP75X (NL4), RP755X (BT), and RP757C (AJ + BT + Cless) 2019-2020 | Klenk |
| JX-128 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - G5X 2019-2020 | Klenk |
| JX-130 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - G4X 2019-2020 | Klenk |
| JX-131 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - MOBY-3000 2019 through 2-2021 | Klenk |
| JX-132 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - iMP600 (iSMP4)(NL4), iMP620 Companion, and iMP650 Companion 2019 through 2-2021 | Klenk |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| JX-133 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - iMP320 (iSMP)(NL4) and iMP320 A 2019 | Klenk |
| JX-134 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - RP450X 2019 through 2-2021 | Klenk |
| JX-135 | | | 7/12 | 7/12 | Source code (INGEN-0102000 - INGEN-0102224) | Rubin |
| JX-143 | | | 7/13 | 7/13 | Telium Retail Base Application (RBA) Developer's Guide Rev. 17.9 | Geier |
| JX-145 | | | 7/13 | 7/13 | UPP Developer's and P2PE Implementation Guide 7.61.00 | Geier |
| JX-149 | | | 7/12 | 7/12 | Email from Szczepanski to Kive re Paypal QBR & Moby 3000 Technical Review | Szczepanski |
| JX-152 | | | 7/12 | 7/12 | iSMP4 User Guide | Rubin |
| JX-174 | | | 7/12 | 7/12 | ANSI X9.24-3-2017 Retail Financial Services - Symmetric Key Management | Rubin |
| JX-175 | | | 7/12 | 7/12 | iSMP4 - product description | Rubin |
| JX-176 | | | 7/12 | 7/12 | RP450c NFC Chip and Sign Mobile Card Reader - product information | Rubin |
| JX-189 | | | 7/12 | 7/12 | Moby/8500 - product information | Rubin |
| JX-195 | | | 7/12 | 7/12 | RP750x User Guide | Rubin |
| JX-200 | | | 7/12 | 7/12 | Ingenico Group Quarterly Business Review | Szczepanski |
| JX-202 | | | 7/12 | 7/12 | Customer Training Product | Rubin |
| JX-211 | | | 7/12 | 7/12 | Ingenico Group Quarterly Business Review | Szczepanski |
| JX-213 | | | 7/12 | 7/12 | PayPal - Ingenico Mobile Solutions - Quarterly Business Review | Szczepanski |
| JX-215 | | | 7/12 | 7/12 | Source code (INGEN-0361015 - INGEN-0361204) | Rubin |
| JX-217 | | | 7/12 | 7/12 | Ingenico Group Forecast 2 2018 Business Review US Sales | Tubbs |
| JX-219 | | | 7/12 | 7/12 | Link/2500 Series - product description | Rubin |
| JX-227 | | | 7/12 | 7/12 | Ingenico Group Telium Retail Base Application Developer's Guide | Rubin |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| JX-241 | | | 7/12 | 7/12 | Source code (INGEN-0555779 - INGEN-0555823) | Rubin |
| JX-244 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - MOBY-3000 2021 | Klenk |
| JX-245 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - MOBY-7500/8500 10-2019 through 10-2021 | Klenk |
| JX-246 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - RP450X 2021 | Klenk |
| JX-248 | | | 7/14 | 7/14 | Excel Spreadsheet - U.S. Product Client Reporting BU Revenue Chart - Actual 2 Ingenico Group at Actual Rate N YTD - iMP600 (iSMP4)(NL4), iMP620 Companion, and iMP650 Companion 2021 | Klenk |
| JX-249 | | | 7/14 | 7/14 | Source code (INGEN-0559907 - INGEN-0560081) | Rubin |
| JX-250 | | | 7/12 | 7/12 | Samples of Accused Ingenico Products | Rubin |
| JX-253 | | | 7/12 | 7/12 | Datasheet iSMP COmpanion | Rubin |
| JX-272 | | | 7/11 | 7/11 | Agreement between MDRM Inc. and Revolutionary Group, Inc. | McNulty |
| JX-292 | | | 7/12 | 7/12 | Avi Rubin's vita | Rubin |
| JX-294 | | | 7/13 | 7/13 | U.S. Patent No. 9,774,703 | Geier |
| JX-330 | | | 7/12 | 7/12 | Excel Spreadsheet - IFAST Product Spreadsheet | Maisuradze |
| JX-331 | | | 7/12 | 7/12 | Excel Spreadsheet - IFAST Product Spreadsheet | Maisuradze |
| JX-339 | | | 7/14 | 7/14 | Ingenico Data Spreadsheet | Klenk |
| JX-340 | | | 7/12 | 7/12 | Ingenico Group Release - Ingenico group enables Speciality Retailer Cabela's to seamlessly its POS Infractsture and enhance payment security | Tubbs |
| JX-341 | | | 7/12 | 7/12 | Ingenico Group Telium Base Application (RBA) Developer's Guide Rev 17.6 DIV350779 | Rubin |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| JX-349 | | | 7/11 | 7/11 | U.S. Patent No. 9,059,969 | McNulty |
| JX-350 | | | 7/11 | 7/11 | U.S. Patent No. 9,774,703 | McNulty |
| | | | | | | |
| | PX-215 | | 7/12 | 7/12 | Scott McNulty Portable devices rule | Rzonca |
| | PX-219 | | 7/11 | 7/11 | Letter to Scott McNulty from Dan at MDRM recapping issues and ideas | McNulty |
| | PX-221 | | 7/11 | 7/11 | NNSA Press release entitled NNSA Scientist Engagement Addresses Nuclear Security Challenges | McNulty |
| | PX-222 | | 7/11 | 7/11 | PC Magazine | McNulty |
| | PX-231 | | 7/11 | 7/11 | Specification for V2.0 targeted Dec 15, 2003 | McNulty |
| | PX-235 | | 7/12 | 7/12 | Scott McNally Portable devices rule | McNulty |
| | PX-236 | | 7/11 | 7/11 | MDRM Digital Ltd. Invoice # 3006 to Revolutionary Group, Inc. | McNulty |
| | PX-242 | | 7/11 | 7/11 | MDRM Digital Ltd. Invoice No. 4001 to Revolutionary Group, Inc. | McNulty |
| | PX-243 | | 7/11 | 7/11 | Email from Dan Harkabi to Oliver Kromat RE: Conference call with Fuji | McNulty |
| | PX-244 | | 7/11 | 7/11 | Email from Bhavin Desai to Gidi Elazar, et al., RE: Next step | McNulty |
| | PX-245 | | 7/12 | 7/12 | Scott McNally Portable devices rule | Rzonca |
| | PX-261 | | 7/13 | 7/13 | Ingenico Mobile Solutions Customer training document for MOBY3000 presentation | Klein |
| | PX-262 | | 7/12 | 7/12 | Ingenico Mobile Solutions RP450 BT-only Product Introduction | Rubin |
| | PX-265 | | 7/12 | 7/12 | ROAM Data Custom Product Sales Agreement between ROAM Data, Inc. and PayPal, Inc. with Amendments 1 through 6 attached. (all documents executed) | Rosaert |
| | PX-290 | | 7/12 | 7/12 | Ingenico Group/PayPal Quarterly Business Review presentation | Rosaert |
| | PX-316 | | 7/12 | 7/12 | ROAMpay™ X5 on the App Store https://apps.apple.com/us/app/roampay-x5/id437318789 | Rubin |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | PX-337 | | 7/12 | 7/12 | Google webpage entitled ROAMpay™ X5 - Apps on Google Play https://play.google.com/store/apps/details?id=com.roamdata.player.android.threex&hl=en_US&.html | Rubin |
| | PX-390 | | 7/12 | 7/12 | Ingenico Group Telium Retail Base Application (RBA) Developer's Guide Rev 17.6, DIV350779 | Rubin |
| | PX-406 | | 7/12 | 7/12 | Ingenico Mobile Solutions datasheet entitled G5X Mobile Card Reader - Powering the next generation of secure mobile card acceptance | Klenk |
| | PX-407 | | 7/15 | 7/15 | Ingenico Mobile Solutions datasheet entitled iSMP - Experience the power of Liberti! | n/a |
| | PX-411 | | 7/12 | 7/12 | Ingenico Mobile Solutions datasheet entitled G5X Mobile Card Reader - Powering the next generation of secure mobile card acceptance | Rubin |
| | PX-414 | | 7/12 | 7/12 | Ingenico Mobile Solutions webpage entitled Device Compatibility | https://mobile-solutions.ingenico.com/device-compatibility/ | Rubin |
| | PX-421 | | 7/12 | 7/12 | Ingenico webpage entitled Ingenico - EMV Gateway https://www.ingenico.us/mobile-solutions/mpos-white-label-platform/mpos-gateway | Rubin |
| | PX-434 | | 7/11 | 7/11 | IOENGINE Prototype Device Nos. 2-3, 5-6, 9-30 (as identified by CRA) | McNulty |
| | PX-465 | | 7/12 | 7/12 | PCI Security Standards Council, PCI Data Security Standard (PCI DSS), Information Supplement: PCI DSS E-commerce Guidelines, Ver. 2.0 | Rubin |
| | PX-473 | | 7/12 | 7/12 | ROAMpay X User's Guide | Rubin |
| | PX-488 | | 7/14 | 7/14 | Tubbs Exhibit 7-Ingenico Group Forcast 2 2018 Business Review US sales | Klenk |
| | PX-514 | | 7/12 | 7/12 | You Tube webpage - Mobile Payment with Roam Pay - YouTube https://www.youtube.com/watch?v=XTMqyA-xZfw | Rubin |
| | PX-543 | | 7/11 | 7/11 | Certified copies of color drawings US Pat No 7861006 | McNulty |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | | | | | |
| | PX-547 | | 7/11 | 7/11 | File Properties Screenshot | McNulty |
| | | | | | | |
| | | DX 089 | 7/13 | 7/13 | DiskOnKey Technology - M-Systems website via Wayback Machine | Geier |
| | | DX 091 | 7/13 | 7/13 | M-Systems Flash Disk Pioneers - SEC form 20 FA for fiscal year ended December 31, 2002 | Geier |
| | | DX 092 | 7/11 | 7/11 | Fuji Photo Film Introduces its USB Drive Version of DiskOnKey (Press release (from Internet Archive)) | McNulty |
| | | DX 093 | 7/11 | 7/11 | DiskOnKey Technical Specifications - Diskonkey.com via Wayback Machine | McNulty |
| | | DX 097 | 7/13 | 7/13 | Press Release - M-Systems Engineers Automatic Firmware Upgrades for Previous Generation DiskOnKey Devices - M-Systems website via Wayback Machine | Geier |
| | | DX 099 | 7/13 | 7/13 | Products and Solutions - DiskOnKey (diskonkey.com via Wayback Machine) | Geier |
| | | DX 170 | 7/13 | 7/13 | M-Systems DiskOnKey product as depicted in this document (serial no. 32410900036847) | Sobol |
| | | DX 233 | 7/11 | 7/11 | Agreement between MDRM and Rev. Group | McNulty |
| | | DX 261 | 7/13 | 7/13 | Letter from Harkabi to McNulty showing tracked changes | Harkabi |
| | | DX 286 | 7/11 | 7/11 | DiskOnKey Specification Sheet | McNulty |
| | | DX 304 | 7/15 | 7/15 | M-Systems - remote server demonstration (with associated metadata) | n/a |
| | | DX 305 | 7/13 | 7/13 | DiskOnKey software development kit data sheet (with associated metadata) | Geier |
| | | DX 307 | 7/13 | 7/13 | Press Release M-Systems Designs Software Developer's Kit for the DiskOnKey Technology Computing Platform | Sobol |
| | | DX 316 | 7/13 | 7/13 | Sales Dec 2001-Q4 4 2002 | Sobol |
| | | DX 317 | 7/13 | 7/13 | Sales, Q1 2003 | Sobol |
| | | DX 320 | 7/13 | 7/13 | Sales, Q2 Dec 2003 | Sobol |

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
| | | DX 322 | 7/13 | 7/13 | Product Specification - DiskOnKey T3 | Geier |
| | | DX 328 | 7/13 | 7/13 | Executable file, DiskOnKey Firmware Upgrade, 6-26-2002 | Geier |
| | | DX 330 | 7/13 | 7/13 | Email re Release of Firmware remote upgrade tool | Geier |
| | | DX 331 | 7/13 | 7/13 | Using DiskOnKey upgrade | Geier |
| | | DX 333 | 7/13 | 7/13 | DiskOnKey Software Development Kit | Sobol |
| | | DX 336 | 7/13 | 7/13 | DiskOnKey upgrade presentation | Geier |
| | | DX 348 | 7/11 | 7/11 | Confidentiality Agreement between Fuji Photo Film and M-Systems | McNulty |
| | | DX363 | 7/13 | 7/13 | US Patent Publication No. US 2004/0039932 (Elazar) | Elazar |
| | | DX 379 | 7/13 | 7/13 | Fujifilm USB Drive page from Internet Archive | Klein |
| | | DX 402 | 7/13 | 7/13 | DiskOnKey - Products and Solutions (Page from Internet Archive) | Sobol |
| | | DX 403 | 7/13 | 7/13 | DiskOnKey - Products and Solutions - SDK (Page from Internet Archive) | Sobol |
| | | DX 474 | 7/14 | 7/14 | Western Digital Business Records Certification (Matthew Buchanan) | Rubin |
| | | DX 476 | 7/13 | 7/13 | Curriculum Vitae of James T. Geier | Geier |
| | | DX 477 | 7/11 | 7/11 | Keychain Storage Presentation – Device 17 | McNulty |
| | | DX 479 | 7/11 | 7/11 | PC Magazine, January 15, 2002 | McNulty |
| | | | | | | |
| Court Exhibit 1 | | | | | Jury question | |
| Court Exhibit 2 | | | | | Letter to Jury and Response | |
| WITNESS LIST: (by appearance) ||||||||
| | x | | | | Scott McNulty (Sworn) | |
| | x | | | | Thomas Rzonca (Sworn) | |
| | x | | | | Scott Tubbs (By Deposition)(Sworn) | |

Page **11** of **12**

| JTX No. | PTX No. | DTX No. | Date Offered | Admitted | Description of Exhibits | Witness |
|---|---|---|---|---|---|---|
|  | x |  |  |  | Bradford Giles (By Deposition) (Sworn) |  |
|  | x |  |  |  | David Szczepanski (By Deposition) (Sworn) |  |
|  | x |  |  |  | Nino Maisuradze (By Deposition) (Sworn) |  |
|  | x |  |  |  | Alain Soubirane (By Deposition) (Sworn) |  |
|  | x |  |  |  | Dr. Aviel Rubin (Expert Witness) (Sworn) |  |
|  |  | x |  |  | Ryan Ahern (Sworn) |  |
|  |  | x |  |  | Christopher Rotsaert (Sworn) |  |
|  |  | x |  |  | Joey Tang (Sworn) |  |
|  |  | x |  |  | Jeffrey Ash (By Deposition) (Sworn) |  |
|  |  | x |  |  | Eugene Klein (By Deposition) (Sworn) |  |
|  |  | x |  |  | Dan Harkabi (By Deposition) (Sworn) |  |
|  |  | x |  |  | Gidi Elazar (By Deposition) (Sworn) |  |
|  |  | x |  |  | Eyal Sobol (By Deposition) (Sworn) |  |
|  |  | x |  |  | Walter Hanchuck (By Deposition) (Sworn) |  |
|  |  | x |  |  | James Geier (Expert Witness) (Sworn) |  |
|  | x |  |  |  | Jeffrey Klenk (Expert Witness) (Sworn) |  |
|  |  |  |  |  |  |  |